AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ROZ Trading Ltd. / Elizabeth Square / P.O. Box 847
Grand Cayman / Grand Cayman Islands / British West Indies
and
ROZ Trading Ltd. (Uzbekistan)
             Plaintiff(s)     )
                                     )    **APPEARANCE**
                                     )
                                     )
             vs.                   )    CASE NUMBER   1:06CV01040
Zeromax Group, Inc.
1725 I Street, NW
Suite 300
Washington DC 20006
            Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Alyssa Gsell   as counsel in this
                                  (Attorney's Name)

case for:   ROZ Trading Ltd. & ROZ Trading Ltd. (Uzbekistan)
                      (Name of party or parties)

| 6/19/06 | *(signature)* |
|---|---|
| Date | Signature |
| | Alyssa Gsell |
| DC Bar No. 490395 | Print Name |
| BAR IDENTIFICATION | 1001 Pennsylvania Ave., NW |
| | Address |
| | Washington DC  20004-2595 |
| | City    State    Zip Code |
| | 202-624-2500 |
| | Phone Number |