U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ROZ Trading Ltd.

vs.

Zeromax Group, Inc.

No. 1:06CV01040 CKK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Complaint for Compensatory Damages, Punitive Damages, Temporary Injunctive Relief, and Permanent Injunctive Relief, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:25 pm on June 17, 2006, I served Zeromax Group, Inc. c/o Harry Eustace, Vice President at 1310 Double Gate Court, Davidsonville, Maryland 21035 by serving Harry Eustace, Vice President, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    60
HEIGHT-    6'0"
  HAIR-    GRAY
WEIGHT-    200
  RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 6-19-06
           Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 172266