# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROZ TRADING LTD.<br>Elizabeth Square<br>P.O. Box 847<br>Grand Cayman<br>Grand Cayman Islands<br>British West Indies<br><br>and<br><br>ROZ TRADING LTD. (UZBEKISTAN)<br><br>            Plaintiffs,<br><br>v.<br><br><br>ZEROMAX GROUP, INC.<br>1310 Double Gate Court<br>Davidsonville, MD 21035<br><br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-01040 |

## <u>NOTICE</u>

Defendant Zeromax recently relocated from the address listed on the original complaint.  Please

be advised that Defendant Zeromax is currently located at:

      1310 Double Gate Court
      Davidsonville, MD 21035

                                 Respectfully submitted,


                                 Stuart H. Newberger, DC BAR #294793

Alan W.H. Gourley, DC BAR #358300
Alyssa Gsell, DC BAR #490395
Sobia Haque, DC BAR # 483440
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
E-mail: snewberger@crowell.com
        agourley@crowell.com
        agsell@crowell.com
        shaque@crowell.com
        peyre@crowell.com

Attorneys for ROZ Trading Ltd. and
ROZ Trading Ltd. (Uzbekistan)

Dated:  June 26, 2006


Of Counsel:

Dr. Allan Gerson
2131 S Street, NW
Washington, DC 20008
Telephone:  (202) 966-8557
E-mail: gerson@gilgintl.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this

26th day of June, 2006 via first class U.S. Mail, postage pre-paid, upon:


Harry Eustace, Jr.
Vice President
Zeromax
1310 Double Gate Court
Davidsonville, MD  21035


Alyssa Gsell, DC BAR #490395
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500