UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROZ TRADING LTD., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | |
| ZEROMAX GROUP, INC., c/o Carolyn B. Lamm White & Case LLP 701 Thirteenth St., NW Washington, DC  20002 | ) ) ) ) ) ) ) ) | 1:06-CV-01040 CKK |
| *Defendant*. | ) ) | |

**ZEROMAX GROUP, INC.'S CONSENT MOTION
TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Local Rule 7 and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Zeromax Group, Inc. respectfully requests an enlargement of time until August 23, 2006 to respond to Plaintiffs ROZ Trading Ltd. (Uzbekistan) and ROZ Trading Ltd.'s Complaint. Undersigned counsel conferred with counsel for Plaintiffs who consents to this motion.

Undersigned counsel was only recently retained to represent Zeromax in this action, which is related to an arbitration filed in Vienna, Austria. Zeromax requests additional time to respond so that undersigned counsel has sufficient time to review the facts and allegations, and to prepare an adequate response to the Complaint.

Wherefore, Defendant Zeromax Group, Inc. respectfully requests an enlargement of time, up to and including August 23, 2006, in which to respond to Plaintiffs' Complaint.

Dated: July 24, 2006
      Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ S / Francis A. Vasquez, Jr.
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb. (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Zeromax Group, Inc.*