UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ROZ TRADING LTD., *et al.*,        )
                                   )
            *Plaintiffs*,          )
                                   )
v.                                 )   1:06-CV-01040 CKK
                                   )
ZEROMAX GROUP, INC.,               )
                                   )
            *Defendant*.           )
_____)

## DECLARATION OF NICOLE ERB

I, Nicole Erb, declare as follows:

1. I am an attorney at White & Case LLP, counsel for Zeromax Group, Inc. ("Zeromax"). I submit this declaration in support of Zeromax's Motion To Dismiss The Complaint In Its Entirety in the above-captioned proceeding.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Certificate of Voluntary Dissolution of Zeromax Group, Inc., dated July 22, 2005 and filed August 2, 2005.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Certificate of Cancellation of the Certificate of Formation of Zeromax LLC, dated and filed September 28, 2005.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of August, 2006, in Washington, D.C.

_____
Nicole Erb