```
State of Delaware
Secretary of State
Division of Corporations
Delivered 02:47 PM 08/02/2005
 FILED 02:42 PM 08/02/2005
SRV 050635564 - 3565074 FILE
```

## CERTIFICATE OF VOLUNTARY DISSOLUTION

### OF

### Zeromax Group, Inc.

Zeromax Group, Inc., a Delaware corporation (the "Company"), in accordance with Section 275 of the General Corporation Law of the State of Delaware and in order to dissolve the Company, certifies as follows:

1. The name of the corporation is Zeromax Group, Inc.
2. On _July 22_, 2005, the dissolution of the Company was authorized by the board of directors and the stockholders of the Company in accordance with subsections (a) and (b) of Section 275 of the General Corporation Law of the State of Delaware.
3. The names and addresses of the directors and officers of the Company last in office are:

Harry Eustace, 13310 Double Gate Ct., Davidsonville, MD
Migodil Djalalov, 31st Mskimiy Passage, Tashkent, 21035
Uzbekistan, 700100

IN WITNESS WHEREOF, the Company has caused this Certificate of Voluntary Dissolution to be executed by a duly authorized officer this _22nd_ day of July, 2005.

_/s/ H.F. Eustace_

Harry F. Eustace, Sr.
President, Director        Print Name and Title



```
10004953.DOC
97006
```