**Erb Decl., Ex. B**

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:57 AM 09/28/2005
FILED 10:56 AM 09/28/2005
SRV 050793680 – 3099014 FILE

### CERTIFICATE OF CANCELLATION
### OF THE CERTIFICATE OF FORMATION
### OF
### ZEROMAX LLC

ZEROMAX LLC (the "Company"), a limited liability company organized under the Delaware Limited Liability Company Act (the "Act"), for the purpose of cancelling the Certificate of Formation of the Company pursuant to Section 18-203 of the Act, hereby certifies that:

1. The name of the Company is ZEROMAX LLC.

2. The Company's Certificate of Formation was originally filed in the Office of the Secretary of State on September 20, 1999.

3. This Certificate of Cancellation is being filed for the reason that the members have voted to dissolve the Company.

4. This Certificate of Cancellation shall become effective at the time of filing.

IN WITNESS WHEREOF, the undersigned authorized person has executed this Certificate of Cancellation as of the 28th day of September, 2005.

Delaware Corporations LLC
Authorized Person

By: _____
Robin G. Brooks, Vice President

Document 1: 75068-1
97006