= Letterhead =

# MINISTRY OF JUSTICE OF THE REPUBLIC OF UZBEKISTAN
# DEPARTMENT OF JUSTICE OF THE TASHKENT REGION

Attn:  **M. Mirtalipov**
       Director of "MUZIMPEX" JV
       Zangiota district

Date: July 20, 2005
Re:   No. 63

Your application for re-registration of the amended constitutive documents of "MUZIMPEX" JV with the State dated July 19, 2005, submitted to the Department of Justice of Tashkent Region has been approved by the Committee specializing in "State Registration of Companies and Markets with Foreign Investments" in a meeting held on July 20, 2005 and resolved to re-register the changes accordingly.

Enclosure: 2 pages

**Chairman of the Committee**
**First Deputy Head of**
**the Department of Justice**                                              A. Inanbabaev

*Seal of the*
*Department of*
*Justice of the*
*Tashkent Region*

APPOVED
by the Minutes of Shareholders Meeting
of MUZIMPEX Uzbek-American Joint Venture
No 11 dated July 8, 2005

## Changes and Amendments to the Charter
## of MUZIMPEX Uzbek-American Joint Venture

| Original wording | New wording |
|---|---|
| **Article 6. Authorized Capital Stock**<br><br>6.1. The Capital Stock of **9800000 (nine million eight hundred thousand)** US Dollars shall be formed to facilitate operations of the Joint Venture.<br><br>6.2. The inputs of the Members to the Capital Stock of the Joint Venture shall be completed as per the Constitutive Agreement as follows:<br>• Foreign Member – <u>Zeromax LLC</u> (USA) shall contribute, as its inputs, **7840000 (seven million eight hundred forty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 80% of the Capital Stock.<br><br>• Uzbek Member – <u>"RTPF TIJORAT" JSC</u> (Republic of Uzbekistan) shall contribute, as its inputs, **1960000 (one million nine hundred sixty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 20% of the Capital Stock. | **Article 6. Authorized Fund (Authorized Capital Stock)**<br>6.1. The Capital Stock of **9375300 (nine million three hundred seventy five thousand three hundred)** US Dollars shall be formed to facilitate operations of the Joint Venture.<br><br>6.2. The inputs of the Members to the Capital Stock of the Joint Venture shall be completed as per the Constitutive Agreement as follows:<br>• Foreign Member – <u>Zeromax LLC</u> (USA) shall contribute, as its inputs, **7415300 (seven million four hundred fifteen thousand three hundred)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 79,09% of the Capital Stock.<br>• Uzbek Member – <u>"RTPF TIJORAT" JSC</u> (Republic of Uzbekistan) shall contribute, as its inputs, **1960000 (one million nine hundred sixty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 20,91% of the Capital Stock. |

Signatures of the Members:

**"ZeroMax LLC"**                                                            G.G. Imanazarov
*stamped: ZeroMax LLC*

**"RTPF TIJORAT" JSC**                                                     B.Yu. Radjapov


Chairman of the General Meeting:                                     G.G. Imanazarov
*stamped: RTPF TIJORAT*

Secretary of the General Meeting:                                      B.Yu. Radjapov

APPOVED
by the Minutes of Shareholders Meeting
of MUZIMPEX Uzbek-American Joint Venture
No 11 dated July 8, 2005

## Changes and Amendments to the Charter
## of MUZIMPEX Uzbek-American Joint Venture

| Original wording | New wording |
|---|---|
| **Article 6. Authorized Capital Stock**<br><br>6.1. The Capital Stock of **9800000 (nine million eight hundred thousand)** US Dollars shall be formed to facilitate operations of the Joint Venture.<br><br>6.2. The inputs of the Members to the Capital Stock of the Joint Venture shall be completed as per the Constitutive Agreement as follows:<br>• Foreign Member – <u>Zeromax LLC</u> (USA) shall contribute, as its inputs, **7840000 (seven million eight hundred forty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 80% of the Capital Stock.<br><br>• Uzbek Member – <u>"RTPF TIJORAT"</u> <u>JSC</u> (Republic of Uzbekistan) shall contribute, as its inputs, **1960000 (one million nine hundred sixty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 20% of the Capital Stock. | **Article 6. Authorized Fund (Authorized Capital Stock)**<br>6.1. The Capital Stock of **9375300 (nine million three hundred seventy five thousand three hundred)** US Dollars shall be formed to facilitate operations of the Joint Venture.<br><br>6.2. The inputs of the Members to the Capital Stock of the Joint Venture shall be completed as per the Constitutive Agreement as follows:<br>• Foreign Member – <u>Zeromax LLC</u> (USA) shall contribute, as its inputs, **7415300 (seven million four hundred fifteen thousand three hundred)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 79,09% of the Capital Stock.<br><br>• Uzbek Member – <u>"RTPF TIJORAT"</u> <u>JSC</u> (Republic of Uzbekistan) shall contribute, as its inputs, **1960000 (one million nine hundred sixty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 20,91% of the Capital Stock. |

