# CERTIFICATE

## of State Registration of the Legal Entity

Registration number No. __13_____ No.176

__November 9, 2005____

This certificate has been given to ___"MUZIMPEX" Ltd. Uzbek-Swiss Joint Venture_____

_____"MUZIMPEX" M.Ch.J. QK __("MUZIMPEX" Ltd. JV )_____

(Full and abbreviated names of the Company)

___in accordance with the resolution adopted by the Committee of the Department of Justice of_____

__Tashkent Region on November 7, 2005, Minutes No.42._____

| | |
|---|---|
| Type of Legal Formation: | 1153 |
| Type of Ownership: | 161 |
| Address: | 1727237836 |
| Code of Legal Entity: | 18651838 |
| Industry Code: | 21140 |
| Identification Number of Tax Payer: | 204397527 |
| Additional Information | |

**Head of Authorized Body**                                               **B. Atamatov**

*Seal of the
Department of
Justice of the
Tashkent Region*



Yuridik shaxsni davlat ro'yxatidan o'tkazish to'g'risida

# GUVOHNOMA

Reestrdagi tartib raqami № 13    № 176

2005 y. "9" ноябр

Mazkur guvohnoma firma nomi Mas'uliyati cheklangan jamiyat shaklidagi

"MUZIMPEX" O'zbekiston-Shvesariya qo'shma korxonasi

"MUZIMPEX" M.Ch. J. QK

(O'zbek tilidagi to'liq va qisqartirilgan firma nomi)

shaxsga Тошкент вилоят Адлия бошқармасида ташкил

(Toshkent viloyati adliya boshqarmasi)

этилган комиссиянинг 7 ноябр 2005 йилдаги

42-сонли баёни

_____ning qaroriga asosan berildi.

| | |
|---|---|
| Tashkiliy-huquqiy shakli: | 1153 THSH |
| Mulkchilik shakli: | 161 MSH |
| Pochta manzili | 1727237 36 MJOBT |
| Yuridik shaxs kodi: | 1865183 KTUT |
| Tarmoq kodi: | 21140 XXTUT |
| Soliq to'lovchining identifikatsiya raqami: | 204397527 STIR |

Qo'shimcha ma'lumotlar

M.O.

Vakolatli organ rahbari _____    Б. Атаматов

(Imzo)

"28" ноябрь 2005 й. Мен, _____ Тошкент

тумани хуқуқий шахслар _____ рўйхатга олиш и нотариуси _____ рўйхат _____

№ 5430 _____

Тариф 470 _____

Нотариус: [signature] [seal] [stamp: БУЛАТОВ Х.]