= Letterhead =

## MINISTRY OF JUSTICE OF THE REPUBLIC OF UZBEKISTAN
## DEPARTMENT OF JUSTICE OF THE TASHKENT REGION

Attn: E. Tolipov
Director of "MUZIMPEX" JV
Zangiota district

Date: December 11, 2005
Re: No. 140

Your application for re-registration of the amended constitutive documents of "MUZIMPEX" JV with the State dated December 6, 2005, submitted to the Department of Justice of Tashkent Region has been approved by the Committee specializing in "State Registration of Companies and Markets with Foreign Investments" in a meeting held on December 11, 2005 and resolved to re-register the changes accordingly.

Enclosure: 2 pages

**Chairman of the Committee
First Deputy Head of
the Department of Justice**                                           A. Inanbabaev

*Seal of the
Department of
Justice of the
Tashkent Region*

APPOVED
by the Minutes of Shareholders Meeting
of MUZIMPEX Uzbek-Swiss Joint Venture
No 15 dated November 30, 2005

## Changes and Amendments to the Constitutive Agreement of MUZIMPEX Uzbek-Swiss Joint Venture

| Original wording | New wording |
|---|---|
| **Article 6. Authorized Fund (Authorized Capital Stock)**<br>6.1. The Capital Stock of **10.375300 (ten million three hundred seventy five thousand three hundred)** US Dollars shall be formed to facilitate operations of the Joint Venture.<br><br>6.2. The inputs of the Members to the Capital Stock of the Joint Venture shall be completed as per the Constitutive Agreement as follows:<br>• Foreign Member – <u>ZeroMax GmbH</u> (Switzerland) shall contribute, as its inputs, **8.415300 (eight million four hundred fifteen thousand three hundred)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 81,11% of the Capital Stock.<br>• Uzbek Member – <u>"RTPF TIJORAT" JSC</u> (Republic of Uzbekistan) shall contribute, as its inputs, **1960000 (one million nine hundred sixty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 18,89% of the Capital Stock. | **Article 6. Authorized Fund (Authorized Capital Stock)**<br>6.1. The Capital Stock of **15.375.300 (fifteen million three hundred seventy five thousand three hundred)** US Dollars shall be formed to facilitate operations of the Joint Venture.<br><br>6.2. The inputs of the Members to the Capital Stock of the Joint Venture shall be completed as per the Constitutive Agreement as follows:<br>• Foreign Member – <u>ZeroMax GmbH</u> (Switzerland) shall contribute, as its inputs, **13.415.300 (thirteen million four hundred fifteen thousand three hundred)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 87.25% of the Capital Stock.<br>• Uzbek Member – <u>"RTPF TIJORAT" JSC</u> (Republic of Uzbekistan) shall contribute, as its inputs, **1960000 (one million nine hundred sixty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 12,75% of the Capital Stock. |

Signatures of the Members:

**"ZeroMax GmbH"**                                                         G.G. Imanazarov

**"RTPF TIJORAT" JSC**                                                    B.Yu. Radjapov
*stamped: ZeroMax GmbH*


Chairman of the General Meeting:                                   G.G. Imanazarov
*stamped: RTPF TIJORAT*

Secretary of the General Meeting:                                    B.Yu. Radjapov

APPOVED
by the Minutes of Shareholders Meeting
of MUZIMPEX Uzbek-Swiss Joint Venture
No 15 dated November 30, 2005

## Changes and Amendments to the Charter
## of MUZIMPEX Uzbek-Swiss Joint Venture

| Original wording | New wording |
|---|---|
| **Article 6. Authorized Fund (Authorized Capital Stock)**<br>6.1. The Capital Stock of **10.375300 (ten million three hundred seventy five thousand three hundred)** US Dollars shall be formed to facilitate operations of the Joint Venture.<br><br>6.2. The inputs of the Members to the Capital Stock of the Joint Venture shall be completed as per the Constitutive Agreement as follows:<br>• Foreign Member – <u>ZeroMax GmbH</u> (Switzerland) shall contribute, as its inputs, **8.415300 (eight million four hundred fifteen thousand three hundred)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 81,11% of the Capital Stock.<br>• Uzbek Member – <u>"RTPF TIJORAT" JSC</u> (Republic of Uzbekistan) shall contribute, as its inputs, **1960000 (one million nine hundred sixty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 18,89% of the Capital Stock. | **Article 6. Authorized Fund (Authorized Capital Stock)**<br>6.1. The Capital Stock of **15.375.300 (fifteen million three hundred seventy five thousand three hundred)** US Dollars shall be formed to facilitate operations of the Joint Venture.<br><br>6.2. The inputs of the Members to the Capital Stock of the Joint Venture shall be completed as per the Constitutive Agreement as follows:<br>• Foreign Member – <u>ZeroMax GmbH</u> (Switzerland) shall contribute, as its inputs, **13.415.300 (thirteen million four hundred fifteen thousand three hundred)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 87.25% of the Capital Stock.<br>• Uzbek Member – <u>"RTPF TIJORAT" JSC</u> (Republic of Uzbekistan) shall contribute, as its inputs, **1960000 (one million nine hundred sixty thousand)** US Dollars in a form of monetary funds and/or goods, which amount shall be equivalent to 12,75% of the Capital Stock. |

