THE DECREE   OF THE CABINET OF MINISTERS
OF THE REPUBLIC OF UZBEKISTAN

July, 3, 1999                                                            No. 327

**"About the order of liquidation of the enterprises which are not carrying out financial and economic activity and those that have not established their charter capitals in due time"**

There are some amendments in accordance with the item 5 of the appendix to the Decree of the Cabinet of Ministers of RUz dated 22.05.2006, N 92.

 With a view of realization of the Decree of the President of Republic Uzbekistan from June, 28th, 1999 N UP-2331 " About measures on simplification of the order of liquidation of the enterprises which not conducting commercial- economic activity and those that have not established their declared charter capitals in due time " ,the Cabinet  of Ministers decides:

 1. To approve Regulations about the order of liquidation of the enterprises which not carrying out financial and economic activity and have not generated the charter capitals in due time, according to the appendix.

2. To establish, that in case of insufficiency of funds and property of the liquidated enterprises which not carrying out financial and economic activity and have not generated the authorised capitals in terms established by the legislation, an outstanding debts registered  on obligatory payments in the budget and off-budget funds is written off under the decision of the Governmental commission on perfection of the mechanism of calculations and strengthening of discipline of payments to the budget, on representation of the State Tax committee of the Republic  of Uzbekistan.

To the State Tax committee of the Republic of Uzbekistan and off-budget funds to provide conducting the isolated account on the sums of the debts written off by them.

In the cases stipulated by the legislation, materials on officials of the liquidated enterprises which have admitted formation non- repayable debts under tax and other obligatory payments, are transferred when due hereunder by bodies of the state tax service and off-budget funds in law enforcement bodies for bringing of culpable persons to account in accordance with the existing law and to compensation of the material damage to the state.

3. To take into account, that the enterprises which have not established their declared charter funds in due time in amounts, stipulated by constituent documents, can reduce it up to actually generated, but  with the minimal size  not less established by the legislation or to be transformed to other legal forms when due hereunder.
 At default by the enterprises of the given requirements their liquidation will be executed in accordance with the legislation.
 4. To the Ministry of macroeconomic and statistics of the Republic of Uzbekistan, from the second half of the year of 1999 on, to enter the special registration of the enterprises, which are conducting commercial-economic activities and (or) have not established the declared charter capital in due time.
 5. To add to the  Item 7 of Regulations about of the Governmental commission on perfection of the mechanism of calculations and strengthening of discipline of payments to the budget,

approved by the decree of the Cabinet of Ministers of the Republic of Uzbekistan in June, 10th, 1999 N 298 to add with the following paragraph:

" on submission of the State Tax Committee of the Republic of Uzbekistan - to make the decision on write-off of debts against the budget and off-budget funds of the liquidated enterprises, which are not conducting financial and economic activity and have not established the declared charter funds in due time, established by the legislation ".

6. The execution of the present Decree shall be under the control of the Deputy of the Prime minister of the Republic of Uzbekistan Mr. B.S. Khamidov.


Chairman of the Cabinet of Ministers


I.Karimov



**Постановление Кабинета Министров Республики Узбекистан от 03.07.1999 г. N 327 "О порядке ликвидации предприятий, не осуществляющих финансово-хозяйственную деятельность и не сформировавших свои уставные фонды в установленные законодательством сроки"**

В целях реализации Указа Президента Республики Узбекистан N УП-2331 от 28 июня 1999 года "О мерах по упрощению порядка ликвидации предприятий, не осуществляющих финансово-хозяйственную деятельность и не сформировавших свои уставные фонды в установленные законодательством сроки" Кабинет Министров постановляет:

1. Утвердить Положение о порядке ликвидации предприятий, не осуществляющих финансово-хозяйственную деятельность и не сформировавших свои уставные фонды в установленные законодательством сроки согласно приложению.

2. Установить, что в случае недостаточности средств и имущества ликвидируемых предприятий, не осуществляющих финансово-хозяйственную деятельность и не сформировавших свои уставные фонды в установленные законодательством сроки, числящаяся за ними непогашенная задолженность по обязательным платежам в бюджет и внебюджетные фонды списывается по решению Правительственной комиссии по совершенствованию механизма расчетов и укреплению дисциплины платежей в бюджет по представлению Государственного налогового комитета Республики Узбекистан.
Государственному налоговому комитету Республики Узбекистан и внебюджетным фондам обеспечить ведение обособленного учета по суммам списанной ими задолженности.
В случаях, предусмотренных законодательством, материалы на должностных лиц ликвидируемых предприятий, допустивших образование непогашаемой задолженности по налогам и другим обязательным платежам, передаются в установленном порядке органами государственной налоговой службы и внебюджетными фондами в правоохранительные органы для привлечения виновных лиц к установленной законом ответственности и возмещения материального ущерба, нанесенного государству.

3. Принять к сведению, что предприятия, не сформировавшие свой уставный фонд в установленный законодательством срок в размерах, предусмотренных учредительными документами, могут уменьшить его до фактически сформированного, но не менее установленного законодательством минимального размера или преобразоваться в другие организационно-правовые формы в установленном порядке.
При невыполнении предприятиями данных требований их ликвидация осуществляется в порядке, установленном законодательством.

4. Министерству макроэкономики и статистики Республики Узбекистан, начиная со второго полугодия 1999 года ввести специальный учет предприятий, не осуществляющих финансово-хозяйственную деятельность и (или) не сформировавших свои уставные фонды в установленные законодательством сроки.

5. Пункт 7 Положения о Правительственной комиссии по совершенствованию механизма расчетов и укреплению дисциплины платежей в бюджет, утвержденного постановлением Кабинета Министров Республики Узбекистан N 298 от 10 июня 1999 года, дополнить абзацем четвертым следующего содержания:
"по представлению Государственного налогового комитета Республики Узбекистан принимать решения о списании задолженности перед бюджетом и внебюджетными фондами ликвидируемых предприятий, не осуществляющих финансово-хозяйственную деятельность и не сформировавших свои уставные фонды в установленные законодательством сроки".

6. Контроль за исполнением настоящего Постановления возложить на заместителя Премьер-министра Республики Узбекистан Хамидова Б.С.

**Председатель Кабинета Министров**                                          **И.Каримов**

Вся информация, размещенная на данном веб-портале, предназначена только для персонального использования. Ни одна часть данной информации не может быть использована в коммерческих целях без письменного согласия bir.uz. При любом использовании материалов портала, гиперссылка на www.bir.uz обязательна. Вся информация, содержащаяся на портале bir.uz, получена из источников, которые по мнению разработчиков портала считаются достоверными. В связи с возможностью человеческой или технической ошибки, а также других факторов bir.uz не гарантирует абсолютной надежности представленной информации.