=Letterhead=

## The State Committee of the Republic of Uzbekistan
## on Management of State Property and Support of Entrepreneurship

# ORDER

Tashkent city

September 13, 2004

No. 120 k - по

**Concerning the sale of 57,118 percent
of State owned participatory interest
in the Charter capital of "Coca-Cola Ichimligi
Uzbekiston Ltd" Uzbek-American JV**

In compliance with the Law of the Republic of Uzbekistan on "Limited and Additional Liability Comapnies"; in order to ensure the execution of the directives of "Consumer Goods Production and Trade" body of the Cabinet of Ministers of the Republic of Uzbekistan dated August 13, 2004, No. 04/23-51and September 14, 2004, No. 04/23-31; in accordance with the letters of "MUZIMPEKS LTD" Uzbek-American JV dated August 9, 2004, No. 00072/18 and September 4, 2004, No. 00076/196; in consideration of an appraisal No. 115/1-2004 of "Real-estate and Investments Agency", privately held company; and for the purpose of recommencement of the production of "Coca-Cola Ichimligi Uzbekiston Ltd" Uzbek-American JV:

### I HEREBY ORDER:

1. Let it be known that proposal of "MUZIMPEKS LTD" Uzbek-American JV regarding the purchase of 57,118 percent of State owned participatory interest in the Charter capital of "Coca-Cola Ichimligi Uzbekiston Ltd" Uzbek-American JV has been approved through letters of "Consumer goods production and trade" body of the Cabinet of Ministers of the Republic of Uzbekistan dated August 13, 2004, No. 04/23-51 and September 14, 2004, No. 04/23-31.

2. In compliance with the appraisal of "Real-estate and Investments Agency" No. 115/1-2004, let the sale price of 57,118 percent of State owned participatory interest in the Charter capital of "Coca-Cola Ichimligi Uzbekiston Ltd" to "MUZIMPEKS LTD" be confirmed at 14 136 880,0 (fourteen million and one hundred thirty six thousand and eight hundred eighty) US dollars.

3. In order to acquire 57,118 percent of State owned participatory interest in the Charter capital of "Coca-Cola Ichimligi Uzbekiston Ltd", "MUZIMPEKS LTD" shall make a payment in the amount of 14 136 880,0 (fourteen million and one hundred thirty six thousand and eight hundred eighty) US dollars to a special bank account of the State Property Committee (21508000500600289001, MFO 00014, INN 201122696, central bureau of payments of the main Tashkent office of Central Bank of the Republic of Uzbekistan) in national currency "soum" at the exchange rate of the Central Bank of the Republic of Uzbekistan on the payment day as follows:

    - 2 000 000 US dollars of total purchase price shall be paid within 30 (thirty) banking days as of the date purchase-sale agreement is signed;

- remaining 12 136 880,0 US dollars shall be paid within 5-month period in equal monthly tranches (2 427 376,0 USD) following the initial payment date.

4. According to the terms stipulated in Article 3 of this Order, Messrs I. Yakovlev, First Deputy Chairman and A. Yuldashev, Head of "Consumer Goods Production and Privatization in the Sphere of Trade" department shall duly draft a purchase-sale agreement between the State Property Committee and "MUZIMPEKS LTD" for the sale of 57,118 percent of State owned participatory interest in the Charter capital of "Coca-Cola Ichimligi Uzbekiston Ltd".

5. The copies of this Order shall be submitted to: "Coca-Cola Ichimligi Uzbekiston Ltd"; "MUZIMPEKS LTD"; departments of the State Property Committee specializing in "Withdrawal from State's Ownership and Privatization", "Management of State Property, "Finance and Accounting", "Consumer Goods Production and Privatization in the Sphere of Trade", and "Regional Department of Tashkent".

6. Execution of this Order shall be controlled by Mr. I. Yakovlev, First Deputy Chairman.


M. Askarov
Chairman

O'ZBEKISTON RESPUBLIKASI
DAVLAT MULKINI BOSHQARISH VA TADBIRKORLIKNI
QO'LLAB-QUVVATLASH DAVLAT QO'MITASI



Toshkent shahri

"13" Sentyabr 200 y.                                  № 140-t-no

## BUYRUQ

Masъuliyati cheklangan jamiyati shaklidagi "Koka-kola ichimligi Uzbekistonda" Amerika qo'shma korxonasi ustav fondining 57,118 foiz davlat ulushini sotish to'g'risida

