UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROZ TRADING LTD., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>ZEROMAX GROUP, INC., *et al.*, )<br>)<br>*Defendants*. )<br>) | 1:06-CV-01040 CKK |

### JOINT MOTION TO SET BRIEFING SCHEDULE

Pursuant to Local Rule 7 and Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Zeromax Group, Inc. ("Zeromax") and Plaintiffs ROZ Trading Ltd. (Uzbekistan) and ROZ Trading Ltd. (collectively "ROZ") respectfully submit this Joint Motion to Set a Briefing Schedule on Zeromax's Renewed Motion to Dismiss ("Joint Motion"), and state as follows:

1. ROZ filed its original complaint on June 6, 2006. Zeromax filed a motion to dismiss the complaint on August 23, 2006.

2. ROZ filed its First Amended Complaint ("Amended Complaint") on September 1, 2006. The Amended Complaint seeks to, *inter alia*, add three new entities as defendants.

3. In light of the Amended Complaint, the Court dismissed Zeromax's motion to dismiss, which was directed at the original Complaint, without prejudice on September 5, 2006. Zeromax's response to the Amended Complaint is now due on September 18, 2006.

4. The undersigned counsel have agreed to the following proposed briefing schedule on Zeromax's renewed motion to dismiss:

Zeromax to serve and file its renewed motion to dismiss by **October 6, 2006**.

Any opposition papers to be served and filed by **October 27, 2006**.

Any reply papers to be served and filed by **November 15, 2006**.

5. Zeromax and ROZ submit that the proposed briefing schedule will not adversely affect the orderly progression of this case given that ROZ has yet to effectuate service of process on any of the new defendants added by the Amended Complaint. This Joint Motion does not address the three new, as yet unserved, defendants.

Wherefore, Zeromax and ROZ respectfully request that this Joint Motion be granted and that the above-referenced briefing schedule on Zeromax's renewed motion to dismiss be set.

Dated: September 13, 2006

Respectfully submitted,
**WHITE & CASE** LLP

*/s/ Carolyn B. Lamm*

Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Zeromax Group, Inc.*

Stuart H. Newberger, DC BAR #294793
Alan W.H. Gourley, DC BAR #358300
Clifton S. Elgarten, DC BAR #366898
Alyssa Gsell, DC BAR #490395
Sobia Haque, DC BAR #483440
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.,
Washington, DC 20004
Direct: 202-624-2731
Fax: 202-628-5116

*Attorneys for ROZ Trading Ltd. (Uzbekistan) and ROZ Trading Ltd.*