**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROZ TRADING LTD., *et al*.,      ) | |
|           ) | |
|       *Plaintiffs*,    ) | |
|           ) | |
|       v.       )       1:06-CV-01040 CKK | |
|           ) | |
| ZEROMAX GROUP, INC., *et al.*,   ) | |
|           ) | |
|       *Defendants*.   ) | |

## JOINT MOTION TO SET A UNIFIED BRIEFING SCHEDULE

Pursuant to Local Rule 7 and Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Zeromax Group, Inc. ("Zeromax Group"), Zeromax Logistics, Inc. ("Zeromax Logistics"), Zeromax LLC (collectively the "Zeromax Entities") and Plaintiffs ROZ Trading Ltd. (Uzbekistan) and ROZ Trading Ltd. (collectively "ROZ") respectfully submit this Joint Motion to Set a Unified Briefing Schedule for the Zeromax Entities' response(s) to the First Amended Complaint ("Amended Complaint"), and state as follows:

1.     ROZ's Amended Complaint, filed September 1, 2006, added three new entities as defendants, Zeromax Logistics and Zeromax LLC, both dissolved Delaware companies, and Zeromax GmbH, a Swiss entity. The parties agree that Zeromax Logistics and Zeromax LLC would be required to respond by October 4, 2006. This Joint Motion to Set a Unified Briefing Schedule ("Joint Motion") does not address Defendant Zeromax GmbH.

2.     This Joint Motion is warranted because White & Case LLP was only just retained in this case by Zeromax Logistics and Zeromax LLC.

3.      In the interests of efficiency and out of respect for the Court's docket, the parties have agreed on the following unified briefing schedule on the renewed motion to dismiss of Zeromax Group and the motion(s) to dismiss of Zeromax Logistics and Zeromax LLC:

Renewed motion and motion(s) to dismiss to be served and filed by **October 23, 2006**.

Any opposition papers to be served and filed by **November 22, 2006**.

Any reply papers to be served and filed by **December 13, 2006**.

4.      The parties have further agreed that the briefing schedule set forth in this Joint Motion should replace the briefing schedule on Zeromax Group's renewed motion to dismiss, which was submitted to the Court by joint motion on September 13, 2006, and set by the Court on September 14, 2006.  *See* Minute Order (Sept. 14, 2006).

Wherefore, the Zeromax Entities and ROZ respectfully request that this Joint Motion be granted and that the above-referenced briefing schedule be set.

Dated: September 29, 2006

Respectfully submitted,

**WHITE & CASE**LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Zeromax Group, Inc., Zeromax Logistics, Inc., and Zeromax LLC*

/ s / Stuart H. Newberger
Stuart H. Newberger, DC BAR #294793
Alan W.H. Gourley, DC BAR #358300
Clifton S. Elgarten, DC BAR #366898
Alyssa Gsell, DC BAR #490395
Sobia Haque, DC BAR #483440
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.,
Washington, DC 20004
Direct: 202-624-2731
Fax: 202-628-5116

*Attorneys for ROZ Trading Ltd. (Uzbekistan)
and ROZ Trading Ltd.*