UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROZ TRADING LTD., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01040-CKK |
| ) | |
| ZEROMAX GROUP, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF PROOF OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l), Plaintiffs ROZ Trading Ltd., *et al.*, hereby provide proof of service on Defendant Zeromax GmbH, which was served on September 28, 2006, pursuant to the Federal Rules of Civil Procedure and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

Respectfully submitted,

_____
Stuart H. Newberger, DC BAR #294793
Alan W.H. Gourley, DC BAR #358300
Clifton S. Elgarten, DC BAR #366898
Alyssa Gsell, DC BAR #490395
Sobia Haque, DC BAR #483440
Peter J. Eyre, DC BAR #500053
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

October 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2006, a true and correct copy of the foregoing was filed via the Court's Electronic Filing/Case Management System. In addition, I hereby certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 16th day of October, 2006, to Defendant Zeromax GmbH at the following addresses:

> ZEROMAX GMBH
> Poststrasse 30
> 6300 Zug ZG
> Switzerland

_____
Peter J. Eyre

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
  - the (date) – *le (date)*    Am 28. September 2006
  - at (place, street, number) - *à (localité, rue, numéro)*
    Poststrasse 30, 6300 Zug

  - In one of the following methods authorized by article 5:
  - *dans une des formes suivantes prévues à l'article 5:*

  [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes légales (article 5, alinéa premier, lettre a)*

  [ ] (b) in accordance with the following particular method:
      *b) selon la forme particulière suivante:* _____

  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

  - (identity and description of person)
  - *(identité et qualité de la personne)*
    an D. Widmer , FA: Zeromax GmbH

  - relationship to the addressee family, business or other
  - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
    ---

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

    ----

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pièces renvoyées*
zurückgesandt Dokumente: -Amended Complaint for Damages and other Relief
-Summons in a Civil Case

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution*

Done at   Zug   , the 10.10.2006
*Fait à*          *le*

Gerichtskanzlei Zug
Signature and/or stamp   Die Sekretärin:
*Signature et/ou cachet*

*A. Schnyder*