UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROZ TRADING LTD., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-CV-01040 CKK |
| ZEROMAX GROUP, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**JOINT MOTION TO SET A UNIFIED BRIEFING SCHEDULE FOR ALL DEFENDANTS' RESPONSES TO THE FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 7 and Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Zeromax Group, Inc. ("Zeromax Group"), Zeromax Logistics, Inc. ("Zeromax Logistics"), Zeromax LLC, and Zeromax GmbH (collectively the "Zeromax Defendants") and Plaintiffs ROZ Trading Ltd. (Uzbekistan) and ROZ Trading Ltd. (collectively "ROZ") respectfully submit this Joint Motion to Set a Unified Briefing Schedule for all Zeromax Defendants to file their Response(s) to the First Amended Complaint ("Amended Complaint"), and state as follows:

1. By Minute Order dated October 3, 2006, this Court granted Zeromax Group, Zeromax LLC, Zeromax Logistics and ROZ's Joint Motion to Set a Unified Briefing Schedule to respond to ROZ's Amended Complaint, filed September 1, 2006. *See* Minute Order (Oct. 3, 2006). That Motion did not address Zeromax GmbH, a Swiss entity.

2. The parties have agreed on a new briefing schedule for all Zeromax Defendants as follows:

Renewed motion and motion(s) to dismiss to be served and filed on or before **November 6, 2006**.

Any opposition papers to be served and filed on or before **December 11, 2006**.

Any reply papers to be served and filed on or before **January 19, 2007**.

3.  The parties further agree that the briefing schedule set forth herein shall replace the briefing schedule submitted to the Court by Zeromax Group, Zeromax LLC, Zeromax Logistics and ROZ on September 29, 2006 and set by the Court on October 3, 2006. *See* Minute Order (Oct. 3, 2006).

Wherefore, the Zeromax Defendants and ROZ respectfully request that this Joint Motion be granted and that the above-referenced briefing schedule be set.

Dated: October 16, 2006                              Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Zeromax Group, Inc., Zeromax Logistics, Inc., Zeromax LLC and Zeromax GmbH*

/ s / Stuart H. Newberger
Stuart H. Newberger, DC BAR #294793
Alan W.H. Gourley, DC BAR #358300
Clifton S. Elgarten, DC BAR #366898
Alyssa Gsell, DC BAR #490395
Sobia Haque, DC BAR #483440
Peter J. Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.,
Washington, DC 20004
Direct: 202-624-2731
Fax: 202-628-5116

*Attorneys for ROZ Trading Ltd. (Uzbekistan)
and ROZ Trading Ltd.*