| "CONFIRMED" | "REGISTERED" |
|---|---|
| By the General Meeting | Department of justice |
| of participants of the | of Tashkent region of the |
| joint venture | Republic of Uzbekistan |
| Minutes of general meeting № 1 dated 12 February 2003 | № 13 dated 21 February 2003 |

# CHARTER

## OF THE UZBEK-AMERICAN AGROINDUSTRIAL JOINT VENTURE

### "MUZIMPEX"

**Limited liability Company**

**Tashkent 2003**

**Article 1. General Provisions.**

These articles of association of the Uzbek-American agro industrial Joint Venture "Muzimpex" –Limited Liability Company, hereinafter referred to as the JV ,established 12 February 2003 in accordance with laws of the Republic of Uzbekistan "About limited liability companies"dated March,1 2002 ,"About foreign investments", "About guarantees and measures on protection of rights of foreign investors" dated April,30 1998 on the territory of the Republic of Uzbekistan in Tashkent among the following entities:

- "Zeromax LLC" company, established under the laws of the United States in the State of Delaware ,the registered office in Delaware at King street, suite 555,City of Wilmington, New Castle County, Delaware.

- "RTPF-TIJORAT" public corporation, registered by # 733 dated 3 June 1998 by the decree of khokim of Yunus-Abad district of Tashkent, with registered office is located at: 25, Navoi street, Shaihantohur district, Tashkent.

**Article 2. The name and postal address of the JV**

2.1. The name of the JV
2.1.1. The full name of the JV:

- In Uzbek: Masuliati cheklangan jamiyat shaklidagi "MUZIMPEX" Ozbekiston--America agrosanoat qoshma korxonasi;

- In Russian: Узбекско-американское агропромышленное совместное предприятие «МУЗИМПЕКС» в форме общества с ограниченной ответственностью.

- In English: Uzbek-American agro industrial joint venture "MUZIMPEX", LTD.

2.1.2. Abbreviation of the joint venture:

In Uzbek: "MUZIMPEX" KK;
In Russian: СП "MUZIMPEX"
In English: "MUZIMPEX"JV

2.1.3. The postal address and location of the JV: 11, Loyihachi street, Nazarbek, Zangiota district, Tashkent region, Republic of Uzbekistan , 702043.

**Article 3. Objectives, powers and operation of the company.**

3.1. The primary purpose of the JV shall be the development of high technologies in sphere of production of manufactured products, and market saturation with high-quality consumer goods and cultivating, manufacturing, processing, storage and sales of agricultural products, rendering of service and carrying out works in the interests of incorporators and the JV.

3.2. The main kind of business activities of the JV are as follows:

- Management of the warehouse depots (customs warehouse), farm-houses; production, processing, and sale of the agricultural production, freezing of fruits and vegetables;

- Production and sale of the manufactured goods and foodstuffs via its own shops;

- Production and sales of package and furniture;

- Renovation and reconstruction of the living quarters, improvement and finishing works;

- Production, sales and maintenance of the sanitary engineering;

- Execution phase on application of the achievements of IT science to production, rendering of services in the sphere of IT;

- Rendering of marketing, leasing, representative, dealers and other kinds of services;

- Performance of the exhibitions and trade fairs;

- Setting up of the medical institutions, hospitals and polyclinics, rendering of the medical and stomatological services to the people, opening of the dentists' offices;

- Setting up and organization of the activity of the pharmacies, collecting, processing and sale of the medicinal herbs;

- Construction and maintenance of the hotels, camping-sites, etc;

- Construction, rent, maintenance of car parks, market-places, car-washing facilities ;

- Organizing of the various cultural events, show-programs, discos, drawing of the lotteries,etc;

- Purchase and sale of vehicles, and maintenance;

- Delivery of oil products, opening and maintenance of gas stations,selling of the oil products;

- Installation, repair, construction works, architectural and roadway maintenance works;

- Production and sale of the confectionery and bakery products ( cookies,bisquits,etc.)

- Growing, storage and sale of the poultry products and meat and milk products;

- Setting up and running of the laundries;

- Production and sale of ready-made garments, knit works, and working clothes;
- Production and technical goods, production of finish goods ;
- Setting up and putting into operation the public catering facilities ( restaurants,bars,cafes, clubs)
- Activities in the sphere of the international and local tourism;
- Production and repairs of the footwear and leather goods;
- Freight forwarding of goods and passengers transportation by railway transport, air transport, and motor transport;
- Lease of warehouses for trade, industrial and other organizations;
- Production and sale of ironmongery, woodworking, producing and sale of woodwork;
- Production and sale of the soft drinks and ice-cream
- Performing of dealers activities;
- Certification of services, customs declaration service via customs agents and brokers;
- Advertising activity
- Rendering of finance assistance
- Import-export operations

3.3. Foreign economic activity of the JV is being executed in accordance with the existing laws of the Republic of Uzbekistan.

