**Unofficial Translation**  **Fayzullaev Decl., Ex. E**

# CERTIFICATE

## of State Registration of the Legal Entity

Registration number No.__13_____No.176

__November 9, 2005____

This certificate has been given to ___"MUZIMPEX" Ltd. Uzbek-Swiss Joint Venture_____

_____"MUZIMPEX" M.Ch.J. QK __("MUZIMPEX" Ltd. JV )_____
(Full and abbreviated names of the Company)

___in accordance with the resolution adopted by the Committee of the Department of Justice of_____

__Tashkent Region on November 7, 2005, Minutes No.42._____

| | |
|---|---|
| Type of Legal Formation: | 1153 |
| Type of Ownership: | 161 |
| Address: | 1727237836 |
| Code of Legal Entity: | 18651838 |
| Industry Code: | 21140 |
| Identification Number of Tax Payer: | 204397527 |
| Additional Information | |

**Head of Authorized Body**                                                                 **B. Atamatov**

*Seal of the
Department of
Justice of the
Tashkent Region*



Yuridik shaxsni davlat ro'yxatidan o'tkazish to'g'risida

# GUVOHNOMA

Reestrdagi tartib raqami № 13      № 176

2005 y. "9" ноябр

Mazkur guvohnoma firma nomi Mas'uliyati cheklangan jamiyat shaklidagi
"MUZIMPEX" O'zbekiston-Shvesariya qo'shma korxonasi
"MUZIMPEX" M.Ch. J. QK

(O'zbek tilidagi to'liq va qisqartirilgan firma nomi)

shaxsga Тошкент вилоят Адлия бошкармасида ташкил

(Toshkent viloyati adliya boshqarmasi)

этилган комиссиянинг 7 ноябр 2005 йилдаги

42-сонли баёни

_____ ning qaroriga asosan berildi.

| | |
|---|---|
| Tashkiliy-huquqiy shakli: | 1153 (THSH) |
| Mulkchilik shakli: | 161 (MSH) |
| Pochta manzili: | 1727237 36 (MIOBT) |
| Yuridik shaxs kodi: | 1865183 (TUT) |
| Tarmoq kodi: | 21140 (XXTUT) |
| Soliq to'lovchining identifikatsiya raqami: | 204397527 (STIR) |

Qo'shimcha ma'lumotlar

Vakolatli organ rahbari _____    Б. Атаматов
                          (Imzo)

"28" ноября 2005 й. Мөн, _____ заагдсан

тумэн хүсүний _____ учир

_____

№ 5430 _____

Төл 170 _____

Гарын үсэг: [signature]

[seal: БУЛГАНТОВ. X.]