**Unofficial Translation**                                                                 **Fayzullaev Decl., Ex. H**

### DIRECTIVE OF THE CABINET OF MINISTERS
### OF THE REPUBLIC OF UZBEKISTAN

July 5, 2002            No. 420-F

For the purposes of having the Joint Venture "Coca-Cola Bottlers Uzbekistan Ltd" operate normally:

1. To note that by decisions of the Economic Court of Tashkent City the foreign entity "Roz Trading Ltd" (Uzbekistan) has been declared bankrupt and, in order to repay its debts to the State Treasury and other creditors, the share of its founder, "Roz Trading Ltd" (Cayman Islands), equal to 23,416% (9,877,069,709 Soums) has been removed from the property of the Joint Venture "Coca-Cola Bottlers Uzbekistan Ltd" in favor of such bankrupt entity.

2. To agree with the proposal of the State Property Committee, the Ministry of Finance, the Association "Pisheprom" and the liquidation committee of the foreign entity "Roz Trading Ltd" (Uzbekistan) on the transfer to the state of the 23,416% share of "Roz Trading Ltd" (Cayman Islands) removed from the property of the Joint Venture "Coca-Cola Bottlers Uzbekistan Ltd" pursuant to the resolution of the Economic Court of Tashkent City against the debts of the liquidated foreign entity "Roz Trading Ltd" (Uzbekistan) to the State Treasury, subject to further allocation of such share to increase the share in the charter fund of the Joint Venture "Coca-Cola Bottlers Uzbekistan Ltd".

3. The Association "Pisheprom" shall, in cooperation with the foreign participant f the Joint Venture "Coca-Cola Bottlers Uzbekistan Ltd" and in conformity with the procedure established by law, amend the foundation documents accordingly and register such amendments with the Ministry of Justice of the Republic of Uzbekistan.

4. The Consumer Goods Production and Trade Complex of the Cabinet of Ministers (M.Z. Usmanov) shall take additional measured to increase the efficiency of the financial and economic operation of the Joint Venture "Coca-Cola Bottlers Uzbekistan Ltd", to expand the production of goods and to improve their quality.

5. The Ministry of Finance and the State Tax Committee of the Republic of Uzbekistan shall adjust the debt of the foreign entity "Roz Trading Ltd" (Uzbekistan) to the State Treasury by the amount of the removed share to be transferred to the state pursuant to this Directive.

6. Supervision over the implementation of this Directive shall be exercised by U.K. Ismailov and M.Z. Usmanov, Deputies Prime Minister of the Republic of Uzbekistan.

Prime Minister of the Republic of Uzbekistan                                    U. Sultanov

[Seal]

| ЎЗБЕКИСТОН РЕСПУБЛИКАСИ ВАЗИРЛАР МАҲКАМАСИНИНГ ФАРМОЙИШИ |  | РАСПОРЯЖЕНИЕ КАБИНЕТА МИНИСТРОВ РЕСПУБЛИКИ УЗБЕКИСТАН |

…5.… ___июля___ 2002 й. г.   № 420-ф       Тошкент ш. — г. Ташкент

В целях обеспечения нормального функционирования совместного предприятия «Кока-Кола Ичимлиги Узбекистан Лтд»:

1. Принять к сведению, что в соответствии с решениями хозяйственного суда города Ташкента иностранное предприятие «Роз Трейдинг Лтд» (Узбекистан) признано банкротом и, в целях погашения его обязательств перед бюджетом и другими кредиторами, в пользу данного предприятия-банкрота из имущества совместного предприятия «Кока-Кола Ичимлиги Узбекистан Лтд» выделена доля его учредителя – фирмы «Роз Трейдинг Лтд» (Каймановы Острова) в размере 23,416% (9.877.069.709 сум).

2. Согласиться с предложением Госкомимущества, Министерства финансов, ассоциации «Пищепром» и ликвидационной комиссии иностранного предприятия «Роз Трейдинг Лтд» (Узбекистан) о передаче государству выделенной по решению хозяйственного суда города Ташкента доли фирмы «Роз Трейдинг Лтд» (Каймановы Острова) в имуществе СП "Кока-Кола Ичимлиги Узбекистан Лтд" в размере 23,416% в счет погашения задолженности ликвидируемого иностранного предприятия «Роз Трейдинг Лтд» (Узбекистан) перед бюджетом, с последующим направлением ее на увеличение государственной доли в уставном фонде СП "Кока-Кола Ичимлиги Узбекистан Лтд".

3. Ассоциации «Пищепром» совместно с иностранным участником СП "Кока-Кола Ичимлиги Узбекистан Лтд" в установленном законом порядке внести соответствующие изменения в учредительные документы и произвести их регистрацию в Министерстве юстиции Республики Узбекистан.

4. Комплексу производства потребительских товаров и торговли Кабинета Министров (М.З. Усманов) осуществить дополнительные мероприятия, направленные на повышение эффективности финансово-хозяйственной деятельности СП "Кока-Кола Ичимлиги Узбекистан Лтд", наращивание производства продукции и улучшение ее качества.

F-844
5 07 2002

2

5. Министерству финансов, Государственному налоговому комитету Республики Узбекистан скорректировать задолженность иностранного предприятия «Роз Трейдинг Лтд» (Узбекистан) перед бюджетом на сумму выделенной доли, передаваемой государству в соответствии с настоящим распоряжением.

6. Контроль за выполнением данного распоряжения возложить на заместителей Премьер-министра Республики Узбекистан У. К. Исманлова и М. З. Усманова.

Премьер-министр
Республики Узбекистан                           У. Султанов

Хожа-кала