# EXHIBIT 6

EXHIBIT .12-1 3
submitted by Wolf Theiss

ANNEX 2

LETTER OF INTENT

Made by and between THE CONCERN UZPISHPROM, controlled by the cabinet of ministers of the Republic of Uzbekistan, THE TASHKENT SOFT DRINK PLANT (BESHAGHASH), owned government controlled entity, organized and existing under the laws of the Republic of Uzbekistan, ROZ TRADING LTD. ("ROZ") an affiliate company of the MAQSUDI group of companies, organized and existing under the laws of the Cayman Islands, United Kingdom, and THE COCA-COLA EXPORT CORPORATION ( the "Corporation"), a corporation organized and existing under the State of Delaware, U.S.A. with regard to a prospective joint-venture project in The Republic of Uzbekistan ( the "Project" ).

Whereas THE CONCERN UZPISHPROM is the state-owned entity having responsibility for the food and beverages industry in The Republic of Uzbekistan;

Whereas THE TASHKENT SOFT DRINK PLANT (BESHAGHASH) is the state-owned entity responsible for the production of soft drinks, part of which the Parties hereto have earmarked as site for the Project;

Whereas THE MAQSUDI group of companies has outstanding expertise and decade long experience in the manufacture, trade with and distribution of consumer goods in numerous countries, including the U.S.A., Africa, Japan and, notably, Afghanistan, combined with particularly close cultural and business ties with The Republic of Uzbekistan.

Whereas THE CORPORATION is a 100 % owned subsidiary of THE COCA-COLA COMPANY, the owner of some of the world's most renowned trademarks having world-wide experience in the production, marketing, sale and distribution of non-alcoholic beverages, particularly in the emerging markets of Eastern Europe and Central Asia;

Whereas the Parties hereto have, over the past months, conducted preliminary discussions regarding the Project, whose prime objective would be the production and distribution of the trademarked beverages of THE COCA-COLA COMPANY within the territory of the city of Tashkent;

Whereas the Parties hereto are convinced that the Project not only promises to be a rewarding enterprise for themselves, but will, at the same time, promote and fuel the local private sector development, through, among others, the transfer of know-how and technology and the training of local human resources in the Republic of Uzbekistan;

Whereas numerous financial, technical, economic and legal issues remain yet to be considered, wherefore this Letter of Intent can only reflect the basic concept between the Parties, to which they in principle agree, and represent evidence of their good faith intentions to negotiate and co-operate with the aim of putting this concept into practice;

Now, therefore, the Parties declare their intentions subject to certain conditions as follows:

I. INTENTIONS

1. Establishment of a joint venture company.

a. The Parties intend to establish a joint venture company under the legal form of a limited liability company or a similar form in accordance with the laws and regulations of The Republic of Uzbekistan (the "JVC").



b. The JVC shall take over the existing non-alcoholic soft drink part of the Tashkent Soft Drink Plant (Beshaghash), whose production facilities and distribution system shall be refurbished, upgraded and improved to meet the increasing market demand for high-quality carbonated soft drinks and the quality standards of THE COCA-COLA COMPANY.

c. The JVC shall be located in Tashkent, the capital city of The Republic of Uzbekistan. Its principal activities shall be, subject to proper authorization from THE COCA-COLA COMPANY (see Article I.4), the production, distribution and sale of Coca-Cola, Fanta and certain other trademarked beverages of THE COCA-COLA COMPANY within the territory of the city and state of Tashkent. The JVC is intended to be established for an unlimited duration; however, it is understood by all Parties that in the event the Bottler's Agreement is not renewed, the JVC shall be dissolved and liquidated.

d. The joint venture documents to be drawn up shall comprise a Technical and Economic Feasibility Study, a Joint Venture Agreement, the Articles of Association of the Joint Venture, a Lease Agreement for the site and related agreements.

2. Capital Contributions.

a. It is intended that each of the Parties shall initially hold an interest of approximately one third in the JVC, the final interests depending on the valuation of the bottling assets contributed by THE CONCERN UZPISHPROM and THE TASHKENT SOFT DRINK PLANT (Beshaghash).

b. The Parties contribution shall be made in cash and/or kind according to a detailed contribution schedule yet to be finalized. In principle the respective contributions shall be as follows:

| | |
|---|---|
| The Corporation | a cash contribution in US dollars and an in-kind contribution in the form of concentrate, bottles, cases, vehicles and technical assistance. |
| ROZ | a cash contribution in US dollars and an in-kind contribution in the form of the renovation of plant equipment, the renovation of the plant, vehicles and improted raw materials. |
| THE CONCERN UZPISHPROM AND THE TASHKENT SOFT DRINK PLANT (Beshaghash) | an in-kind contribution in the form of the existing building and movable and immovable equipment at the soft drink part of the Beshaghash production site, the procurement of local raw materials and supplies and local currency cash contribution. |

c. The Parties are aware that the development and expansion of the business of the JVC may require an increase of its initial capital.

