# EXHIBIT 9

| DATE | TRANSACTION | RESULTING SHARE OWNERSHIP | |
|---|---|---|---|
| 1993 | Initial Capitalization | Coca-Cola Export:<br>ROZ:<br>Beshaghash/Uzpischeprom | 33.33%<br>33.33%<br>33.33% |
| 6 April 1995 | $2 Million Cash Capital Contribution by ROZ | Coca-Cola Export:<br>ROZ:<br>Uzpischeprom: | 24.21%<br>51.58%<br>24.21% |
| 30 January 1996 | $1.5 Million Cash Capital Contribution by ROZ and<br>$2.5 Million Cash Capital Contribution by TCCEC | Coca-Cola Export:<br>ROZ:<br>Uzpischeprom: | 37.755%<br>46.600%<br>15.645% |
| 23 December 1996 | $2,883,000 Cash Contribution by ROZ and $617,000 Cash Contribution by TCCEC | Coca-Cola Export:<br>ROZ:<br>Uzpischeprom: | 32.998%<br>55.055%<br>11.947% |
| 12 March 1998 | ROZ Uzbekistan's Purchase of 9.947% of CCBU from Uzpischeprom[1] | Coca-Cola Export:<br>ROZ:<br>Uzpischeprom: | 32.998%<br>65.002%<br>2.0% |
| 27 March 2001 | TCCEC Purchase of 9.9884% of CCBU from ROZ[2] | Coca-Cola Export:<br>ROZ:<br>ROZ Uzbekistan:<br>Uzpischeprom: | 42.882%<br>45.171%<br>9.947%<br>2.0% |
| March 2001 | Ownership as of March 2001 | Coca-Cola Export:<br>ROZ:<br>ROZ Uzbekistan:<br>Uzpischeprom: | 42.882%<br>45.171%<br>9.947%<br>2.0% |

[1] At this stage ROZ Uzbekistan was not acknowledged as a fourth member of CCBU, but the 9.947 % share purchased from Uzpischeprom by ROZ Uzbekistan was added to ROZ' share, which was recorded as 65.002 % share in CCBU.
[2] Unconnected with the transaction relating to TCCEC's purchase from ROZ, at this stage ROZ requested that 9.947 % share originally purchased from Uzpischeprom in 1998 should now be registered in the name of ROZ Uzbekistan and that the latter should become the fourth member of CCBU. Hence 65.002% share in CCBU which was hitherto recorded as ROZ' share, became apportioned between the two ROZ entities so that 45.171% was registered in the name of ROZ and 9.947 % share in the name of ROZ Uzbekistan.