# EXHIBIT 11



EXHIBIT .121-70 submitted by Wolf Theiss

---- Forwarded by Banu Pektas/TR/EUR/TCCC on 17.08.2001 11:16 ----

**Gurtay Kipcak**
17.08.2001 08:43

To: Ahmet Burak/TR/EUR/TCCC@TCCC, Banu Pektas/TR/EUR/TCCC@TCCC, Ilkay Emin/TR/EUR/TCCC@TCCC, Brooks Bonnot/TR/EUR/TCCC@TCCC, Temucin Tuzecan/TR/EUR/TCCC@TCCC, Horst Dammann-Heublein/KZ/EUR/TCCC@TCCC
cc:
Subject: Uzbekistan - Meeting with HE Shavkat Khamrakulov

FYI
---- Forwarded by Gurtay Kipcak/TR/EUR/TCCC on 17.08.2001 09:49 ----

**Janet 'Washington DC' Howard**
Sent by: Michael Goltzman

To: Gurtay Kipcak/TR/EUR/TCCC@TCCC
cc: Ahmet C. Bozer/TR/EUR/TCCC@TCCC
Subject: Uzbekistan - Meeting with HE Shavkat Khamrakulov

17.08.2001 02:37

As you know, this afternoon we met with His Excellency Shavkat Khamrakulov, Ambassador of Uzbekistan to the United States. We conveyed all of the talking points to the Ambassador that you sent earlier today. We emphasized that The Coca-Cola Company would like to send its management to Tashkent to discover the substance of the alleged violations and to work with the Uzbek Government to resolve this matter.

The Ambassador responded that it was the intent of the Government of Uzbekistan to invite a representative of The Coca-Cola Company from the headquarters to come to Tashkent to be involved in the investigation and to demonstrate to our Company that the Government wants Coca-Cola to remain in Uzbekistan. The Ambassador felt that by allowing a representative of the Company to be present during the investigation, it would show the Uzbek Government's desire to conduct a transparent investigation. _The Ambassador asked us to let him know as soon as possible the name and title of the person from the Company who will be coming to Tashkent for meetings. He offered to help arrange meetings with all relevant authorities and that the Company's representatives could meet with whichever officials we deem appropriate._ The Ambassador agreed that if someone from the Company is able to go to Tashkent quickly, he believes the matter can be resolved before the end of August.

The Ambassador added that the Company should not view the investigation as a threat. Rather, he said that this was a routine "fiscal audit" and that the Government wanted to resolve the matter solely with The Coca-Cola Company -- "nobody else." It was evident that the Ambassador did not understand the difference between the Company, CCBU, and Roz Trading, although we explained to him that the Company was a minority shareholder in CCBU. The Ambassador said that the Uzbek Government very much wants The Coca-Cola Company to remain in Uzbekistan and that the Government hopes that the Company may even expand its investments. He said that this commercial dispute must be separated from "family matters." (According to the Ambassador, "Farid has declared war on the Uzbek Government.") The Ambassador wondered if it would be possible for the Company to buyout the Maqsudi family's interest in CCBU.

Regarding the narcotics investigators who took a concentrate sample today, the Ambassador was quite surprised to learn about the incident. He took careful notes and promised to get back to us as soon as he had any information about this matter. Richard Hoagland, Director of the State Department's Office of the Caucuses, had informed me that this is an old Soviet ploy to plant narcotics on a site so that subsequent tests reveal that the samples are tainted.

Regarding Farid's meetings on Capitol Hill, the Ambassador hoped that the Company could prevent him from "making problems." We explained to him that The Coca-Cola Company was neither involved in the meetings with the staff of the Members of Congress, nor did we condone Farid's actions. However, as an American citizen, he has a right to meet with US Government officials. Specifically, we noted that Farid's actions gave both The Coca-Cola Company and the Uzbek Government added incentive to resolve this matter immediately so that there is no press coverage.

Regarding the shut down of the bottling plant, the Ambassador said that the "CCBU security guards at the bottling plant were probably overzealous and prevented Uzbek Government officials from entering the plant. Therefore, the Government had no choice, but to close down the facility."

As you may know, the Honorable Richard Holbrooke, former United States Ambassador to the United Nations, is now a consultant to Mr. Daft. (The Ambassador's bio is attached for your information.) Ambassador Holbrooke knows President Karimov. In 1992, he travelled to Tashkent with the late Ambassador Pamela Harriman and met with the President. Ambassador Khamrakulov also noted that he attended a meeting between the President and Ambassador Holbrooke in Davos, Switzerland in 1996. We would like to propose that you authorize Ambassador Holbrooke to personally write the President regarding this matter. If you agree that such a letter would be useful, please provide a draft so we can forward it to Ambassador Holbrooke tomorrow. He wants to be of any possible help.

After we left the Embassy today, Mr. Lawrence Kurlander, President of the American-Uzbekistan Chamber of Commerce, telephoned Ambassador Khamrakulov. He explained to him that if the Uzbek Government treats Coca-Cola in this manner, the investor community will react in an extremely negative way. Mr. Kurlander has an appointment to meet with the Ambassador tomorrow and intends to deliver a formal letter to him. Attached is a draft of the letter and we will forward the final copy.

We look forward to speaking to you tomorrow.

Please let us know who will travel to Tashkent, as soon as possible.

With best regards.

<< File Holbrooke, Richard C. CV.doc not included with reply message >>
<< File Uzbekistan.Chamber of Commerce letter.Lamm version.revised.doc.doc not included with reply message >>