# EXHIBIT 13

**RadioFreeEurope RadioLiberty**

Search | Advanced Search
News & Analysis | RFE/RL Newsline ® | Reports | Specials | RFE/RL Pressroom
Subscribe | Listen | RFE/RL Languages | Job Opportunities | Site Map
News by Country | News by Language

Tuesday, December 5, 2006

E-mail this page to a friend | Print Version

## Uzbek Officials Say Deal To Help British Mining Group


(RFE/RL)

**Related Articles**

Uzbekistan: Observers Say Situation Heading Toward Upheaval

Uzbekistan Reins In Uzbek-Israeli Joint Venture

Uzbek Government Revokes Oxus License

**RFE/RL Central Asia Report**



Subscribe For weekly news and analysis on all five Central Asian countries by e-mail, **subscribe to "RFE/RL Central Asia Report."**

**Other News**

OSCE: U.S., Russia Clash Over Organization's Future

Azerbaijan Says Sticking Points Remain On Karabakh

Hussein Says He Will Boycott Kurdish Genocide Trial

Germany, France Back Partial Halt To Turkey-EU Talks

Gates Says U.S. Open To New Ideas On Iraq

··· 1 of 5 next ···

December 5, 2006 -- Uzbek officials say a decision by the U.K.'s Oxus Gold to sell part of its Amantaytau Gold Fields (AGF) joint venture to a Swiss-registered company with alleged government ties may help the British group sort out its troubles with regional tax authorities.

Uzbekistan's state-controlled media today quoted government officials as saying authorities "are ready to help solve [Oxus Gold's] tax problems within the framework of the existing legislation."

An Uzbek court in October ordered AGF, a 50-50 joint venture between Oxus Gold and the Uzbek government, to pay $224 million in tax arrears.

The British company on November 30 said it had agreed to sell 16 percent of its share in AGF to Zeromax GmbH, a Zug-registered subsidiary of the U.S.-based Zeromax Group.

Zeromax is owned by a Tashkent businessman, Miradil Jalalov, with suspected connections with President Islam Karimov's entourage.

Uzbekistan in August stripped Oxus Gold of its license to develop an ore deposit in southeastern Surkhandariya region.

(vesti.uz, uzmetronom.net, oxusgold.co.uk)

top
homepage
features

RSS

Radio Free Europe / Radio Liberty © 2006 RFE/RL, Inc. All Rights Reserved. Contact us: web@rferl.org