# EXHIBIT 14






Singapore - Brokers - Editorial - AFP - Asia Pulse - Reuters - Countries - Industries

International

Tuesday November 21, 9:46 PM

# Uzbeks seeking ways to disregard int'l arbitration

*By Shamil Baigin*

TASHKENT, Nov 21 (Reuters) - Uzbekistan is seeking legal ways to disregard decisions made by international courts of arbitration after declaring a gold venture half-owned by Newmont Mining Corp. bankrupt earlier this year.

Foreign mining companies have run into problems in the resource-rich Central Asian state over the past year, especially after the West strongly criticised Tashkent for using force to quash an uprising in May 2005.

In a move that raised concerns among foreign investors, Uzbekistan has announced plans to auction off assets formerly owned by Newmont in the Zarafshan-Newmont venture next month after an Uzbek court seized $49 million in back taxes.

In October, Newmont filed demands for arbitration, saying on its Website that it believed "the Republic of Uzbekistan repudiated its obligations to the company under Decree 151, Uzbek and international law, and various agreements."

On Tuesday, the Uzbek Constitutional Court published a ruling in Uzbek media saying legal disputes with foreign investors were not valid if they were conducted outside the Central Asian state without Uzbekistan's formal consent.

"The possibility of solving investment disputes through arbitration in accordance with rules and procedures of the international agreements of which Uzbekistan is a party, is not an expression of consent," the ruling said.

The text gave no specific details or examples.

An Uzbek law source close to the Newmont case said the decision would give Uzbekistan a legal footing to disregard arbitration rulings.

"An international arbitration court will most likely rule in favour of Newmont. The ruling will be sent to Uzbekistan for execution. No one will of course recognise (its judicial value) here," the source said.

In July, Uzbek authorities seized gold and some of the assets belonging to Zarafshan-Newmont, the other 50 percent of which is owned by the government of Uzbekistan, and opened two tax claims for payments it said were due between 2002 and 2005.

Newmont's 50 percent share of gold sold by the Uzbek joint venture last year was 122,700 ounces.

Copyright © 2006 Reuters Limited. All rights reserved. Republication or redissemination of the contents of this screen are expressly prohibited without the written consent of Reuters Limited

Copyright © 2006 Yahoo! Pte Ltd. All Rights Reserved.
Privacy Policy - Terms of Service - Community - Help