# EXHIBIT 16

Westlaw.                                                                    NewsRoom

5/5/05 NEFTECOMPASS (No Page                                                Page 1

5/5/05 NEFTE Compass (Pg. Unavail. Online)
2005 WLNR 8033905

                              NEFTE Compass
                  Copyright 2005  Energy Intelligence Group

                              May 5, 2005

                              Volume 14

                              Section: 19

     Gazloan: Gazprombank Lends To Uzbekneftegas.(Zeromax)(Brief Article)


   Uzbekistan's state-owned oil and gas concern Uzbekneftegas is to receive a $25
million loan from Gazprom's subsidiary Gazprombank.

   The funds will be used on units to process associated gas at the Kokdumalak field
in Uzbekistan, according to local press reports.

   Kokdumalak is estimated to harbor 55 million metric tons (403 million bbl) of
crude, 67 million tons of condensate and 145 Bcm of gas.

   The project is led by a US-registered company, Zeromax, which last year won a
contract to install equipment to increase liquefied petroleum gas output to 100,000
tons/yr.

   Zeromax is controlled by the daughter of Uzbek President Islam Karimov. Gulnara
Karimova, one of the most powerful figures in the former Soviet republic, who has
recently been expanding activities in the oil and gas business at the expense of
Russian interests.

   Zeromax is also involved in a deal signed by Gazprom earlier this year to buy 5
Bcm of gas from Uzbekistan in 2005 (NC May 5, p6).

   Separately, Karimov has served notice that Uzbekistan is pulling out of GUUAM, a
grouping of five former Soviet republics. Karimov said that the group had deviated
from its earlier goal of economic cooperation, and was focusing too much on
security and political issues. Other GUUAM members include Georgia, Ukraine,
Azerbaijan and Moldova, which have lately been using the group to counter Russian
influence and pursue their goal of integration with the West.

                          ---- INDEX REFERENCES ----

COMPANY: GAZPROMBANK

NEWS SUBJECT:  (World Organizations (1IN77); CIS (1CI65))

INDUSTRY:  (Oil & Gas Project Financing (1OI51); Oil & Gas (1OI76))

REGION:  (Central Asia (1CE93); Europe (1EU83); Russia (1RU33); Eastern Europe
(1EA48); Asia (1AS61); Uzbekistan (1UZ71))


            ©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Language:  EN

OTHER INDEXING:  (GAZLOAN: GAZPROMBANK LENDS; GAZPROMBANK; GUUAM)  (Gulnara Karimova; Islam Karimov; Karimov; Kokdumalak; Zeromax)  (Uzbekistan; Russia)

KEYWORDS: Company financing; Contract agreement; Company investment; Banking industry ( Production management);  ( Financial management);  ( Contracts & orders let);  ( Contracts & orders received);  ( Services information);  ( Petroleum, energy and mining industries);  (211111);  (2111);  (Crude Petroleum & Natural Gas);  (Oil & Gas Extraction);  (Banking industry);  (Services);  (Investments); (Gas industry);  (Contracts);  (Production management);  (Finance);  (2911); (1321);  (1311);  (6020)

COMPANY TERMS: JSB GAZPROMBANK; UZBEKNEFTEGAS CORP

Word Count: 285
5/5/05 NEFTECOMPASS (No Page)

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.