# EXHIBIT 19

| "CONFIRMED" | "REGISTERED" |
|---|---|
| By the General Meeting of participants of the joint venture | Department of justice of Tashkent region of the Republic of Uzbekistan |
| Minutes of general meeting № 13 dated 11 October 2005 | № 13 dated 7 November 2005 |

# JOINT VENTURE AGREEMENT

## UZBEK-SWISS AGROINDUSTRIAL JOINT VENTURE

### "MUZIMPEX"

Limited liability Company

(Amended and restated)

Tashkent 2005

This Joint Venture Agreement "Muzimpex" –Limited Liability Company, hereinafter referred to as the JV is made in accordance with laws of the Republic of Uzbekistan "About limited liability companies", "About foreign investments", "About guarantees and measures on protection of rights of foreign investors" among the following entities:

- Zeromax GmbH company, registered in accordance with the Swiss laws. The registered address of the company is Bahnhofstrasse 7, CH-6300, Zug Switzerland
- "RTPF-TIJORAT" public corporation, registered by # 733 dated 3 June 1998 by the decree of khokim of Yunus-Abad district of Tashkent, with registered office is located at: 25, Navoi street, Shaihantohur district, Tashkent.

**Article 1. The name and postal address of the JV**

1.1. The name of the JV
1.1.1. The full name of the JV:

- In Uzbek: Masuliati cheklangan jamiyat shaklidagi "MUZIMPEX" Ozbekiston--Shveysariya agrosanoat qoshma korxonasi;

- In Russian: Узбекско-Швейцарское агропромышленное совместное предприятие «МУЗИМПЕКС» в форме общества с ограниченной ответственностью.

- In English: Uzbek-Swiss agro industrial joint venture "MUZIMPEX", LTD.

2.1.2. Abbreviation of the joint venture:

In Uzbek: "MUZIMPEX" KK;
In Russian: СП "MUZIMPEX"
In English: "MUZIMPEX"JV

2.1.3. The postal address and location of the JV: 11, Loyihachi street, Nazarbek, Zangiota district, Tashkent region, Republic of Uzbekistan, 702043.

**Article 2. Participants of the Joint venture.**

2.1. Participants of the joint venture are:

**Foreign participant:**
"Zeromax GmbH" company duly organized and existing under Swiss laws, whose registered office is located at: Bahnhofstrasse, 7, CH-6301, Zug, Switzerland.

Uzbek participant:
- **"RTPF-TIJORAT"** public corporation, registered by # 733 dated 3 June 1998 by the decree of khokim of Yunus-Abad district of Tashkent, with registered office is located at: 25, Navoi street, Shaihantohur district, Tashkent.

**Article 3. Legal status.**

3.1. The joint venture is the entity with participation of the foreign capital and accrues a right of the legal entity from the date of state registration in accordance with the legisalation of the Republic of Uzbekistan, Joint Venture Agreement and Charter.

3.2. The joint venture qualifies the right of ownership, the right of using and handling with its property. The joint venture has a right to perform any acts, not contrary to the law, to use the property for performing of any kinds of economic activities, not prohibited by the law. The joint venture can conclude Agreements on its behalf and accrue property and personal non-property rights, fulfill the obligations, to be a plaintiff and defendant in the economic court and court of arbitration,

3.3. The participants do not have severalty for the objects property of the joint venture, including the objects, contributed as a share to the Charter fund.

3.3.1. As a contribution to the Charter fund of the JV the property complex – the UP "Muzimpex-Tijorat" subsidiary is being transferred from the Uzbek participant's side. And "MUZIMPEX" JV is a successor of UP "Muzimpex-Tijorat", reorganized to the "MUZIMPEX" JV , to whom all the rights and obligations of UP "Muzimpex-Tijorat" are being transferred to.

3.4. The joint venture shall have the obligations on its property and assets, which can be subject to incurring a penalty according to the laws of the Republic of Uzbekistan.

3.5. The State, its institutions and agencies are not responsible for the JV liabilities, as well as the JV is not responsible for the liabilities of the State, its institutions and agencies.

3.6. The joint venture is not responsible for the liabilities of the Participants. The Participants of the joint venture take the risk of material losses connected with the JV activities, within the limits of the value of their investments.

3.7. The joint venture has a seal with the trade mark, corner stamp, letter-heads, and bank accounts and legal address of the entity.

**Article 4. Objectives, powers and operation of the company.**

4.1. The primary purpose of the JV shall be the development of high technologies in sphere of production of manufactured products, and market saturation with high-quality consumer goods and cultivating, manufacturing, processing, storage and sales of agricultural products, rendering of service and carrying out works in the interests of incorporators and the JV.

### 4.2. The main kind of business activities of the JV are as follows:

- Management of the warehouse depots (customs warehouse), farm-houses; production, processing, and sale of the agricultural production, freezing of fruits and vegetables;

- Production and sale of the manufactured goods and foodstuffs via its own shops;

- Production and sales of package and furniture;

- Renovation and reconstruction of the living quarters, improvement and finishing works;

- Production, sales and maintenance of the sanitary engineering;

- Execution phase on application of the achievements of IT science to production, rendering of services in the sphere of IT;

- Rendering of marketing, leasing, representative, dealers and other kinds of services;

- Performance of the exhibitions and trade fairs;

- Setting up of the medical institutions, hospitals and polyclinics, rendering of the medical and stomatological services to the people, opening of the dentists' offices;

- Setting up and organization of the activity of the pharmacies, collecting, processing and sale of the medicinal herbs;

- Construction and maintenance of the hotels, camping-sites, etc;

- Construction, rent, maintenance of car parks, market-places, car-washing facilities;

- Organizing of the various cultural events, show-programs, discos, drawing of the lotteries,etc;

- Purchase and sale of vehicles, and maintenance;

- Delivery of oil products, opening and maintenance of gas stations,selling of the oil products;

- Installation, repair, construction works, architectural and roadway maintenance works;

- Production and sale of the confectionery and bakery products ( cookies,bisquits,etc.)

- Growing, storage and sale of the poultry products and meat and milk products;

- Setting up and running of the laundries;

- Production and sale of ready-made garments, knit works, and working clothes;

- Production and technical goods, production of finish goods ;

- Setting up and putting into operation the public catering facilities ( restaurants,bars,cafes, clubs)
- Activities in the sphere of the international and local tourism;
- Production and repairs of the footwear and leather goods;
- Freight forwarding of goods and passengers transportation by railway transport, air transport, and motor transport;
- Lease of warehouses for trade, industrial and other organizations;
- Production and sale of ironmongery, woodworking, producing and sale of woodwork;
- Production and sale of the soft drinks and ice-cream
- Performing of dealers activities;
- Certification of services, customs declaration service via customs agents and brokers;
- Advertising activity
- Rendering of finance assistance
- Import-export operations

4.3. Foreign economic activity of the JV is being executed in accordance with the existing laws of the Republic of Uzbekistan.

4.4. In case if the JV will need to get a license from the State agencies, this kind of activity will be carried out only after getting of this license granted.

**Article 5. Setting up of subsidiaries and separate subdivisions.**

5.1. The joint venture reserves the right to set up its subsidiaries and branches on the territory of countries of Participants as well as in other countries with corporate privilege and the right to open a checking and settlement accounts with the Charter fund up to 30% from the Charter fund of the Joint venture.

5.2. All subsidiaries, branches and divisions are acting on the basis of Charters, approved by the Director General of the joint venture.

5.3. The Joint venture reserves the right to set up its representative offices in the Republic of Uzbekistan and abroad.

**Article 6. Charter fund (Chartered capital).**

6.1. The Joint venture sets up the a charter fund by means of contributions from the Participants In the amount of ten million three hundred seventy five thousand three hundred US dollars ($10, 375 .300).

6.2. The contributions to the Charter fund are made by the Participants of the joint venture in accordance with the order established in the joint venture Agreement:

- The foreign Participant "Zeromax GmbH"(Switzerland) contributes cash assets and property(goods) in the amount of eight million four hundred and fifteen thousand three hundred US dollars ($ 8 415 300) which is 81, 11% in terms of participatory interest percentage in the Charter fund.
- Uzbek participant –OAO "RTPF-TIJORAT" contributes property in the amount of One million nine hundred and sixty thousand US dollars ($1 960 000), which is equal to 18, 82% of the Charter fund.

6.3. The Charter fund of the JV may be increased due to the profits from the economic activity of the JV, and in case of the necessity, by means of additional investments from its Participants or by attracting of new participants.

6.4. The Participant of the joint venture, who made his contribution in full, will get the certificate which does not belong to the category of securities.

6.5. The JV Participants do not possess the severalty for the objects, which are the part of property of the Joint venture, including those kinds of property (or goods) being contributed by the Participants as the investment to the Charter Fund.

6.6. The Participants, who violate obligations on contribution to the Charter Fund, are subject to the property accountability in accordance with the law.

**Article 7. Allocation of revenues, damage settlement and setting up of funds.**

7.1. The revenue of the Joint venture is being used for setting up of the special funds of the enterprise, for payments to the State budget, and distribution among the Participants.

7.2. The joint venture forms the reserve fund in the amount of not less than 15% from the Charter Fund. The amount of annual allocations to the reserve fund can not be less than 5% of the net profit.

7.3. The joint venture has a right to establish other kinds of funds necessary for carrying out its economic activities.

7.4. The JV profits existing after the JV pays its expenses to pay all taxes due and capital expenditures, shall be income of the Participants and are subject to distribution pro rata to its interest percentage in the Charter Fund.

7.5. The portion of the profit subject to distribution is to be paid to the Participants of the JV in In terms fixed by the General Meeting of the Participants of the JV in the end of the fiscal year.

7.6. Losses and damages which may occur during the JV operation are covered by the Reserve Fund of the joint venture. If the Reserve Fund is insufficient to cover all losses and damages, the General Meeting will determine the source for covering of these expenses.

**Article 8. Governing organs**

8.1. The joint venture shall have the following governing bodies:
- The General Meeting of the Participants
- Supervisory Board
- General Director
- Inspection Commission

8.2. The highest governing body of the joint venture is the General Meeting of the Participants. Every Participant can revoke the appointed member of the General meeting at any time. The Director General can take part in the General Meeting without the right of voting. A legal entity (the participant of the enterprise) is represented by its director or by any other person, acting on the basis of the Power of Attorney, issued by the Participant of the Joint venture. The Participant Reserves the right to replace the member of the General Meeting appointed earlier.

8.3. In case if the member of the General Meeting is not able to attend the meeting, he has the right to appoint his representative to participate in the meeting. His authority must be confirmed

by the POA, given by the Participant of the joint venture. The representative will enjoy the equal rights with the other Participants of the Meeting.

8.4. The General meeting is authorized to make decisions in every aspect of the JV activities.

**Article 9. Term of activity, dissolution and reorganization.**

9.1. The term of economic activity of the JV is unlimited.
9.2. The Joint venture can be winded up by the decision of the General Meeting or court.
9.3. Winding up and reorganization procedures are being made in accordance with the laws of the Republic of Uzbekistan.

**Article 10. Effectiveness of the JV Agreement and dispute resolution.**

10.1. The Joint Venture Agreement shall become effective upon its State registration.
10.2. All amendments and alterations in the Agreement are being made in writing, signed and stamped by the authorized persons and registered in the accordance with the applicable law.
10.3. All disputes arising out of this Agreement shall be amicably settled, and if the amicable settlement is not reached, all such disputes shall be finally settled in the economic court.
10.4. This constituent Agreement is drawn up in Uzbek and Russian languages, in four copies, with each copy having the equal legal effect.

**Signatures and seals of the participants:**

"Zeromax GmbH" – the authorized person is Mr. Gulomjon Gafurkulovich Imanazarov, Passport CA № 2050152 issued by the Akmal Ikrom ROVD Tashkent date 09.10.2004 acting on the basis of the Power of Attorney dated 12.07.2005

Seal of Zeromax GmbH company

Director General of "RTPF-Tijorat" – Mr. Bakhrom Yusupovich Radjapov, passport CA № 1805338, issued by the Yakkasaray ROVD Tashkent date 28.11.2002

Seal of RTPF-Tijorat

«УТВЕРЖДЕН»

Общим собранием Участников
Совместного предприятия

Протокол собрания № 13
от « 11 » октября 2005г.

«ЗАРЕГИСТРИРОВАН»

Управлением Юстиции
Ташкентской области
Республики Узбекистан
№ 13
от « 7 » октября 2005г.

# УЧРЕДИТЕЛЬНЫЙ ДОГОВОР

## УЗБЕКСКО – ШВЕЙЦАРСКОГО АГРОПРОМЫШЛЕННОГО СОВМЕСТНОГО ПРЕДПРИЯТИЯ

## «MUZIMPEX»

В ФОРМЕ ОБЩЕСТВА С ОГРАНИЧЕННОЙ
ОТВЕТСТВЕННОСТЬЮ

(новая редакция)

Ташкент – 2005г.

Настоящий Учредительный договор совместного предприятие «MUZIMPEX» в форме общества с ограниченной ответственностью, именуемое далее СП заключен в соответствии с Законами Республики Узбекистан «Об обществах с ограниченной и дополнительной ответственностью», «Об иностранных инвестициях», «О гарантиях и мерах защиты прав иностранных инвесторов» следующими юридическими лицами:

- Компания «ZeroMax GmbH», зарегистрированная в соответствии с законодательством Швейцарии. Зарегистрированный адрес компании: Bahnhofstrasse 7, CH – 6300, Zug, Switzerland.
- Открытое акционерное общество «RTPF – TIJORAT», зарегистрировано за № 733 от 3 июня 1998 года решением Хокима Юнус - Абадского района г. Ташкента, расположено по адресу: г. Ташкент, Шайхантахурский район, улица Навои, 25.

### Ст. 1. Наименование и почтовый адрес Совместного предприятия
1.1. Наименование Совместного предприятия
1.1.1. Полное наименование предприятия:
- На узбекском языке: Masuliyati cheklangan jamiyat shaklidagi «MUZIMPEX» Ozbekiston – Shveysariya agrozavod qoshma korxonasi;
- На русском языке: Узбекско – Швейцарское агропромышленное совместное предприятие «MUZIMPEX» в форме общества с ограниченной ответственностью.
- На английском языке: Uzbekistan- Switzerland agroindastril Joint Venture «MUZIMPEX» in The Form of Ltd;

2.1.2. Сокращенное наименование совместного предприятия:
На узбекском языке: «MUZIMPEX» KK;
На русском языке: СП «MUZIMPEX»
На английском языке: «MUZIMPEX» JV;

2.1.3. Почтовый адрес и местонахождение Совмесного предприятия: 702043, Республика Узбекистан, Ташкентская область, Зангиатинский район, поселок Назарбек, улица Лойихачи, 11.

### Ст.2. Участники Совместного предприятия
2.1. Участниками Совместного предприятия являются:

**Иностранный участник:**
Компания «ZeroMax GmbH», зарегистрированная в соответствии с законодательством Швейцарии. Зарегистрированный адрес компании: Bahnhofstrasse 7, CH – 6301, Zug, Switzerland.

**Узбекский участник:**
Открытое акционерное общество «RTPF – TIJORAT», зарегистрированное за № 733 от 3 июня 1998 года решением Хокима Юнус-Абадского района г. Ташкента, расположенное по адресу г.Ташкент, Шайхантахурский район, улица Навои, 25.

### Ст.3. Юридический статус
3.1. Совместное предприятие является предприятием с участием иностранного капитала, приобретает права юридического лица со дня государственной регистрации в установленном законом порядке и руководствуется в своей деятельности законодательством Республики Узбекистан, Учредительным договором и Уставом.

3.2. Совместное предприятие обладает правом владения, пользования и распоряжения принадлежащим ему имуществом. Совместное предприятие вправе совершать в отношении своего имущества любые действия, не противоречащие закону, использовать имущество для осуществления любой хозяйственной или иной деятельности, не запрещенной законодательством. Оно может от своего имени заключать договоры.

приобретать имущественные и личные неимущественные права, нести обязательства, быть истцом и ответчиком в суде, хозяйственном и третейском судах.

3.3. Участники не обладают обособленными правами на объекты, входящие в состав имущества Совместного предприятия, в том числе и на объекты, внесенные в качестве вклада в Уставный фонд.

3.3.1. Со стороны узбекского Участника в качестве вклада в уставной капитал СП Агросаноат «MUZIMPEX» передается имущественный комплекс - дочернее предприятие УП «Muzimpeks-Tijorat». СП «MUZIMPEX» является правопреемником УП «Muzimpeks-Tijorat», реорганизованного путем присоединения в СП «MUZIMPEX», которому переходят все права и обязанности УП «Muzimpeks-Tijorat».

3.4. Совместное предприятие отвечает по своим обязательствам принадлежащим ему имуществом и активами, на которые по законодательству Республики Узбекистан может быть обращено взыскание.

3.5. Государство, его органы и организации не отвечают по обязательствам Совместного предприятия, равно как и Совместное предприятие не отвечает по обязательствам государства, его органов и организаций.

3.6. Совместное предприятие не отвечает по обязательствам Участников. Участники совместного предприятия несут риск убытков, связанных с деятельностью СП, в пределах стоимости их вкладов.

3.7. Совместное предприятие имеет печать с фирменным знаком, угловой штамп, бланки со своим наименованием, расчетные и другие счета в банке и реквизиты предприятия.

### Ст.4. Цель создания и предмет деятельности.

4.1. Совместное предприятие создается с целью развития высоких технологий в области производства товаров промышленного, научно – технического назначения, насыщения рынка Республики Узбекистан высококачественными товарами народного потребления, выращивания, производства, заготовки, переработки и хранения, а также реализации сельскохозяйственной продукции, производства ТНП, оказание услуг и проведение работ для получения прибыли в интересах учредителей и СП.

4.2. Основными видами и направлениями деятельности СП является:
- Организация грузовых дворов (таможенный склад), фермерских хозяйств, заготовка, производство, переработка и реализация сельскохозяйственной продукции, замораживание фруктов и овощей;
- Производство и реализация товаров промышленного и продовольственного назначения, а также через свои фирменные магазины;
- Производство и реализация тары, промышленной и бытовой мебели;
- Ремонт и реконструкция жилых и производственных помещений, благоустроительные и отделочные работы;
- Производство, реализация и ремонт сантехники;
- Выполнение работ по внедрению и эксплуатации электронной и вычислительной техники, оказание услуг в области информатики;
- Оказание маркетинговых, лизинговых, холдинговых, представительских, дилерских и других услуг;
- Проведение выставок и ярмарок;
- Открытие медицинских учреждений, больниц и поликлиник, оказание медицинской помощи, стоматологических услуг населению, открытие стоматологических пунктов;
- Открытие и организация деятельности аптек, сбор, переработка и реализация лекарственных трав;
- Строительство и эксплуатация гостиниц, кемпингов, и т.д.;
- Строительство, аренда, организация охраны и обслуживание автостоянок, рынков, техническое обслуживание и мойка автомашин;

- Организация и проведение культурно – массовых, спортивно – зрелищных мероприятий, различных шоу – программ, дискотек, открытие и организация клубов, игорных домов, проведение лотерей и т.д.;
- Купля – продажа, аренда транспортных средств, ремонт и техническое обслуживание;
- Организация завоза нефтепродуктов, открытие и эксплуатация автозаправочных станций и пунктов смены масла, продажа нефтепродуктов;
- Монтажные, ремонтные, строительные, архитектурные и дорожные работы.
- Производство и реализация кондитерских и хлебобулочных изделий (печенья, бисквитов и т.д.);
- Выращивание, заготовка и реализация продукции птицеводства и мясомолочной продукции;
- Организация и эксплуатация прачечных;
- Ремонт, продажа аудио, видеотехники и другой бытовой аппаратуры, эксплуатация электрооборудования;
- Производство и реализация швейных, трикотажных изделий и спец. одежды;
- Организация студий звукозаписи, кабельного телевидения и установка спутниковых антенн, прокат кино-видео продукции и услуг по прокату;
- Производство товаров народного потребления, торговая, торгово – закупочная, посредническая деятельность, организация магазинов, закупка товаров за счет собственных и привлеченных средств, а также на условиях комиссии (консигнации);
- Проведение проектных, научно – исследовательских и опытно – конструкторских, ремонтных, монтажных, пуско – наладочных работ и испытаний;
- Производство продукции производственно-технического назначения, производство столярных и плотницких изделий;
- Заготовка и переработка вторичного сырья, неликвидов и отходов производства;
- Организация и эксплуатация пунктов общественного питания (ресторан, бар, кафе, клубы)
- Художественно – оформительские работы, дизайнерские работы;
- Организация авто сервиса, автоспецстанков и спецоборудования для автосервиса;
- Деятельность в сфере международного и местного туризма;
- Производство и ремонт обуви, кожгалантерейных изделий;
- Перевозка грузов и пассажиров железнодорожным, воздушным и автомобильным транспортом;
- Организация и аренда складов для торговых, промышленных и других организаций;
- Производство и реализация изделий из металла, деревообработка, изготовление и реализация изделий из дерева;
- Изготовление и реализация прохладительных напитков и мороженого;
- Тиражирование различных видов печатной продукции, полиграфические работы; все виды редактирования и художественного оформления печатной продукции; переплетные и картонажные работы;
- Открытие фирменных магазинов и торговых точек, оптово – розничная торговля;
- Осуществление дилерской деятельности;
- Сертификация продукции услуг, осуществление услуг декларирования товаров на договорной основе (таможенный посредник, агент, брокер);
- Рекламная деятельность;
- Оказание финансовой помощи;
- Импортно – экспортные операции;

4.3. Внешнеэкономическая деятельность СП осуществляется в соответствии с действующим законодательством Республики Узбекистан.

4.4. В случае, если для осуществления какого – либо вида деятельности Совместному предприятию необходимо будет получить разрешение (лицензию) государственных органов, то такая деятельность осуществляется после получения разрешения.

### Ст.5. Создание дочерних предприятий и обособленных подразделений

5.1. Совместное предприятие имеет право создавать на территории стран Участников, а также в третьих странах дочерние предприятия с правами юридического лица, а также филиалы, отделения с правом открытия текущих и расчетных счетов с Уставным фондом до 30 % от Уставного фонда Совместного предприятия.

5.2. Дочерние предприятия, филиалы, отделения действуют на основе Уставов или Положений о них, утвержденных Генеральным директором Совместного предприятия.

5.3. Совместное предприятие вправе создавать свои представительства, как в Республике Узбекистан, так и за рубежом.

### Ст.6 Уставный фонд (Уставный капитал)

6.1. Для обеспечения деятельности Совместного предприятия создается Уставный фонд за счет вкладов Участников в размере 10.375300 ( десять миллионов триста семьдесят пять тысяч триста) долларов США.

6.2. Вклады в Уставный фонд вносятся Участниками совместного предприятия в установленном Учредительным договором порядке:

- Иностранный участник- «ZeroMax GmbH», (Швейцария) в счет своей доли вносит денежные средства и имущество (товары) на сумму 8.415300 (восемь миллионов четыреста пятнадцать тысяч триста) долларов США, что составляет 81,11% Уставного фонда.
- Узбекский Участник – ОАО «RTPF – THORAT» в счет своей доли вносит имущество на сумму 1.960000 (один миллион девятьсот шестьдесят тысяч) долларов США, что составляет 18,82 % Уставного фонда.
- 6.3. Уставной капитал СП может увеличиваться за счет прибыли от хозяйственной деятельности СП, а при необходимости за счет дополнительных вкладов его Участников или путем привлечения новых Участников.

6.4. Участнику СП, полностью внесшему свой вклад, выдается свидетельство, которое не относится к категории ценных бумаг.

6.5. Участники СП не располагают обособленным правом на отдельные объекты, входящие в состав имущества СП, в том числе на объекты, имущества (товары), внесенные Участниками в качестве вклада в Уставный капитал.

6.6. Участники, нарушившие обязательства по взносу долей, несут имущественную ответственность в порядке, установленном законом.

### Ст.7. Распределение прибыли и покрытие убытков, образование фондов

7.1. Доход, получаемый СП в результате его хозяйственной деятельности, используется для создания специальных фондов предприятия, расчетов с государственным бюджетом и распределяется между Участниками.

7.2. Совместное предприятие образует резервный фонд размером не менее 15% от Уставного фонда. Размер ежегодных отчислений в резервный фонд не может быть менее 5 % от чистой прибыли до достижения установленного размера.

7.3. Совместное предприятие вправе образовывать и другие фонды, необходимые для его деятельности, которые находятся в полном его распоряжении.

7.4. Прибыль СП, за вычетом сумм налогов и иных платежей в бюджет и сумм, направляемых на создание и пополнение фондов, распределяется между Участниками пропорционально долевому участию в уставном Фонде.

7.5. Распределяемая часть прибыли подлежит выплате Участникам Совместного предприятия в сроки, установленные Общим собранием участников СП по окончании финансового года.

7.6. Убытки, которые могут возникнуть в ходе деятельности СП, покрываются за счет его резервного фонда. При недостатке средств резервного фонда для покрытия убытков Общим собранием принимается решение об определении источников покрытия убытков.

## Ст. 8 Органы управления и контроля

8.1. Органами управления и контроля Совместного предприятия являются:
- Общее собрание участников общества;
- Наблюдательный совет;
- Единоличный исполнительный орган – Генеральный директор;
- Ревизионная комиссия.

8.2. Высшим органом Совместного предприятия является Общее собрание участников. Каждый из Участников в любое время может отозвать назначенного члена Общего собрания. В Общее собрание может входить по должности Генеральный директор без права голосования. Юридическое лицо (участник предприятия) представляет в Общем собрании его руководитель или иное лицо, на основании доверенности, выданной Участником Совместного предприятия. Участник имеет право в любое время заменить ранее назначенного члена Общего собрания.

8.3. В случае, если член Общего собрания не в состоянии присутствовать на заседании Общего собрания, то он вправе назначить для участия на заседании своего представителя. Полномочия представителя должны быть подтверждены доверенностью, выданной Участником Совместного предприятия. Представитель пользуется равными правами с другими Участниками Собрания.

8.4. Общее собрание правомочно принимать решения по любым вопросам деятельности Совместного предприятия.

## Ст.9. Сроки деятельности, ликвидация и реорганизация

9.1. Срок деятельности Совместного предприятия неограничен.
9.2. Совместное предприятие может быть ликвидировано по решению общего собрания или суда.
9.3. Ликвидация, реорганизация, преобразование осуществляется в порядке, установленном законодательством Республики Узбекистан.

## Ст.10. Вступление в силу Учредительного договора, разрешение споров

10.1. Учредительный договор вступает в силу со дня его государственной регистрации.
10.2. Дополнения и изменения, вносимые в учредительный договор, составляются в письменной форме, скрепляются подписями уполномоченных лиц сторон и печатями, регистрируются в установленном порядке.
10.3. Возникшие споры разрешаются участниками путем переговоров, не разрешенные рассматриваются хозяйственным судом.
10.4. Учредительный договор составлен на узбекском и русском языках, в четырех экземплярах, имеющих одинаковую юридическую силу.

### Подписи и печати участников:

«ZeroMax GmbH» уполномоченное лицо Икрамов Эркин Кулямжан Гафуркулович, паспорт серии СА № 2050152, выданный Акмал Икрамовским РУВД г. Ташкента 09.10.2004 года, действующий на основании Доверенности от 12.07.2005

Генеральный директор ОАО «RTPF-TIJORAT» Раджапов Бахром Юсунович, паспорт серии СА № 1805338, выдан Яккасарайским РУВД г. Ташкента 08.11.2002 года.

_____ _____ 200_ г. Настоящий договор удостоверен
мной, _____ нотариусом нотариальной конторой
_____ района города Ташкента.
Договор подписан сторонами в моем присутствии. Личность
сторон _____, их проверена.
Зарегистрировано в реестре за № 1-20-66

**ЛИЦЕНЗИЯ**
TN № 000101
ВЫДАНА 08.10.1998 ГОДА
УПРАВЛЕНИЕМ ЮСТИЦИИ
ГОРОДА ТАШКЕНТА

Прошнуровано, пронумеровано и скреплено печатью ___ листов
Нотариус _____ Подпись