# EXHIBIT 21

08/02/2005 13:51 FAX 3025528597   DELAWARE CORP   → SECY OF STATE   ☒002
08-02-05 11:35   Pg: 3/3

```
                                State of Delaware
                                Secretary of State
                               Division of Corporations
                             Delivered 02:50 PM 08/02/2005
                              FILED 02:45 PM 08/02/2005
                             SRV 050635569 - 3598557 FILE
```

# CERTIFICATE OF VOLUNTARY DISSOLUTION

## OF

## Zeromax Logistics, Inc.

Zeromax Logistics, Inc., a Delaware corporation (the "Company"), in accordance with Section 275 of the General Corporation Law of the State of Delaware and in order to dissolve the Company, certifies as follows:

1. The name of the corporation is Zeromax Logistics, Inc.

2. On _July 22_, 2005, the dissolution of the Company was authorized by the board of directors and the stockholders of the Company in accordance with subsections (a) and (b) of Section 275 of the General Corporation Law of the State of Delaware.

3. The names and addresses of the directors and officers of the Company last in office are:

*Harry Eustace, Sr. 1310 Double Gate Ct. Davidsonville, MD*
*Miradil Djuraboy, 3¹ˢᵗ Nukuniy Passage, Tashkent, Uzbek,*
*700100*

IN WITNESS WHEREOF, the Company has caused this Certificate of Voluntary Dissolution to be executed by a duly authorized officer this 22ⁿᵈ day of July, 2005.

_____

*Harry F Eustace, Sr.*
*President, Director*   Print Name and Title



10004932.DOC
97006