UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROZ TRADING LTD., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | 1:06-CV-01040 CKK |
| ZEROMAX GROUP, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**CONSENT MOTION TO EXTEND DEFENDANTS' TIME
TO FILE REPLY IN SUPPORT OF THEIR CONSOLIDATED
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 7 and Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Zeromax Group, Inc. ("Zeromax Group"), Zeromax Logistics, Inc. ("Zeromax Logistics"), Zeromax LLC and Zeromax GmbH (collectively the "Zeromax Defendants"), with the express consent of Plaintiffs ROZ Trading Ltd. (Uzbekistan) and ROZ Trading Ltd. (collectively "ROZ"), through their counsel, respectfully submit this Consent Motion to Extend the Zeromax Defendants' Time to File Their Reply in Support of Their Consolidated Motion to Dismiss the First Amended Complaint in its Entirety (the "Consolidated Motion to Dismiss"), and state as follows:

1. By Minute Order dated October 23, 2006, this Court granted the Zeromax Defendants' and ROZ's Joint Motion to Set a Unified Briefing Schedule to respond to ROZ's Amended Complaint, filed September 1, 2006 ("Unified Briefing Schedule"). *See* Minute Order (Oct. 23, 2006). The Unified Briefing Schedule was warranted because ROZ had, just prior to October 23, 2006, completed service of process on all Zeromax Defendants and the Zeromax Defendants anticipated filing a consolidated dispositive motion.

2.      Pursuant to that schedule, the Zeromax Defendants filed their Consolidated Motion to Dismiss on November 6, 2006. *See* Consolidated Motion to Dismiss (Docket No. 15). ROZ filed its opposition papers on December 11, 2006. *See* Mem. in Opp'n (Docket No. 16).

3.      The Zeromax Defendants' reply brief is due on January 19, 2007. The Zeromax Defendants respectfully request that the Court grant them an extension to submit their reply brief on or before February 2, 2007. An extension is warranted due to unavoidable overseas and domestic business travel required of counsel for the Zeromax Defendants throughout the month of January. Moreover, an extension is warranted due to the inherent complexities and additional time required in the coordination between counsel for the Zeromax Defendants and their clients overseas. In part, communication has been difficult due to holidays that between the two countries extended from December 24 through January 7. During this holiday period, it has not been possible to do the substantive work necessary to prepare the response.

4.      In view of their unavoidable business travel and the coordination complexities of this case, counsel for the Zeromax Defendants requested that ROZ consent to a one-month extension of time until February 19, 2007. ROZ agreed to consent to only a two-week extension of time until February 2, 2007.

5.      In view of the foregoing, the Zeromax Defendants have demonstrated good cause and, with ROZ's consent, respectfully request that their time to file reply papers be extended from **January 19, 2007** until **February 2, 2007.**

6.      Given the parties' mutual agreement to the relief requested, the Zeromax Defendants submit that the extension will not prejudice the parties or the orderly progression of the case.

Wherefore, the Zeromax Defendants respectfully request that this Motion be granted and that the above-referenced briefing schedule be set.

Dated: January 8, 2007

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Zeromax Group, Inc., Zeromax Logistics, Inc., Zeromax LLC and Zeromax GmbH*