UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROZ TRADING LTD., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-CV-01040 CKK |
| ZEROMAX GROUP, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**CONSENT MOTION TO ENLARGE DEFENDANTS' TIME TO
FILE REPLY IN SUPPORT OF CONSOLIDATED MOTION TO
DISMISS AND FOR LEAVE TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7(e) and Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Zeromax Group, Inc. ("Zeromax Group"), Zeromax Logistics, Inc. ("Zeromax Logistics"), Zeromax LLC and Zeromax GmbH (collectively the "Zeromax Defendants"), with the express consent of Plaintiffs ROZ Trading Ltd. (Uzbekistan) and ROZ Trading Ltd. (collectively "Plaintiffs"), through their counsel, respectfully move this Court to grant the Zeromax Defendants an enlargement of three business days and an additional 10 pages in connection with their reply in support of their consolidated motion to dismiss currently due on February 2, 2007. The Zeromax Defendants make this consent motion for the following reasons:

1. By Minute Order dated January 9, 2007, the Court granted the Zeromax Defendants' consent motion to file their reply on February 2, 2007. *See* Minute Order (Jan. 9, 2007). The Zeromax Defendants had requested that Plaintiffs' counsel consent to an enlargement of time until February 19, 2007, however consent was limited to February 2, 2007.

2. A short enlargement of three business days to file the reply is necessary due to unavoidable travel schedules, the inherent complexities of this case, and the difficulties associated with coordinating with persons overseas.

3.  A 10-page enlargement of the limitation set for reply papers will permit the Zeromax Defendants to brief in full the complex legal issues raised in their motion to dismiss and Plaintiffs' opposition and exhibits.

4.  Counsel for Plaintiffs has consented to both of these requests.

5.  Given the parties' mutual agreement to the relief requested, the Zeromax Defendants submit that such relief will not prejudice the parties or the orderly progression of the case.

Wherefore, the Zeromax Defendants respectfully request that the Court grant them leave to file a 35-page reply brief by February 7, 2007.

Dated: January 31, 2007
       Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Zeromax Group, Inc., Zeromax Logistics, Inc., Zeromax LLC and Zeromax GmbH*