**ADDENDUM A**

Figure 1.

| *Franceskin* | *Chick Kam Choo* |
|---|---|
| Argentina | Singapore |
| v. | v. |
| Switzerland / ~~New York~~ | Liberia / ~~New Jersey~~ |
| **DIVERSITY LACKING** | **DIVERSITY LACKING** |

Figure 2.

| **United Kingdom (Cayman Islands)** / (~~alleged New Jersey~~) (ROZ) | + | **Uzbekistan** (ROZ(Uzbekistan)) |
|---|---|---|
| | v. | |
| **Switzerland** (Zeromax GmbH) | + | Delaware (Zeromax Group, Zeromax LLC, Zeromax Logistics) |
| **DIVERSITY LACKING** | | |

Figure 3.

| *Dresser* | *Zenith* |
|---|---|
| **DE/TX + Canada/Canada** | **TX/TX + DE/IL + Mexico/Mexico** |
| v. | v. |
| **PA/NJ + United Kingdom** | **IN/IN + Mexico/Mexico** |
| **DIVERSITY** | **DIVERSITY** |