**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROZ TRADING LTD., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-CV-01040 CKK |
| ZEROMAX GROUP, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

### DECLARATION OF NICOLE E. ERB

I, Nicole E. Erb, declare as follows:

1. I am a member of the law firm White & Case LLP, counsel for Zeromax Group, Inc., Zeromax Logistics, Inc., Zeromax LLC, and Zeromax GmbH (collectively, the "Zeromax Defendants"). I submit this declaration in support of the Reply Memorandum of Points and Authorities in Support of the Zeromax Defendants' Consolidated Motion to Dismiss the Amended Complaint in its Entirety in the above-captioned case.

2. Our firm has collected all existing public information available from the State of New Jersey Secretary of State for any entities named, in whole or in part, "ROZ Trading." Attached hereto as **Exhibit A** is a true and correct copy of the State of New Jersey Department of Treasury No Records Certificate for "ROZ Trading," dated January 19, 2007, establishing that no entity by that name appears on the Department of Treasury's records.

3. In addition, our firm has collected all existing public information available from the State of New Jersey Secretary of State for any entities named, in whole or in part, "ROZ." That information is attached to this Declaration as Exhibits B through D.

4.  Attached hereto as **Exhibit B** is a true and correct copy of the State of New Jersey Department of Treasury Short Form Standing for "ROZ Group, Inc.," dated January 19, 2007, indicating that a Delaware corporation by that name continues as an active business in good standing in the State of New Jersey. The form identifies ROZ Group, Inc.'s registered agent as Mansur Maqsudi, and ROZ Group, Inc.'s registered office as 6 Queens Court, Morristown, NJ 07960.

5.  Attached hereto as **Exhibit C** is a true and correct copy of the State of New Jersey Department of Treasury Short Form Standing for "ROZ, Inc.," dated January 19, 2007, indicating that a New Jersey corporation by that name was revoked on July 16, 2006 for failure to pay its annual reports and has not been reinstated.

6.  Attached hereto as **Exhibit D** is a true and correct copy of the State of New Jersey Department of Treasury Short Form Standing for "ROZ Co.," dated January 19, 2007, indicating that a New Jersey corporation by that name was dissolved on October 18, 1994 before commencing business.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2007, in Washington, D.C.

/s/ Nicole E. Erb
Nicole E. Erb