**STATE OF NEW JERSEY**
**DEPARTMENT OF TREASURY**
**NO RECORDS CERTIFICATE**

I, the Treasurer of the State of New Jersey, do hereby certify that at the time of the issuance of this certificate

**ROZ TRADING**

does not appear on the records of this office.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 19th day of January, 2007

*Bradley Abelow*
Bradley Abelow
State Treasurer