STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
SHORT FORM STANDING

ROZ GROUP, INC.
0100929592

I, the Treasurer of the State of New Jersey, do hereby certify that the above-named Delaware Foreign Profit Corporation was registered by this office on July 9, 2004.

As of the date of this certificate, said business continues as an active business in good standing in the State of New Jersey, and its Annual Reports are current.

I further certify that the registered agent and registered office are:

Mansur Maqsudi
6 Queens Court
Morristown, NJ 07960

Continued on next page . . .

## STATE OF NEW JERSEY
## DEPARTMENT OF TREASURY
## SHORT FORM STANDING

### ROZ GROUP, INC.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 19th day of January, 2007

*Bradley Abelow*

Bradley Abelow
State Treasurer