STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
SHORT FORM STANDING

ROZ, INC.
0100727395

I, the Treasurer of the State of New Jersey, do hereby certify that the above-named New Jersey Domestic Profit Corporation was registered by this office on December 1, 1997.

Said business was Revoked For Failure To Pay Annual Reports on July 16, 2006, and as of the date of this certificate, has not been reinstated.

I further certify that the last registered agent and registered office of record were:

Martha Rubbo
446 Hollywood Avenue
South Plainfield, NJ 07080



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 19th day of January, 2007

*Bradley Abelow*

Bradley Abelow
State Treasurer