STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
SHORT FORM STANDING

ROZ CO.
0100348763

*With the Previous or Alternate Name*

**CD TRADER INC. (Previous Name)**

I, the Treasurer of the State of New Jersey, do hereby certify that the above-named New Jersey Domestic Profit Corporation was registered by this office on August 28, 1987.

Said business was Dissolved Before Commencing Business on October 18, 1994.

I further certify that the last registered agent and registered office of record were:

William Hrabowecky
138 Highland Ave.
Midland Park, NJ 07432 0000

Continued on next page . . .

STATE OF NEW JERSEY
DEPARTMENT OF TREASURY
SHORT FORM STANDING

ROZ CO.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Trenton, this 19th day of January, 2007

*Bradley Abelow*

Bradley Abelow
State Treasurer