| O'ZBEKISTON RESPUBLIKASI ADLIYA VAZIRLIGI TOMONIDAN RO'YXATGA OLINDI 2003-yil [handwritten] 2003 N 889 | "COCA-COLA ICHIMLIGI UZBEKISTON, LTD" KORXONASI ISHTIROKCHILARINING UMUMIY YIG'ILISHI TOMONIDAN TASDIQLANGAN  1 /2003-BAYONNOMA 2003-yil 12-sentabr |
|---|---|

O'ZBEK-AMERIKA CHET EL SARMOYALI ISHLAB CHIQARISH KORXONASI

# "COCA-COLA ICHIMLIGI UZBEKISTON, LTD" MAS'ULIYATI CHEKLANGAN JAMIYATNING

O'ZGARTIRILGAN VA YANGI TAHRIRDAGI USTAVI

Toshkent

2003-yil

IN WITNESS WHEREOF, the Participants have caused this Charter to be adopted and executed by their duly authorized representatives on the date first written above.

THE COCA-COLA EXPORT CORPORATION

By: _____

Name: MEHMET SEGUK

Title:

ASSOCIATION OF ENTERPRISES OF THE CONFECTIONERY, TEA AND NON-ALCOHOLIC BEER INDUSTRY "OZIQOVQATSANOAT"

By: _____

Name:

Title:

By: _____

Name:

Title: Chief Accountant