"COCA-COLA ICHIMLIGI UZBEKISTON, LTD"
KORXONASINING ISHTIROKCHILARI BO'LMISH

"OZIQOVQATSANOAT" QANDOLATCHILIK, CHOY, PIVO VA
ALKOGOLSIZ ICHIMLIKLAR SANOATI KORXONALARI
UYUSHMASI

VA

"THE COCA-COLA EXPORT CORPORATION"
KORPORATSIYASI

O'RTASIDA TUZILGAN

O'ZGARTIRILGAN VA YANGI TAHRIRDAGI QO'SHMA
KORXONA SHARTNOMASI

2003-yil 22-sentabr

0 92 80

IN WITNESS WHEREOF, this Agreement has been signed by duly authorized representatives of the Participants on the date first written above.

Signed for and on behalf of
**THE ASSOCIATION OF ENTERPRISES OF THE CONFECTIONERY, TEA AND NON-ALCOHOLIC BEER INDUSTRY "OZIQOVQATSANOAT",**

By: _____
Name: Badriddin J. Khalmukhamedov
Title: Chairman

By: _____
Name:
Title: Chief Accountant

Signed for and on behalf of
**THE COCA-COLA EXPORT CORPORATION**

By: _____  MEHMET SELCUK ERDEN
Name: Selcuk Erden
Title:

By signing this Agreement, the Company acknowledges this Agreement and undertakes to comply fully with the terms thereof:

Signed for and on behalf of
**COCA-COLA BOTTLERS UZBEKISTAN, LLC,**

By: _____  Hans Guenter Adlung
Name: Hans Adlung
Title: General Director

By: _____
Name:
Title: Chief Accountant