**"COCA-COLA ICHIMLIGI UZBEKISTON, LTD"**
**KORXONASINING ISHTIROKCHILARI BO'LMISH**

**"MUZIMPEX" O'ZBEK-AMERIKA QO'SHMA KORXONASI,**
**MAS'ULIYATI CHEKLANGAN JAMIYAT**

**VA**

**"THE COCA-COLA EXPORT CORPORATION"**
**KORPORATSIYASI**

**O'RTASIDA TUZILGAN**

# IKKINCHI O'ZGARTIRILGAN VA YANGI TAHRIRDAGI TA'SIS SHARTNOMASI

**2004 yil 7-dekabr**

YUQORIDAGILARNI TASDIQLASH MAQSADIDA, ushbu Shartnoma Ishtirokchilarning tegishli ravishda vakolatlantirilgan vakillari tomonidan yuqorida ko'rsatilgan kunda qabul qilinishini va imzolanishini ta'minladilar.

**"MUZIMPEX" O'ZBEK-AMERIKA QO'SHMA KORXONASI, MAS'ULIYATI CHEKLANGAN JAMIYAT**

Imzo:____________________
Ismi: Sadikov A.A.
Lavozimi: Bosh Direktor

Imzo:____________________
Ismi: Tsoy G.A.
Lavozimi: Bosh hisobchi

**THE COCA-COLA EXPORT CORPORATION**
nomidan

Imzo:____________________
Ismi: Selcuk Erden
Lavozimi: Ishonchnomaga muvofiq

Ushbu Shartnomani imzolash bilan Kompaniya uni tasdiqlaydi va uning shartlarini to'liq bajarish majburiyatini oladi:

**COCA-COLA ICHIMLIGI UZBEKISTON, Ltd.**
nomidan

Imzo:____________________
Ismi: Gans Adlung
Lavozimi: Bosh Direktor

Imzo:____________________
Ismi:
Lavozimi: Bosh hisobchi