UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROZ TRADING LTD., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:06-CV-01040 CKK |
| ) | |
| ZEROMAX GROUP, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANTS' NOTICE OF ERRATA**
**REGARDING CORRECTED TABLE OF AUTHORITIES**

Defendants Zeromax Group, Inc., Zeromax Logistics, Inc., Zeromax LLC, and Zeromax GmbH (collectively the "Zeromax Defendants") respectfully submit this Notice of Errata to correct the table of authorities contained in the Zeromax Defendants' Reply Brief in Support of Their Consolidated Motion to Dismiss filed February 7, 2007 (Docket No. 19). The previously filed table of authorities omitted asterisks identifying the cases upon which the Zeromax Defendants' chiefly rely and contained minor pagination errors. Accordingly, a corrected table of authorities is attached hereto as Exhibit 1.

Dated: February 12, 2007          Respectfully submitted,

                                  **WHITE & CASE** LLP

                                  / s / Carolyn B. Lamm
                                  Carolyn B. Lamm (D.C. Bar No. 221325)
                                  Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
                                  Nicole E. Erb  (D.C. Bar No. 466620)
                                  701 Thirteenth Street, N.W.
                                  Washington, D.C. 20005
                                  Telephone: (202) 626-3600
                                  Facsimile: (202) 639-9355

                                  *Attorneys for Zeromax Group, Inc.,*
                                  *Zeromax Logistics, Inc., Zeromax LLC*
                                  *and Zeromax GmbH*