# TABLE OF AUTHORITIES

<u>FEDERAL CASES</u>

*ABB Daimler-Benz Transp. (North America), Inc. v. Nat'l R.R. Passenger Corp.*,
  14 F. Supp. 2d 75 (D.D.C. 1998) ...............................................................29

*Abdullahi v. Pfizer, Inc.*, No. 01CV8818 (WHP), 2005 WL 1870811
  (S.D.N.Y. Aug. 9, 2005) .........................................................................35

*Acker v. Royal Merchant Bank & Fin. Co.*, No. Civ. A. 98-00392,
  1999 WL 1273476 (D.D.C. Feb. 10, 1999) ...........................................12

*\*AGS Int'l Servs. S.A. v. Newmont USA Ltd.*, 346 F. Supp. 2d 64 (D.D.C. 2004) ...................9, 10

*A.I. Trade Fin., Inc. v. Petra Int'l Banking Corp.*, No. 93-1725,
  1994 WL 225383 (D.D.C. May 9, 1994) .................................................29

*Alfred Dunhill of London Inc. v. Republic of Cuba*, 425 U.S. 682 (1976) ...................................21

*Allen v. Wright*, 468 U.S. 737 (1984) ...................................................................13, 15

*Am. Postal Workers Union v. Frank*, 968 F.2d 1371 (1st Cir. 1992) ...........................................15

*Arango v. Guzman Travel Advisors Corp.*, 621 F.2d 1371 (5th Cir. 1980)...................................21

*Bailey v. Grand Trunk Lines New England*, 805 F.2d 1097 (2d Cir. 1986) ....................................3

*\*Banco Nacional de Cuba v. First Nat'l City Bank*, 431 F.2d 394 (2d Cir. 1970)........................23

*Bank of Augusta v. Earle*, 38 U.S. (13 Pet.) 519 (1839)......................................................24

*BCCI Holdings (Luxembourg), S.A. v. Khalil*, 184 F.R.D. 3 (D.D.C. 1999)................................27

*Blanco v. Banco Indus. de Venezuela, S.A.*, 997 F.2d 974 (2d Cir. 1993)....................................34

*\*Browning v. Clinton*, 292 F.3d 235 (D.C. Cir. 2002) ............................................30, 31

*Caribbean Broad. Sys., Ltd. v. Cable & Wireless PLC*,
  148 F.3d 1080 (D.C. Cir. 1998) ...............................................................12

*Chandamuri v. Georgetown Univ.*, 274 F. Supp. 2d 71 (D.D.C. 2003) .................................. 30-31

*\*Chick Kam Choo v. Exxon Corp.*, 764 F.2d 1148 (5th Cir. 1985)...................................6

*Chinnery v. Frank E. Basil, Inc. of Del.*, Civ. A. No. 86-2977 (JHP),
  1998 WL 4803 (D.D.C. Jan. 13, 1988)...................................................30

*Commc'ns Vending Corp. of Arizona v. Fed. Commc'ns Comm'n*,
   365 F.3d 1064 (D.C. Cir. 2004) ........................................................................33

*Compania de Gas de Nuevo Laredo, S.A. v. Entex, Inc.*,
   686 F.2d 322 (5th Cir. 1982) ............................................................................24

*Corpman v. Prudential-Bache Securities, Inc.*, 907 F.2d 29 (3d Cir. 1990) ................13

*Corporacion Venezolana de Fomento v. Vintero Sales*,
   629 F.2d 786 (2d Cir. 1980)................................................................................4

*Data-Stream AS/RS Techs., LLC v. Acequip Ltd.*, No. 02-Civ-2089,
   2002 WL 1683736 (S.D.N.Y. July 24, 2002) ......................................................9

*Diamond Chem. Co. v. Atofina Chems., Inc.*, 268 F. Supp. 2d 1 (D.D.C. 2003)..........10

*Dresser Indus. Inc. v. Underwriters at Lloyd's of London*,
   106 F.3d 494 (3d Cir. 1997)................................................................................7

*Eisenberg v. Commercial Union Assurance Co.*, 189 F. Supp. 500 (S.D.N.Y. 1960) ....4

*El-Fadl v. Cent. Bank of Jordan*, 75 F.3d 668 (D.C. Cir. 1996)..................................9

*Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841 (D.D.C. 1996) ................28

*Esquivel v. GAC Express Inc.*, No. 05-CA-1025XR,
   2005 WL 3454114 (W.D. Tex. Nov. 28, 2005)....................................................6

*Fin. One Pub. Co. v. Lehman Bros. Special Fin.*, 414 F.3d 325 (2d Cir. 2005)....... 28-29

*First Chicago Int'l v. United Exch. Co.*, 836 F.2d 1375 (D.C. Cir. 1988) ........7, 10, 11

*First Nat'l City Bank v. Banco Nacional de Cuba*, 406 U.S. 759 (1972).....................14

*Franceskin v. Credit Suisse*, 214 F.3d 253 (2d Cir. 2000)....................................... 5-6

*Godbey v. Frank E. Basil, Inc.*, 603 F. Supp. 775 (D.D.C. 1985) ..............................30

*Gorman v. Ameritrade Holding Corp.*, 293 F.3d 506 (D.C. Cir. 2002) ........................8

*Grand Union Supermarkets of the Virgin Islands, Inc. v. H.E. Lockhart Mgmt., Inc.*,
   316 F.3d 408 (3d Cir. 2003)............................................................................ 3-4

*GTE New Media Services Inc. v. BellSouth Corp.*, 199 F.3d 1343 (D.C. Cir. 2000) ......9

*Henthorn v. Dep't of Navy*, 29 F.3d 682 (D.C. Cir. 1994) ......................................27

*Herbert v. Nat'l Acad. of Sciences*, 974 F.2d 192 (D.C. Cir. 1992) ............................2

*Heritage Educ. Trust v. Katz*, 287 F. Supp. 2d 34 (D.D.C. 2003) ...................................................3

*Honduras Aircraft Registry, Ltd. v. Gov't of Honduras*,
129 F.3d 543 (11th Cir. 1997) ...........................................................................21

*Houlihan v. Anderson-Stokes, Inc.*, 434 F. Supp. 1324 (D.D.C. 1977) .........................................33

*Hunter v. Shell Oil Co.*, 198 F.2d 485 (5th Cir. 1952).....................................................................6

*In re Agent Orange Prod. Liability Litig.*, 373 F. Supp. 2d 7 (E.D.N.Y. 2005) ...........................27

*In re Bullmore*, 300 B.R. 719 (D. Neb. 2003) ...............................................................................24

*Int'l Primate Protection League v. Adm'rs of Tulane Educ. Fund*, 500 U.S. 72 (1991)...............15

*\*Int'l Shipping Co., S.A. v. Hydra Offshore, Inc.*, 875 F.2d 388 (2d Cir. 1989) ........................ 4-5

*Karaha Bodas Co. v. Perusahaan Pertambangan Minyak Dan Gas Bumi Negara*,
313 F.3d 70 (2d Cir. 2002).................................................................................29

*Karazanos v. Madison Two Assocs.*, 147 F.3d 624 (7th Cir. 1998) ................................................6

*Kirkpatrick & Co., Inc. v. Envtl. Tectonics Corp., Int'l*,
493 U.S. 400 (1990)......................................................................................18, 19

*Klinghoffer v. S.N.C. Achille Lauro*, 937 F.2d 44 (2d Cir. 1991) ...................................................8

*\*Menendez v. Saks and Co.*, 485 F.2d 1355 (2d Cir. 1973)...........................................................25

*Monegasque de Reassurances S.A.M. v. NAK Naftogaz of Ukraine*,
311 F.3d 488 (2d Cir. 2002)...........................................................................34, 35

*Occidental of UMM Al Qaywayn, Inc. v. Cities Service Oil Co.*,
396 F. Supp. 461 (W.D. La. 1975)...................................................................23, 25

*Oceanic Exploration Co. v. ConocoPhillips, Inc.*, No, 04-332 (EGS),
2006 WL 2711527 (D.D.C. Sept. 21, 2006) ...............................................18, 21, 22

*Pain v. United Techs. Corp.*, 637 F.2d 775 (D.C. Cir. 1980) .......................................................34

*Paley v. Ogus*, 20 F. Supp. 2d 83 (D.D.C. 1998)...........................................................................27

*The Paquete Habana*, 175 U.S. 677 (1900)...................................................................................14

*Peterson v. Gen. Org. of Soc. Ins.*, 332 F. Supp. 2d 189 (D.D.C. 2004) .....................................20

*\*Philippine Nat'l Bank v. U.S. Dist. Ct. of Hawaii*, 397 F.3d 768 (9th Cir. 2005) .....................20

*Rhulen Agency, Inc. v. Alabama Ins. Guar. Ass'n*, 896 F.2d 674 (2d Cir. 1990)............................2

*Riddell v. Riddell Washington Corp.*, 866 F.2d 1480 (D.C. Cir. 1989)..........................................33

*Ripalda v. America Operations Corp.*, 977 F.2d 1464 (D.C. Cir. 1992)..........................................3

*\*Rong v. Liaoning Province Gov't*, 362 F. Supp. 2d 83 (D.D.C. 2005)............................23, 24, 26

*Rong v. Liaoning Province Gov't*, 452 F.3d 883 (D.C. Cir. 2006)............................................20, 22

*Rouhi v. Harza Eng'g Co.*, 785 F. Supp. 1290 (N.D. Ill. 1992) ......................................................5

*Saadeh v. Farouki*, 107 F.3d 52 (D.C. Cir. 1997)..........................................................................3

*Saudi Arabia v. Nelson*, 507 U.S. 349 (1993)..............................................................................22

*Savage v. Bioport, Inc.*, No. 1:06-CV-00081, 2006 WL 3044413
    (D.D.C. Oct. 27, 2006)............................................................................................................12

*Schenker v. Assicurazioni Generali S.P.A.*, No. 98-Civ-9186,
    2002 WL 1560788 (S.D.N.Y. July 15, 2002) ..........................................................................9

*Selover, Bates & Co. v. Walsh*, 226 U.S. 112 (1912) ..................................................................24

*Stabilisierungsfonds Fur Wein v. Kaiser Stuhl Wine Distributors Pty.*,
    647 F.2d 200 (D.C. Cir. 1981) ................................................................................................11

*United States v. Martin-Baker Aircraft Co.*, 389 F.3d 1251 (D.C. Cir. 2004) ......................26, 27

*Valley Forge Coll. v. Am. United for Separation of Church & State*,
    454 U.S. 464 (1982)................................................................................................................13

*Virtual Def. & Dev. Int'l, Inc. v. Republic of Moldova*, 133 F. Supp. 2d 1
    (D.D.C. 2001) ..........................................................................................................................21

*Warth v. Seldin*, 422 U.S. 490 (1975) ..........................................................................................15

*West v. Multibanco Comermex, S.A.*, 807 F.2d 820 (9th Cir. 1987)........................................25, 26

*W. Assocs. Ltd. P'ship v. Market Square Assocs.*, 235 F.3d 629 (D.C. Cir. 2001) ......................31

*Williams v. Rawlings Truck Line, Inc.*, 357 F.2d 581 (D.C. Cir. 1965) ......................................28

*\*World Wide Minerals, Ltd. v. Republic of Kazakhstan*,
    296 F.3d 1154 (D.C. Cir. 2002)..............................................................................................21

*World Wide Minerals Ltd. v. Republic of Kazakhstan*, No. 98-CV-1199 (RCL), slip op.
    (D.D.C. Jun. 26, 2003)............................................................................................................16

*\*Wyatt v. Syrian Arab Republic*, 398 F. Supp. 2d 131 (D.D.C. 2005) ..........................................28

*Zenith Electrical Corp. v. Kimball International Mfg., Inc.*,
114 F. Supp. 2d 764 (N.D. Ill. 2000) .....................................................................7

## STATE CASES

*Beard v. Edmondson & Gallagher*, 790 A.2d 541 (D.C. 2002) ...............................32, 33

*Egan v. McNamara*, 467 A.2d 733 (D.C. 1983) .....................................................29

*French v. Banco Nacional de Cuba,* 242 N.E.2d 704 (N.Y. 1968) ..........................25, 26

*Hercules & Co. v. Shama Rest. Corp.*, 566 A.2d 31 (D.C. 1989) ..............................29

*Hunt v. Coastal States Gas Producing Co.*, 583 S.W.2d 322 (Tex. 1979).................25

*In re Estate of Delaney*, 819 A.2d 968 (D.C. 2003) ...............................................28

*In re Orshansky*, 804 A.2d 1077 (D.C. 2002)...........................................................8

*William J. Davis, Inc. v. Young*, 412 A.2d 1187 (D.C. 1980)...................................34

## FEDERAL STATUTES

*9 U.S.C. § 3..........................................................................................................12, 13

22 U.S.C. § 2370(e)(2), Second Hickenlooper Amendment ......................................23

28 U.S.C. § 1332(a) .............................................................................................4, 5, 6, 7

28 U.S.C. § 1332(c) .................................................................................................4, 6

28 U.S.C. § 1332(e) ...................................................................................................4

Fed. R. Civ. P. 12(b)(1)...............................................................................................2

Fed. R. Civ. P. 12(b)(6)...........................................................................2, 26, 27, 30

Fed. R. Civ. P. 44.1 ..................................................................................................27

## STATE STATUTES

D.C. Code § 12-301 .................................................................................................32

D.C. Code § 13-423 .................................................................................................11

D.C. Code § 28-3109 ................................................................................................32

Del. Code Ann. tit. 6, § 18-803 (2006) ......................................................................8

Del. Code Ann. tit. 8, § 278 (2006) ...........................................................................8

New Jersey Corporation Business Activities Reporting Act,
    N.J. Stat. Ann. §§ 14A:13-1 – 14A:13-23 (2006) ..................................................3

New Jersey Limited Liability Company Act,
    N.J. Stat. Ann. §§ 42:2B-1 – 42:2B-70 (2006) .....................................................3

## OTHER MATERIALS

110 Cong. Rec. 19555 (1964) ...................................................................................24

James Wm. Moore et al., Moore's Federal Practice ¶ 102.55[2] (3d ed. 1999) ...........................5

Restatement (Third) of Foreign Relations § 213 .......................................................24

Restatement (Third) of Foreign Relations § 444 .......................................................25

Restatement (Third) of Foreign Relations § 713 .......................................................15

S. Rep. No. 1830, 85th Cong., 2d Sess. (1958),
    *reprinted in* 1958 U.S.C.C.A.N. 3099 ................................................................5

S. Rep. No. 89-170, 89th Cong., 1st Sess. (1965),
    *reprinted in* 1965 U.S.C.C.A.N. 2993 ..............................................................25

## INTERNATIONAL AUTHORITIES

*Sporrong and Lönnroth v. Sweden*, Judgement of 23 Sept. 1982, Ser. A No. 52,
    *reprinted in* 5 E.H.R.R. 35 (1983)......................................................................26