## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

_____
                                        )
ROZ TRADING LTD., *et al*.              )
                                        )
                    Plaintiffs,         )        Case No. 1:06-cv-01040 (CKK)
                                        )
v.                                      )
                                        )
ZEROMAX GROUP, INC., *et al*.           )
                                        )
                    Defendants.         )
_____)

## CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT STATUS REPORTS

Plaintiff ROZ Trading Ltd. ("ROZ"), through its undersigned counsel, respectfully submits this Consent Motion for Extension of Time to Submit Status Reports.  In support of this Motion, ROZ hereby states the following:

1.  On September 28, 2007, the Court ordered that, on or before October 15, 2007, the remaining parties to this action – Plaintiffs and the U.S. Zeromax Defendants – shall file Status Reports with the Court indicating how they propose to proceed with this litigation.

2.  Due to counsel's unavoidable travel constraints, ROZ moves for a one-week extension of the deadline for filing Status Reports with the Court.

3.  Counsel for the Defendants does not object to ROZ's Motion.

Wherefore, ROZ respectfully requests that the Court extend the deadline for filing Status Reports until October 22, 2007.

October 5, 2007

Respectfully submitted,

_____/s/_____
Stuart H. Newberger, DC Bar #294793
Alan W.H. Gourley, DC Bar #358300
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

*Attorneys for ROZ Trading Ltd. and
ROZ Trading Ltd. (Uzbekistan)*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

———————————————————— )
                                                  )
ROZ TRADING LTD., *et al.*                        )
                                                  )
            Plaintiffs,                           )        Case No. 1:06-cv-01040 (CKK)
                                                  )
v.                                                )
                                                  )
ZEROMAX GROUP, INC., *et al.*                     )
                                                  )
            Defendants.                           )
———————————————————— )

### [PROPOSED] ORDER

Plaintiff ROZ Trading Ltd.'s Consent Motion for Extension of Time to Submit Status

Reports is hereby granted.  Plaintiffs and Defendants are hereby **ORDERED** to file their Status

Reports on or before October 22, 2007.

**SO ORDERED.**


                                    ————————————————————
                                    Judge Colleen Kollar-Kotelly
                                    United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 5th day of October 2007, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically notify all counsel of record in this matter.

_____/s/_____
Peter J. Eyre, Esq.