Signatures of the Members:

**"ZeroMax LLC"**                                                       G.G. Imanazarov
*stamped: ZeroMax LLC*

**"RTPF TIJORAT" JSC**                                               B.Yu. Radjapov


Chairman of the General Meeting:                              G.G. Imanazarov
*stamped: RTPF TIJORAT*

Secretary of the General Meeting:                              B.Yu. Radjapov

| O'ZBEKISTON RESPUBLIKASI<br>ADLIYA VAZIRLIGI<br><br>TOSHKENT VILOYATI<br>ADLIYA BOSHQARMASI |  | MINISTRY OF JUSTICE OF THE<br>REPUBLIC OF UZBEKISTAN<br><br>DEPARTMENT OF JUSTICE<br>OF THE TASHKENT REGION |
|---|---|---|

Toshkent shahar U.Nosir ko'chasi 93 – uy tel: 53–61–25  93, U.Nosir street Tashkent City

20 июл 2005 йил  
63 -сон

Зангиота туманида жойлашган "MUZIMPEX" қўшма корхона рахбари  
М.Мирталиповга

Сизнинг 19.07.2005 йилдаги Тошкент вилоят адлия бошқармасига "MUZIMPEX" қўшма корхона таъсис хужжатларига киритилган ўзгартиришларни қайта давлат рўйхатидан ўтказиш ҳақидаги аризангиз "Хорижий инвестициялар иштирокидаги корхона ва бозорларни давлат рўйхатидан ўтказиш комиссияси"нинг 2005 йил 20 июлдаги йиғилишида кўриб чиқилиб қайта давлат рўйхатидан ўтказилди.

Илова: 2 – варақдан иборат.

Комиссия раиси  
бошлиқ 1-ўринбосари  А.Иканбабаев

Узбек-Америка Агросаноат «MUZIMPEX»
қўшма корхонасининг иштирокчилари умумий
йиғилишининг 2005 йил 8 июлдаги *11*.
сонли баённомаси билан тасдиқланган

## Узбек-Америка Агросаноат «MUZIMPEX» қўшма корхонасининг Таъсис шартномасига киритилган ўзгартиришлар матни

| Эски таҳрир | Янги таҳрир |
|---|---|
| **6-модда. Устав капитали**<br>6.1. Қўшма корхонанинг фаолиятини таъминлаш учун Иштирокчилар хисобидан **9800000 (тўққиз миллион саккиз юз минг)** АКШ доллари миқдорида Низом фонди ташкил этилади.<br>6.2. Қўшма корхона иштирокчиларининг улушлари Низом фондига таъсис шартномасида ўрнатилган тартибда киритилади:<br>• Чет эллик Иштирокчи-"ZeroMax LLC" (АКШ) ўз улуши хисобига Устав капиталига **7840000 (етти миллион саккиз юз қирқ минг)** АКШ доллари миқдорида пул воситаларини, мулк (товарлар) киритади, шу маблағ Устав капиталининг (80%) ни ташкил этади.<br>• Ўзбекистонлик иштирокчи –"RTPF TIJORAT" ОАЖ (Ўзбекистон Республикаси) Устав капиталига ўз улуши хисобига **1960000 (бир миллион тўққиз юз олтмиш минг)** АКШ долларини , мулк (товар) киритади, шу маблағ Устав капиталининг 20% ни ташкил этади. | **6-модда Устав фонди (устав капитали)**<br>6.1. Қўшма корхонанинг фаолиятини таъминлаш учун, иштирокчилар хисобидан **9375300 (тўққиз миллион уч юз етмиш беш минг уч юз )** АКШ доллари миқдорида Устав фонди ташкил этилади.<br>6.2. Қўшма корхона иштирокчиларининг улушлари Устав фондига таъсис шартномасида белгиланган тартибда киритилади:<br>• Чет эллик Иштирокчи - "ZeroMax LLC" (АКШ) ўз улуши хисобига Устав фондига **7415300 (етти миллион тўрт юз ўн беш минг уч юз )** АКШ доллари миқдорида пул воситалари, мулк (товар)ларни киритади, бу маблағ Устав фондининг 79,09 процентини ташкил этади.<br>• Ўзбекистонлик иштирокчи –"RTPF TIJORAT" ОАЖ (Ўзбекистон Республикаси) Устав фондига ўз улуши хисобига **1960000 (бир миллион тўққиз юз олтмиш минг)** АКШ доллари миқдорида мулк ( товар) киритади , бу маблағ Устав фондининг 20,91 процентини ташкил этади. |

Қатнашчилар:

"ZeroMax" LLC _____ Иманазаров Г. Ғ.

ОАЖ – "RTPF TIJORAT" _____ Ражапов Б. Ю.

Умумий мажлис раиси _____ Иманазаров Г. Ғ.

Умумий мажлис котиби _____ Ражапов Б. Ю.

Ўзбек-Америка Агросаноат «MUZIMPEX»
қўшма корхонасининг иштирокчилари умумий
йиғилишининг 2005 йил 8 июлдаги _11_
сонли баённомаси билан тасдиқланган

## Ўзбек-Америка Агросаноат «MUZIMPEX» қўшма корхонасининг Уставига киритилган ўзгартиришлар матни

| Эски таҳрир | Янги таҳрир |
|---|---|
| **6-модда. Устав капитали** <br> 6.1. Қўшма корхонанинг фаолиятини таъминлаш учун Иштирокчилар хисобидан 9800000 (тўққиз миллион саккиз юз минг) АҚШ доллари миқдорида Низом фонди ташкил этилади. <br> 6.2. Қўшма корхона иштирокчиларининг улушлари Низом фондига таъсис шартномасида ўрнатилган тартибда киритилади: <br> • Чет эллик Иштирокчи-"ZeroMax LLC" (АҚШ) ўз улуши хисобига Устав капиталига 7840000 (етти миллион саккиз юз қирқ минг) АҚШ доллари миқдорида пул воситаларини, мулк (товарлар) киритади, шу маблағ Устав капиталининг (80%) ни ташкил этади. <br> • Ўзбекистонлик иштирокчи -"RTPF TIJORAT" ОАЖ (Ўзбекистон Республикаси) Устав капиталига ўз улуши хисобига 1960000 (бир миллион тўққиз юз олтмиш минг) АҚШ долларини, мулк (товар) киритади, шу маблағ Устав капиталининг 20% ни ташкил этади. | **6-модда Устав фонди (устав капитали)** <br> 6.1. Қўшма корхонанинг фаолиятини таъминлаш учун, иштирокчилар хисобидан 9375300 (тўққиз миллион уч юз етмиш беш минг уч юз) АҚШ доллари миқдорида Устав фонди ташкил этилади. <br> 6.2. Қўшма корхона иштирокчиларининг улушлари Устав фондига таъсис шартномасида белгиланган тартибда киритилади: <br> • Чет эллик Иштирокчи - "ZeroMax LLC" (АҚШ) ўз улуши хисобига Устав фондига 7415300 (етти миллион тўрт юз ўн беш минг уч юз) АҚШ доллари миқдорида пул воситалари, мулк (товар)ларни киритади, бу маблағ Устав фондининг 79,09 процентини ташкил этади. <br> • Ўзбекистонлик иштирокчи -"RTPF TIJORAT" ОАЖ (Ўзбекистон Республикаси) Устав фондига ўз улуши хисобига 1960000 (бир миллион тўққиз юз олтмиш минг) АҚШ доллари миқдорида мулк (товар) киритади, бу маблағ Устав фондининг 20,91 процентини ташкил этади. |

Қатнашчилар:

"ZeroMax LLC"                                           Иманазаров Г. Ғ.

ОАЖ "RTPF TIJORAT"                                      Ражапов Б. Ю.

Умумий мажлис раиси                                     Иманазаров Г. Ғ.

Умумий мажлис котиби                                    Ражапов Б. Ю.

Ушбу хужжат тикилди ва мухрланди.
3 варакдан иборат
Бош маслахатчи К. Хамзаев