Signatures of the Members:

"ZeroMax GmbH"                                               G.G. Imanazarov

"RTPF TIJORAT" JSC
*stamped: ZeroMax GmbH*                              B.Yu. Radjapov


Chairman of the General Meeting:                    G.G. Imanazarov
*stamped: RTPF TIJORAT*

Secretary of the General Meeting:                    B.Yu. Radjapov

| O'ZBEKISTON RESPUBLIKASI ADLIYA VAZIRLIGI |  | MINISTRY OF JUSTICE OF THE REPUBLIC OF UZBEKISTAN |
|---|---|---|
| TOSHKENT VILOYATI ADLIYA BOSHQARMASI | | DEPARTMENT OF JUSTICE OF THE TASHKENT REGION |

Toshkent shahar U.Nosir ko'chasi 93 – uy tel: 53 – 61 – 25  93, U.Nosir street Tashkent City

11 декабр 2005 йил  
___140___ -сон

Зангиота туманида жойлашган "MUZIMPEX" қўшма корхона раҳбари  
Э.Толиповга

Сизнинг 06.12.2005 йилдаги Тошкент вилоят адлия бошқармасига "MUZIMPEX" қўшма корхона таъсис хужжатларига киритилган ўзгартиришларни қайта давлат рўйхатидан ўтказиш ҳақидаги аризангиз "Хорижий инвестициялар иштирокидаги корхона ва бозорларни давлат рўйхатидан ўтказиш комиссияси"нинг 2005 йил 11 декабрдаги йиғилишида кўриб чиқилиб, таъсис хужжатларига киритилган ўзгартиришлар қайта қайта давлат рўйхатидан ўтказилди.

Илова: _2_ варақдан иборат.

Комиссия раиси  
бошлиқ 1-ўринбосари  А.Инанбабаев

Ўзбекистон-Швейцария Агросаноат «MUZIMPEX»
қўшма корхонасининг иштирокчилари умумий
йиғилишининг 2005 йил 30 ноябрдаги
15- сонли баённомаси билан тасдиқланган

## Ўзбекистон-Швейцария Агросаноат «MUZIMPEX» қўшма корхонасининг Таъсис шартномасига киритилган ўзгартиришлар матни

| Эски таҳрир | Янги таҳрир |
|---|---|
| 6-модда Устав фонди (устав капитали) | 6-модда Устав фонди (устав капитали) |
| 6.1. Қўшма корхонанинг фаолиятини таъминлаш учун иштирокчилар улушлари хисобидан 10.375.300 (ўн миллион уч юз етмиш беш минг уч юз) АҚШ доллари миқдорида Устав фонди ташкил этилади. | 6.1. Қўшма корхонанинг фаолиятини таъминлаш учун иштирокчилар улушлари хисобидан 15.375.300 (ўн беш миллион уч юз етмиш беш минг уч юз) АҚШ доллари миқдорида Устав фонди ташкил этилади. |
| 6.2. Қўшма корхона иштирокчиларнинг улушлари Устав фондига таъсис шартномасида ўрнатилган тартибда киритилади:<br>• Чет эллик иштирокчи- "ZeroMax GmbH" Компанияси (Швейцария) ўз улуши хисобига Устав фондига 8.415.300 (саккиз миллион тўрт юз ўн беш минг уч юз) АҚШ доллари миқдорида пул воситалари ва мулк (товарлар) киритади, бу Устав капиталининг 81,11 %ини ташкил этади.<br>• Ўзбекистонлик иштирокчи -"RTPF TIJORAT"ОАЖ(Ўзбекистон Республикаси) Устав фондига ўз улуши хисобига 1.960.000 (бир миллион тўққиз юз олтмиш минг) АҚШ доллари миқдорида мулк киритади, бу Устав капиталининг 18,89 %ини ташкил этади. | 6.2. Қўшма корхона иштирокчиларининг Устав фондидаги улушлари қуйидаги миқдорда белгиланади:<br>• Чет эллик иштирокчи-"ZeroMax GmbH" Компанияси(Швейцария) ўз улуши хисобига Устав фондига 13.415.300 (ўн уч миллион тўрт юз ўн беш минг уч юз) АҚШ доллари миқдорида пул воситалари ва мулк (товарлар) киритади, бу Устав капиталининг 87,25 %ини ташкил этади.<br>• Ўзбекистонлик иштирокчи -"RTPF TIJORAT"ОАЖ(Ўзбекистон Республикаси) Устав фондига ўз улуши хисобига 1.960.000 (бир миллион тўққиз юз олтмиш минг) АҚШ доллари миқдорида мулк киритади, бу Устав капиталининг 12,75 %ини ташкил этади. |

Катнашчилар:

"ZeroMax GmbH"  Иманазаров Г.Г.

ОАО "RTPF -TIJORAT"  Раджапов Б.Ю.

Иманазаров Г.Г.

Раджапов Б.Ю.

Ўзбекистон-Швейцария Агросаноат «MUZIMPEX»
қўшма корхонасининг иштирокчилари умумий
йиғилишининг 2005 йил 30 ноябрдаги
15- сонли баённомаси билан тасдиқланган

Ўзбекистон-Швейцария Агросаноат «MUZIMPEX» қўшма корхонасининг
Уставига киритилган ўзгартиришлар матни

| Эски таҳрир | Янги таҳрир |
|---|---|
| **6-модда Устав фонди (устав капитали)**<br>6.1. Қўшма корхонанинг фаолиятини таъминлаш учун иштирокчилар улушлари хисобидан 10.375.300 (ўн миллион уч юз етмиш беш минг уч юз) АКШ доллари миқдорида Устав фонди ташкил этилади.<br><br>6.2. Қўшма корхона иштирокчиларининг улушлари Устав фондига таъсис шартномасида ўрнатилган тартибда киритилади:<br>• Чет эллик иштирокчи- "ZeroMax GmbH" Компанияси (Швейцария) ўз улуши хисобига Устав фондига 8.415.300 (саккиз миллион тўрт юз ўн беш минг уч юз) АКШ доллари миқдорида пул воситалари ва мулк (товарлар) киритади, бу Устав капиталининг 81,11 %ини ташкил этади.<br>• Ўзбекистонлик иштирокчи -"RTPF TIJORAT"ОАЖ(Ўзбекистон Республикаси) Устав фондига ўз улуши хисобига 1.960.000 (бир миллион тўққиз юз олтмиш минг) АКШ доллари миқдорида мулк киритади, бу Устав капиталининг 18,89 %ини ташкил этади. | **6-модда Устав фонди (устав капитали)**<br>6.1. Қўшма корхонанинг фаолиятини таъминлаш учун иштирокчилар улушлари хисобидан 15.375.300 (ўн беш миллион уч юз етмиш беш минг уч юз) АКШ доллари миқдорида Устав фонди ташкил этилади.<br>6.2. Қўшма корхона иштирокчиларининг Устав фондидаги улушлари қуйидаги миқдорда белгиланади:<br>• Чет эллик иштирокчи-"ZeroMax GmbH" Компанияси(Швейцария) ўз улуши хисобига Устав фондига 13.415.300 (ўн уч миллион тўрт юз ўн беш минг уч юз) АКШ доллари миқдорида пул воситалари ва мулк (товарлар) киритади, бу Устав капиталининг 87,25 %ини ташкил этади.<br>• Ўзбекистонлик иштирокчи -"RTPF TIJORAT"ОАЖ(Ўзбекистон Республикаси) Устав фондига ўз улуши хисобига 1.960.000 (бир миллион тўққиз юз олтмиш минг) АКШ доллари миқдорида мулк киритади, бу Устав капиталининг 12,75 %ини ташкил этади. |

Қатнашчилар:

"ZeroMax GmbH"                                          Иманазаров Г.Г.

ОАО "RTPF -TIJORAT"                                     Раджапов Б.Ю.

Умумий мажлис раиси                                     Иманазаров Г.Г.

Умумий мажлис котиби                                    Раджапов Б.Ю.

"_14_" _декабр_ 200_5_ й. Мен _____ Заявит...

туман нуд...ний нпалиёт билан тузрекандан нотириу_____

"_____"ни хужжатининг аслига тўғри эканлигига гувохлик бериман. Ўзраб ёзши, тўла...

берилмай турганлиги судлар ёки ...абарии тортувчн ахохлда халатлар ударшии

Реестр № _5676_ билан рўй... қилинди.

...ф _1410_ ...ундирилди.

Нотариус: _____

ПУЛАТОВ. Х.

Рақамланди_ тикилди

Жами _3 (уч)_ варақдан

иборат

Б...в маслихати ...ш Ҳамзаев