O'zbekiston Respublikasining Vazirlar Mahkamasi Istemol tovarlari ishlab chiqarish va savdo masalalari Hay'atining 2004 yil 13 avgustdagi 04/23-51-sonli va 2004 yil 44-sentyabrdagi 04/23-2-sonli topshiriqlarni ijrosini taъminlash, "Mizimpex LTD" Uzbekiston-Amerika agrosanoat qo'shma korxonasining 2004 yil 9 avgustdagi 00052/18-sonli va 2004 yil 4 sentyabrdagi 00076/196-sonli xatlari, "Ko'chmas mulk va sarmoyalar agentligi" ochiq aksiyadorlik jamiyatining 115/1-2004-sonli baholash xulosasiga ko'ra "Koka-kola ichimligi Uzbekistonda" ishlab chiqarish Amerika qo'shma korxonasining ishlab chiqarish faoliyatini tiklash maqsadida

BUYURAMAN:

1. Uzbekiston Respublikasi Vazirlar Mahkamasi Istemol tovarlari ishlab chiqarish va savdo masalalari Hay'atining 2004 yil 13 avgustdagi 04/23-31-sonli va 2004 yil 44 sentyabrdagi 04/23-2-sonli xatlar orqali "Mizimpex LTD" agrosanoat qo'shma korxonasining ustav kola ichimligi Uzbekistonda" qo'shma korxonasi ustav fondidagi 57,118 foiz davlat ulushini sotib olish to'g'risidagi taklifga rozilik berilganligi maъlumot uchun qabul qilinsin.

2. "Ko'chmas mulk va sarmoyalar agentligi" ochiq aksiyadorlik jamiyatining 115/1-2004-sonli xulosasiga asosan "Mizimpex LTD" agrosanoat qo'shma korxonasiga sotiladigan "Koka-kola ichimligi Uzbekistonda" qo'shma korxonasi ustav fondidagi 57,118 foiz davlat ulushining qiymati 14 136 880,0 (o'n to'rt million bir yuz o'ttiz olti ming sakkiz yuz sakson) AQSh dollari miqdorida tasdiqlansin.

3. "Mizimpex LTD" agrosanoat qo'shma korxonasiga "Koka-kola" qo'shma korxonasining ustav fondidagi 57,118 foiz davlat ulushi uchun davlat mulki qo'mitasining maxsus hisob raqami (21508000600289001, MFO 00014, INN 201122696 Uzbekiston Respublikasi Markaziy bankining Toshkent shahar bosh boshqarmasi hisob-kassa markazi)ga 14 136 880,0 AQSh dollari miqdoridagi pul tushovlarini Uzbekiston Respublikasi Markaziy bankining tushov amalga oshiriladigan kundagi so'mda kuyidagi AQSh dollariga belgilangan qiymatda milliy valyuta tartibida, yaъni:

- urufiy sotib olish shartnomasi imzolangan kundan boshlab 30 (o'ttiz) bank kuni mobaynida;

- birinchi tushov amalga oshirilgandan so'ng 5 oy mobaynida, har oyda teng ulushlarda (2 427 376,0 AQSh dollaridan) amalga oshirsin.

- qolgan 12 136 880,0 AQSh dollari miqdoridagi pul tushovlarini sotib olish narxidan 2 000 000,0 AQSh dollarini chegirib tashlab hisoblansin.

4. Raisning birinchi o'rinbosari (I. Yakovlev) va Istemol tovarlari ishlab chiqarish va savdo sohasida xususiylashtirish boshqarmasi (A. Yuldashev) Davlat mulki va savdo sohasida agrosanoat qo'shma korxonasi urtasida "Koka-kola ichimligi Uzbekistonda" qo'shma korxonasining ustav fondidagi 57,118 foiz davlat ulushini mazkur buyruqning 3-bandida keltirilgan shartlari asosida sotish bo'yicha belgilangan tartibda oldi-sotdi shartnomasini tuzsin.

5. Ushbu buyruqning nusxalari "Koka-kola ichimligi Uzbekistonda" Uzbekiston-Amerika agrosanoat qo'shma korxonasiga, "Mizimpex LTD" agrosanoat qo'shma korxonasiga, Davlat mulki va xususiylashtirish qo'mitasining agrosanoat qo'shma korxonasiga hamda Moliya, Hisob va Hisobot boshqarmalariga, Istemol tovarlari ishlab chiqarish va savdo sohasida xususiylashtirish boshqarmasiga va Toshkent shahar hududiy boshqarmasiga yuborilsin.

6. Mazkur buyruqning bajarilishini nazorat qilish Raisning birinchi o'rinbosari I. Yakovlev zimmasiga yuklatilsin.

Rais                                             M. Asqarov