3.4. In case if the JV will need to get a license from the State agencies, this kind of activity will be carried out only after getting of this license granted.

**Article 4. Governing organs**

4.1. The joint venture shall have the following governing bodies:
- The General Meeting of the Participants
- General Director
- Inspection Commission

4.2. The highest governing body of the joint venture is the General Meeting of the Participants. Every Participant can revoke the appointed member of the General meeting at any time. The Director General can take part in the General Meeting without the right of voting. A legal entity (the participant of the enterprise) is represented by its director or by any other person, acting on the basis of the Power of Attorney, issued by the Participant of the Joint venture. The Participant reserves the right to replace the member of the General Meeting appointed earlier.

4.3. In case if the member of the General Meeting is not able to attend the meeting, he has the right to appoint his representative to participate in the meeting. His authority must be confirmed by the POA, given by the Participant of the joint venture. The representative will enjoy the equal rights with the other Participants of the Meeting.

4.5. The General meeting is authorized to make decisions in every aspect of the JV activities.

4.6. **The General Meeting's terms of reference cover:**

4.6.1. The definition of the main activities of the Joint venture, ratification of plans and reports on its execution.

4.6.2. Alteration and amendment to the Charter of the joint venture.

4.6.3. Election, dismissal of the members of executive board and inspection commission and and approval of the order of their activities .

4.6.4. Approval of the annual results of the economic activities of the enterprise, including it's subsidiaries, and also the reports and certificates of the inspection commission, the order of reward distribution, dividends, and replacement of damages.

4.6.5. The establishing, reorganization and dissolution of the subsidiaries, representations, ratification of the statutes of these structures with the Charter Fund exceeding 30% of the Charter fund of the joint venture.

4.6.6. Making decisions on bringing to the property accountability of the officers of the JV, changes in the Charter Fund, acceptance of new participants, determination of the work conditions of the officials of the governing body of the enterprise, its subsidiaries and representations, dissolution of the enterprise, designation of the liquidation commission, ratification of the liquidation balance, establishing of size, form and order of contribution of the "additional" payments, acquisition of the participatory interests by the joint venture, affiliation or dismissal of the Participant to and from the enterprise, in accordance with the art.34, 36 of the law of Uzbekistan "About the limited liability companies"

4.7. The General meeting is authorized to pass some issues, related to the competence of the general meeting, for consideration of the board of directors of the JV, consisting of 4 persons and are being elected for the period of 5 years.

4.8. The board of directors presides the current activities of the joint venture and the head of the board of directors is the Director General and his first deputy.

4.9. The Director General is being appointed by the decision of the General Meeting and resides the activities of the joint venture within the framework of its competence and rights, determined by the Charter and decisions of the General meeting.

4.10. **Director General of the Joint venture**
- organizes a preparation and execution of the decisions of the General meeting and submits reports about execution of these decisions
- disposes of the JV, including its assets in limits ,determined by the General meeting
- signs agreements without POA on behalf of the JV, employs and dismisses the employees and workers
- other functions arising from this Charter
- represents the JV at all institutions,organizations and enterprises,including the official organs of countries-participants on all issues of the JV activities within the limit of competence of the present Charter.

   The Director General has a right to make decisions on any other issues of the JV out of the General meeting's terms of reference

4.11. **The JV Inspection Commission**

4.11.1. The finance and economic activities of the JV is controlled by the Inspection commission, consisting of 3 members, appointed for 5 years.

4.11.2. The Chairman and members of the Inspection commission are appointed by the General Meeting. The Inspection commission is liable for submission of the reports on its activities and annual reports to the General Meeting.

4.11.3. Members of the Board of directors can not be the members of the Inspection commission. The Inspection commission has a right to claim the submission of all necessary documents, including the accounting documents.

4.11.7. An unscheduled inspection can be carried out on demand of one of the Participants or the General meeting.

4.11.8. The financial audit of the JV will be arranged by invited auditing service, tax and finance organs.

### Article 5. Order and consequences of the withdrawal of the Participant
### The order of passing of the interest to another person

5.1. The participant shall meet conditions in accordance with the laws of the Republic of Uzbekistan and constituent documents of the JV when he makes a decision to withdraw.
5.2. The Participants can pass their interests to one or several individuals or to the third party.In this case the third person becomes the successsor , including the obligations.
5.3. The participatory interest ,paid in full, might be acquired by the JV with a condition of obligatory passing of this interest to the Participant or to the third person. In this period quorum and voting are being made without taking into consideration of the interest acquired by the JV.
5.4. When the Participant withdraws he is reimbursed in:

- The property pro rata its interest. All payments are being made in accordance with the report for the year when the participant left the JV. The revenue is being paid from the part of income before the date of the withdrawal. The property , which was contributed to the JV will be recovered au naturel.

### Article 6. Charter fund (Chartered capital).

6.1. The Joint venture sets up the a charter fund by means of contributions from the Participants in the amount of four million US dollars($4, 000 .000).
6.2. The contributions to the Charter fund are made by the Participants of the joint venture in accordance with the order established in the joint venture Agreement:
- The foreign Participant "Zeromax LLC" (USA) contributes cash assets and property (goods) in the amount of two million forty thousand US dollars ($ 2 040 000) which is 51% in terms of participatory interest percentage in the Charter fund.
- Uzbek participant –OAO "RTPF-TIJORAT" contributes property, its subsidiary UP "Muzimpex-Tijorat" in the amount of One million nine hundred and sixty thousand US dollars ($1 960 000), which is equal to 49% of the Charter fund of the agro industrial JV "Muzimpex",which is the successor of the UP "Muzimpex-Tijorat" ,which was reorganized by affiliation to the JV and it is the successor of all rights and obligations of UP "Muzimpex-Tijorat" , which was reorganized in accordance with the laws of the Republic of Uzbekistan.
6.3. To the moment of registration the participants shall make the contribution of 30% of the Charter Fund. The Charter Fund is being formed within a year from the moment of the registration in accordance with established procedure.
6.4. The Charter fund of the JV may be increased due to the profits from the economic activity of the JV, and in case of the necessity, by means of additional investments from its Participants or by attracting of new participants.
6.5. The Participant of the joint venture, who made his contribution in full, will get the certificate which does not belong to the category of securities.
6.6. The JV Participants do not possess the severalty for the objects, which are the part of property of the Joint venture, including those kinds of property (or goods) being contributed by the Participants as the investment to the Charter Fund.
6.7. The Participants, who violate obligations on contribution to the Charter Fund, are subject to the property accountability in accordance with the law.

**Article 7. Setting up of subsidiaries and separate subdivisions.**

7.1. The joint venture reserves the right to set up its subsidiaries and branches on the territory of countries of Participants as well as in other countries with corporate privilege and the right to open a checking and settlement accounts with the Charter fund up to 30% from the Charter fund of the Joint venture.

7.2. All subsidiaries, branches and divisions are acting on the basis of Charters, approved by the Director General of the joint venture.

7.3. The Joint venture reserves the right to set up its representative offices in the Republic of Uzbekistan and abroad.

**Article 8. Allocation of revenues, damage settlement and setting up of funds.**

8.1. The revenue of the Joint venture is being used for setting up of the special funds of the enterprise, for payments to the State budget, and distribution among the Participants.

8.2. The joint venture forms the reserve fund in the amount of not less than 15% from the Charter Fund. The amount of annual allocations to the reserve fund can not be less than 5% of the net profit .

8.3. The joint venture has a right to establish other kinds of funds necessary for carrying out its economic activities.

8.4. The JV profits existing after the JV pays its expenses to pay all taxes due and capital expenditures, shall be income of the Participants and are subject to distribution pro rata to its interest percentage in the Charter Fund.

8.5. The portion of the profit subject to distribution is to be paid to the Participants of the JV in in terms fixed by the General Meeting of the Participants of the JV in the end of the fiscal year.

8.6. Losses and damages which may occur during the JV operation are covered by the Reserve Fund of the joint venture. If the Reserve Fund is insufficient to cover all losses and damages, the General Meeting will determine the source for covering of these expenses.

**Article 9. Financial activity and accounting**

9.1. The financial activity of the Joint venture is being made on the basis of the annual financial plans. The financial year is a calendar year.
9.2. The accounting is being made in soums, national currency of the Republic of Uzbekistan, and in the foreign currency when it is necessary.
9.3. On completion of every financial year the board of management makes an annual report of its economic and financial activities, annual balance sheet in national currency of the Republic and in foreign currency, on its profits and losses.

9.4. The annual report on economic and financial activities and the report of profits and losses are submitted to the Inspection commission and to the members of the General meeting of the joint venture.

### Article 10. Labour relations and remuneration of labour

10.1. The Joint Venture Agreement shall determine the remuneration of labour in forms consistent with the legislation of the Republic of Uzbekistan.
10.2. Working day schedules consistent with the legislation of the Republic of Uzbekistan, for local staff and foreign staff, but the salary, the leave and allowances are being determined in separate agreements with each of them.

### Article 11. Insurance

11.1. The JV Participants have the right to insure the property of the JV in accordance with the existing laws of the Republic of Uzbekistan.
11.2. The JV risk insurance can be arranged if necessary.

### Article 12. Effectiveness of the JV Agreement and dispute resolution.

12.1. The Joint Venture Agreement shall become effective upon its State registration.
12.2. All amendments and alterations in the Agreement are being made in writing, signed and stamped by the authorized persons and registered in the accordance with the applicable law.
12.3. This constituent Agreement is drawn up in Uzbek and Russian languages, in four copies, with each copy having the equal legal effect.

**Signatures and seals of the participants:**

"Zeromax LLC" – the authorized person is Mr. Gulomjon Gafurkulovich Imanazarov,
Director General of "RTPF-Tijorat" – Mr. Fazilnazar Yakhyaevich Ibragimov



Seal of RTPF-Tijorat

"УТВЕРЖДЕН"  "ЗАРЕГИСТРИРОВАН"

Общим Собранием Учредителей  Управлением Юстиции
Совместного предприятия  Ташкентской области
 Республики Узбекистан



от ____ _____ 2003 г.

# У С Т А В

## УЗБЕКСКО - АМЕРИКАНСКОГО АГРОПРОМЫШЛЕННОГО СОВМЕСТНОГО ПРЕДПРИЯТИЯ

## "MUZIMPEX"

### В ФОРМЕ ОБЩЕСТВА С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ

Ташкент 2003 г.

### Ст. 1. Общие положения.

Настоящий Устав Узбекско-Американского агропромышленного совместно предприятия "MUZIMPEX" в форме общества с ограниченной ответственность именуемое далее (СП) учрежден " 12 " февраля 2003 года в соответствии с Закона Республики Узбекистан «Об обществах с ограниченной и дополнительно ответственностью» от 1 марта 2002 года, «Об иностранных инвестициях», «О гаранти и мерах защиты прав иностранных инвесторов» от 30 апреля 1998 года. территории Республики Узбекистан в городе Ташкенте следующими юридическим лицами:

- "ZeroMaxLLC", зарегистрированное в соответствии с Законом "О компании ограниченной ответственностью" штата Делавер США, зарегистрированный адр компании:
- State of Delaware is King street, Suite 555, in The City of Wilmington, County of Ne Castle, Delawer.

- Акционерное Общество Открытого типа «RTPF-TIJORAT», зарегистрирован за 733 от 3 июня 1998 года Хокимом Юнус-Абадского района. г. Ташкент расположенного по адресу:
- г. Ташкент, Шайхантахурский район, улица Навои, торговые ряды, магазин № 11

### Ст.2. Наименование Совместного предприятия, почтовый и юридический адрес.

2.1. Наименование Совместного предприятия /СП/:

2.1.1. Полное наименование предприятия:
• На узбекском языке: Ma"suliyati cheklangan jamiyat shaklidagi "MUZIMPEX" O"zbekiston–Amerika agrosanoat go"shma korxonasi;
• На русском языке: Узбекско-Американское агропромышленное совместное предприятие "MUZIMPEX" в форме общества с ограниченной ответственностью.
• На английском языке: Uzbekistan-Amerika agroindastril Joint Venture "MUZIMPEX" i The Form of Ltd;

2.1.2. Сокращенное наименование совместного предприятия:
На узбекском языке: "MUZIMPEX" КК;
На русском языке: СП "MUZIMPEX";
На английском языке: "MUZIMPEX" JV;

2.1.3. Почтовый адрес и местонахождение Совместного предприятия: 7020 Республика Узбекистан Ташкентский вилоят Зангиатинский туман поселок Назарб улица Лойихачи 11.

### Ст.3. Цель создания и предмет деятельности.

3.1. Совместное предприятие создается с целью развития высоких технологий области производства товаров промышленного, научно-технического назначени насыщения рынка Республики Узбекистан высококачественными товарами народно потребления, выращивание, производство, заготовки, переработки и хранения также реализация сельскохозяйственной продукции. Производства ТНП, оказан услуг и проведение работ для получения прибыли в интересах учредителей и СП.

3.2. Основными видами и направлениями деятельности /СП/ является:
Для достижения своих целей «СП» осуществляет следующие виды деятельности:
- Организация грузовых дворов (таможенный склад), фермерских хозяйст заготовка, производство, переработка и реализация сельскохозяйственн продукции, замораживание фруктов и овощей;
- Производство и реализация товаров промышленного и продовольственно назначения, также через свои фирменные магазины;
- Производство и реализация тары, промышленной и бытовой мебели;

- Ремонт и реконструкция, [...] устроительные и отделочные работы;
- Производство, реализация и ремонт сантехники;
- Выполнение работ по внедрению и эксплуатации электронной и вычислительн[ой] техники, оказание услуг в области информатики;
- Оказание маркетинговых, лизинговых, холдинговых, представительск[их] дилерских и других услуг;
- Проведение выставок и ярмарок;
- Открытие медицинских учреждений, больниц и поликлиник, оказание медицинс[кой] помощи, стоматологических услуг населению, открытие стоматологическ[их] пунктов;
- Открытие и организация деятельности аптек, сбор, переработка и реализа[ция] лекарственных трав;
- Строительство и эксплуатация гостиниц, кемпингов, и т.п.;
- Строительство, аренда, организация охраны и обслуживание автостоянок, рынк[ов,] техническое обслуживание и мойка автомашин;
- Организация и проведение культурно-массовых, спортивно-зрелищн[ых] мероприятий, различных шоу-программ, дискотек, открытие и организация клуб[ов,] игорных домов, проведение лотерей и т.п.;
- Купля-продажа, аренда транспортных средств, ремонт и техничес[кое] обслуживание;
- Организация завоза нефтепродуктов, открытие и эксплуатация автозаправочн[ых] станций и пунктов замены масла, продажа нефтепродуктов;
- Монтажные, ремонтные, строительные, архитектурные и дорожные работы;
- Производство и реализация кондитерских и хлебобулочных изделий (пече[нья,] бисквитов и.т.д.);
- Выращивание, заготовка и реализация продукции птицеводства и мясомолочн[ой] продукции;
- Организация и эксплуатация прачечных;
- Ремонт продажа аудио, видеотехники и другой бытовой аппаратуры, эксплуата[ция] электрооборудования;
- Производство и реализация швейных, трикотажных изделий и спец. одежды;
- Организация студий звукозаписи, кабельного телевидения и установ[ка] спутниковых антенн, прокат кино-видео продукции и услуг по прокату;
- Производство товаров народного потребления, торговая, торгово-закупочн[ая,] посредническая деятельность, организация магазинов, закупка товаров за с[чет] собственных и привлеченных средств, а также на условиях комис[сии] (консигнации);
- Проведение проектных, научно-исследовательских и опытно-конструкторс[ких,] ремонтных, монтажных, пуско-наладочных работ и испытаний;
- Производство продукции производственно технического назначения производс[тво] столярных и плотницких изделий;
- Заготовка и переработка вторичного сырья, неликвидов и отходов производств[а;]
- Организация и эксплуатация пунктов общественного питания (ресторан, бар, ка[фе,] клубы);
- Художественно-оформительские работы, дизайнерские работы;
- организация авто сервиса, автоспецстанков и спецоборудования для автосерви[са;]
- Деятельность в сфере международного и местного туризма;
- Производство и ремонт обуви, кожгалантерейных изделий;
- Перевозка грузов и пассажиров железнодорожным, воздушным, и автомобильн[ым] транспортом;
- Организация и аренда складов для торговых, промышленных и дру[гих] организаций;

- производство и реализация [...]
  реализация изделий из дерева;
- Изготовление и реализация прохладительных напитков и мороженого;
- Тиражирование различных видов печатной продукции, полиграфические работ[ы], все виды редактирования и художественного оформления печатной продукци[и], переплетные и картонажные работы;
- Открытие фирменных магазинов и торговых точек, оптово-розничная торговля;
- Осуществление дилерской деятельности;
- Сертификация продукции и услуг, осуществление услуг декларирования товаров [на] договорной основе (таможенный посредник, агент, брокер);
- Рекламная деятельность;
- Оказание финансовой помощи;
- Импортно-экспортные операции;

3.3. Внешнеэкономическая деятельность « СП » осуществляется в соответствии [с] действующим законодательством Республики Узбекистан.

3.4 В случае, если для осуществления какого-либо вида деятельности Совместно[му] предприятию необходимо будет получить разрешение (лицензию) государственн[ых] органов, то такая деятельность не будет проводиться до получения разреше[ния] (лицензии).

### Ст.4 Органы управления и контроля совместным предприятием.

4.1. Органами управления и контроля Совместного предприятия является:
- Обшее собрание:
- Дирекция:
- Ревизионная комиссия:

4.2. Высшим руководящим органом Совместного предприятия является Об[щее] собрание. Каждый из Участников в любое время может отозвать назначенного чл[ена] Обшего собрания. В Обшее собрание может входит по должности Генеральн[ый] директор без права голосования. Юридическое лицо (участника предприят[ия) представляет в Обшем собрании его руководитель или иное лицо, на основан[ии] доверенности, выданной Участником Совместного предприятия. Участник им[еет] право в любое время заменить ранее назначенного члена Обшего собрания.

4.3. В случае, если член Обшего собрания не в состоянии присутствовать на заседа[нии] Обшего собрания, то он вправе назначить для участия на заседании сво[его] представителя. Полномочия представителя должны быть подтвержде[ны] доверенностью, выданной Участником Совместного предприятия. Представит[ель] пользуется равными правами с другими Участниками Собрания.

4.4. Право вносить вопросы на рассмотрения общего собрания принадле[жит] представителям Участников в Собрании, Генеральному директору СП, Председате[лю] Ревизионной комиссии и руководителям обособленных подразделений, являющи[хся] юридическими лицами с предупреждением в письменном виде за 30 дней.

4.5. Обшее собрание правомочно принимать решения по любым вопро[сам] деятельности Совместного предприятия.

4.6. **Исключительной компетенцией Собрания являются:**

4.6.1. Определение основных направлений деятельности СП, утверждение его план[ов и] отчетов об их выполнении:

4.6.2. Изменение и дополнение устава Совместного предприятия:

4.6.3. Избрание, отзыв членов исполнительного органа и ревизионной комисси[и] утверждение порядка их деятельности:

4.6.4. Утверждение годовых результатов деятельности предприятия, включая филиалы, а также отчетов и заключений ревизионной комиссии, поря[док] распределения дохода, дивидендов, и возмещения убытков:

представительств, утверждение положении о них, с уставного фонда Совместного предприятия:

4.6.6. Принятие решений о привлечении к имущественной ответственности должностных лиц органов управления СП, утверждении правил процедуры и других внутренних документов, определение организационной структуры, изменении Уставного капитала, принятии новых Участников, определение условий труда должностных лиц органов управления предприятием, его филиалов и представительств, прекращении деятельности предприятия, назначении ликвидационной комиссии, утверждении ликвидационного баланса, установлении размера, формы порядка внесения Участниками "дополнительных" взносов, приобретении Совместным предприятием доли Участника, принятии в состав, исключении Участника из состава предприятия, в порядке ст.34,36 Закона РУз «Об обществах с ограниченной дополнительной ответственностью»;

4.7. Общее собрание правомочно передавать на решение дирекции СП, избираемой на срок 5 лет, в составе 4 человек в порядке ст. 40 Закона отдельные вопросы отнесенные настоящим Уставом к компетенции Общего собрания.

4.8. Руководство текущей деятельностью Совместного предприятия осуществляется Дирекцией, назначаемой на контрактной основе, возглавляемой Генеральным директором и его первым заместителем, в порядке, определенном настоящим Уставом Совместного предприятия.

4.9. Генеральный директор назначается решением Общего собрания и осуществляет руководство деятельностью Совместного предприятия в рамках компетенции и прав определенных Уставом и решениями Общего собрания.

**4.10. Генеральный директор СП:**

- организует подготовку и выполнение решений Общего собрания и представляет отчеты об их выполнении:
- распоряжается имуществом СП, включая его денежные средства, в пределах определенных Общем собранием;
- заключает договора без доверенности от имени СП, принимает на работу увольняет сотрудников и рабочих, поощряет отличившихся работников, налагает дисциплинарные взыскания:
- выполняет другие функции, вытекающие из настоящего Устава:
- представляет СП в отношении с организациями, предприятиями и учреждениями а также с государственными органами стран Участников и третьих стран по всем вопросам деятельности СП в пределах компетенции, определенной настоящим Уставом.

Генеральный директор вправе принимать решения по всем другим вопросам деятельности СП, не отнесенных к компетенции Общего собрания.

- Документы общества хранятся в дирекции и могут быть представлены требованию участников общества и других лиц с компетенции генерального директора.

4.11. Ревизионная комиссия СП:

4.11.1. Контроль за финансовой и хозяйственной деятельностью СП осуществляет Ревизионной комиссией, состоящей из 3 членов, назначаемых на 5 лет.

4.11.2. Председатель и члены Ревизионной комиссии назначаются Общем собранием Ревизионная комиссия отвечает за свою деятельность перед Общим собранием представляет ему отчеты о проведенных ревизиях, а также заключения по годовым отчетам.

4.11.3. Члены Дирекции не могут быть членами ревизионной комиссии. Ревизионная комиссия вправе требовать от должностных лиц СП представления всех необходимых материалов, бухгалтерских, иных документов, личных объяснений.

быть проведены внеплановые ревизии.

4.11.8. Проверка финансовой и производственной деятельности СП производ[ится] привлеченными для этого аудиторскими службами, налоговыми и финансов[ыми] органами;

### Ст.5 Порядок и последствия выхода Участника из общества, порядок перехода доли Участника другому лицу.

5.1. Участник выходит из состава СП с соблюдением условий и поря[дка], предусмотренных Законодательством Республики Узбекистан и учредительн[ыми] документами общества.

5.2. Участники СП по взаимному согласию могут передавать свои доли одному [или] нескольким участникам или третьим лицам. В этом случае третье лицо станов[ится] правопреемником, в том числе по обязательствам.

5.3. Полностью внесенная доля участника может быть приобретена СП, с усло[вием] обязательной передачи её в течении одного года участнику или третьему лицу. В [этот] период кворум и голосование производится без учета приобретенной СП доли.

5.4. При выходе участника из СП ему возмещаются:

- Имущество, пропорционально доли. Выплаты производятся после отчета за го[д в] котором участник вышел из СП. Причитающийся ему доход выплачивается из ч[истого] дохода до дня его выхода. Имущество, внесенное в СП возвращается в натурал[ьном] виде.

### Ст.6 Уставный капитал и доли участников.

6.1. Для обеспечения деятельности Совместного предприятия создается Устав[ный] капитал за счет вкладов Участников в размере 4000000 (четыре миллиона) долл[аров] США.

6.2. Вклады в Уставной фонд вносятся Участниками совместного предприяти[я в] установленном Учредительном договором порядке:

- Иностранный Участник "ZeroMaxLLC", /США/ в счет своей доли вносит денеж[ные] средства, имущества (товары) на сумму 2040000 (два миллиона срок тысяч) долл[аров] США, что составляет (51%) Уставного капитала.
- Узбекский Участник-ОАО «RTPF-TIJORAT» в счет своей доли вносит имуществен[ный] комплекс дочернее предприятие УП «Muzimpeks-Tijorat» на сумму 1960000 (о[дин] миллион девятьсот шестьдесят тысяч) долларов США, что составляет (49%) Устав[ного] капитала СП агросаноат «MUZIMPEX», который является правоприемником «Muzimpeks-Tijorat» реорганизованного путем присоединения в СП, котор[ому] переходят все права и обязанности УП «Muzimpeks-Tijorat» реорганизованног[о в] соответствии с законодательством Республики Узбекистан.

6.3. К моменту регистрации Участники обязаны внести 30% Уставного капит[ала]. Уставной капитал СП формируется в течении года с момента регистраци[и в] установленном порядке.

6.4. Уставной капитал СП может увеличиваться за счет прибыли от хозяйствен[ной] деятельности СП, а при необходимости за счет дополнительных вкладов Участников или путем привлечения новых Участников.

6.5. Участнику СП, полностью внесшему свой вклад, выдается свидетельство, кото[рое] не относится к категории ценных бумаг.

6.6. Участники СП не располагают обособленным правом на отдельные объек[ты], входящие в состав имущества СП, в том числе на объекты, имущества (това[ры]) внесенные Участниками в качестве вклада в Уставный капитал.

6.7. Участники, нарушившие обязательства по взносу долей несут материальну[ю] имущественную ответственность в порядке установленном законом.

### Ст.7. Представительство и филиалы общества.

7.1. Совместное предприятие имеет право создавать на территории стра[н] Участников, а также в третьих странах дочерние предприятия с прав[ом] юридического лица, а также филиалы, отделения с правом открытия текущих и

7.1. Совместное предприятие имеет право создавать на территории с[траны] Участников, а также в третьих странах дочерние предприятия с п[равом] юридического лица, а также филиалы, отделения с правом открытия теку[щих] расчетных счетов с Уставным фондом до 30% от Уставного фонда Совме[стного] предприятия.

7.2. Дочерние предприятия, филиалы, отделения действуют на основе Устав[ов,] Положений о них, утвержденных Генеральным директором Совме[стного] предприятия.

7.3. Совместное предприятие вправе создавать также и представительства, [в] Республике так и за рубежом.

### Ст.8. Распределение продукции, прибыли и покрытие убытк[ов,] образование фондов.

8.1. Доход, получаемый СП в результате его хозяйственной деятельности, испол[ьзуется] для создания специальных фондов предприятия, расчетов с государств[енным] бюджетом и распределяется между Участниками.

8.2. Совместное предприятие образует резервный фонд размером не менее [25%] Уставного капитала. Размер ежегодных отчислений в резервный фонд не може[т быть] менее 5% от чистой прибыли до достижения установленного размера.

8.3. Совместное предприятие вправе образовывать и другие фонды, необходим[ые для] его деятельности, которые находятся в полном его распоряжении.

8.4. Прибыль СП, за вычетом сумм налогов и иных платежей в бюджет и [сумм,] направляемых на создание и пополнение фондов, распределяется между Участн[иками] пропорционально долевому участию в Уставном фонде.

8.5. Распределяемая часть прибыли подлежит выплате Участникам Совмес[тного] предприятия в сроки, установленные Собранием СП по окончанию финансового [года.]

8.6. Убытки, которые могут возникнуть в ходе деятельности СП, покрывается з[а счет] его резервного фонда. При недостатке средств резервного фонда для пок[рытия] убытков Собранием СП принимается решение об определении источников пок[рытия] убытков.

### Ст.9. Финансовая деятельность, бухгалтерский учет и отчетно[сть.]

9.1. Финансовая деятельность Совместного предприятия осуществляется на о[снове] годовых финансовых планов. Финансовым годом является календарный год.

9.2. Оперативный бухгалтерский учет и отчетность ведется как в сумах, в дене[жной] единице Республики Узбекистан, а при необходимости и в иностранной валюте.

9.3. По окончании каждого финансового года Дирекция составляет годовой отч[ет об] экономической и финансовой деятельности и финансовому положению СП [в] частности годовой баланс в денежной единице РУз и иностранной валюте (С[П), и] отчет по прибылям и убыткам.

9.4. Годовые отчеты по экономической и финансовой деятельности и финансо[вому] положению, отчет по прибылям и убыткам вручается Ревизионной комиссии и чл[енам] Общего собрания Совместного предприятия.

### Ст.10. Оплата труда и социальные гарантии трудовому коллект[иву.]

10.1. С учетом прав граждан, указанных в Законах Республики Узбекистан [СП] самостоятельно определяет заработную плату, материальное стимулирование [её] формы и размеры, применяет порядок приема на работу и увольнение.

10.2. Труд и отдых граждан определяется трудовым законодательством Респуб[лики] Узбекистан, что распространяется и на иностранцев, но зарплата, отпуска и пос[обия] определяются в отдельных соглашениях с каждым из них.

Участники СП вправе производить страхование имущества предприятия в соответствии с действующим законодательством Республики Узбекистан.

2.При необходимости может производиться страхование рисков Совместного предприятия.

### Ст. 12. Вступление Устава в силу.

1.Настоящий Устав вступает в силу со дня его государственной перерегистрации в установленном законом порядке.

12.2.Изменения и дополнения к Уставу должны оформляется в письменной форме, подписываться уполномоченными на то лицами и регистрироваться в установленном порядке.

12.3.Устав составлен на узбекском и русском языках, в 4-х экземплярах, имеющих одинаковую юридическую силу.

"ZeroMaxLLC" _____ Иманазаров Гуламжан Гафуркулович

ОАО«RTPF-TIJORAT» _____ Генеральный директор
Ибрагимов Фазилназар Яхъяевич.