3. MANAGEMENT; PERSONNEL.

a. The Parties intend to entrust the management of the JVC's day-to-day business to the Managing Director, who will be elected by the Board of Directors of the JVC which will be represented by equal quantities of members as per their respective share of the JVC.
The First Deputy to the Director of the JVC will be the director of the Tashkent Soft Drink Plant (Beshaghash).

b. The majority of the JVC's personnel shall be of Uzbek nationality, who will be retrained in accordance to the standards required world-wide by the Coca-Cola system.

4. BOTTLER'S AGREEMENT. THE COCA-COLA COMPANY has expressed the intention to grant to the JVC, upon establishment and registration of the JVC with the competent authorities, a bottler's agreement for an initial period of five (5) years with the option to extend

this duration for an additional five (5) years subject to certain conditions. Such bottler's agreement will contain the authorization to produce, distribute and sell certain trademarked beverages of THE COCA-COLA COMPANY, including Coca-Cola and Fanta. The Parties agree that all activities of the JVC pertaining to the production, distribution and sale of the trademarked beverages of THE COCA-COLA COMPANY will be conducted in accordance with the terms, conditions and specifications contained in such bottler's agreement.

5. **Activities Prior to the Registration of the JVC.** Any mutually agreed preparatory activities which the Parties may find it necessary to engage in prior to the registration of the JVC shall be conducted exclusively at the risk and expense of the Party taking such initiative.

The Parties agree that the intentions expressed under this Article I. are conditioned on reaching agreement on the outstanding financial, economic, technical and legal issues concerning the Project.

## II. INVESTMENT GUARANTEES AND INCENTIVES

The Parties are aware of various recent Uzbek laws concerning the promotion of foreign investment and they welcome the pro-foreign investment nature of this new legislation. However, considering the extent and importance of the Project for the development and furtherance of the Uzbek economy and its private sector and the fact that the supply of high-quality consumer goods has been given top priority by the Uzbek government, the Parties agree that they will take all the necessary measures for obtaining all the incentives and guarantees specifically and individually geared to the Project in favor of the JVC prior to its registration in the form of a Government Decree.

Such Government Decree shall provide for, but not be limited to, a five-year tax holiday as envisaged for in the Law on Foreign Investment of The Republic of Uzbekistan as amended on July 2, 1992 (Article 5 of this law) for priority projects; a Most Favored Investor status; the preferential allocation of hard currency and the issuance of all approvals, permits and authorizations as well as the supply of all necessary utilities for the operation of the production facility at Tashkent Soft Drink Plant (Bishaghash).

## III. INVESTING PARTIES

The Corporation and ROZ reserve the right to determine which of their controlled subsidiaries or affiliates shall be party to the joint venture documents mentioned in Article I. 1. d, supra. THE CONCERN UZPISHPROM and THE TASHKENT SOFT DRINK PLANT (Beshaghash), who will hold in total one-third of the JVC's share, are yet to determine their respective holdings.

## IV. CONFIDENTIALITY

The Parties hereto agree that all technical data and economic information received during the course of the negotiations leading to the establishment of the JVC as well as all documents concerning said establishment, including but not limited to this Letter of Intent, shall be protected, kept strictly confidential and not disclosed to any third party.

## V. EXCLUSIVITY OF NEGOTIATIONS

The Parties hereto agree, in the spirit of good faith negotiations and recongnizing the significant costs involved in the preparatory phases of the joint venture, not to enter into any negotiation with any third party concerning a business agreement similar to, or competing with, the one contemplated in this Letter of Intent for the initial term including any potential extension of this Letter of Intent.

(4)

## VI. LEGAL NATURE OF LETTER OF INTENT

This Letter of Intent represents the good faith intentions of the Parties hereto and shall not give rise to binding legal, commercial or financial obligations. Any disputes of differences arising under this Letter of Intent shall be amicably resolved; recourse to courts, arbitral tribunals or other methods of dispute resolution, excepting amicable settlement between the Parties, are excluded. Notwithstanding the foregoing, the Parties agree that the provisions of Article IV. and Article V., supra, shall be legally binding and enforceable by law.

## VII. EFFECTIVE DATE

This Letter of Intent shall enter into effect with the date of its execution by all Parties and shall remain valid for the duration of three (3) months, after which period of time it may be extended for three (3) additional months by written agreement of the Parties.

This Letter of Intent has been established in three [Four] originals in English and Russian language, of which both versions shall have equal rights and has been executed by the duly authorized representatives of the Parties on the dates indicated below.

THE CONCERN UZPISHPROM

_____
By: Authorized Representative
Date: 26.01.93

THE TASHKENT SOFT DRINK PLANT (Beshaghash)

_____
By: Authorized Representative
Date:

ROZ TRADING LTD.

_____
By: Authorized Representative
Date: Jan. 26, 1993

THE COCA-COLA EXPORT CORPORATION

_____
By: Authorized Representative
Date: