## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| ROZ TRADING LTD., *et al.* ) | | |
| ) | | |
| Plaintiffs, ) | Case No. 1:06-cv-01040 (CKK) | |
| ) | | |
| v. ) | | |
| ) | | |
| ZEROMAX GROUP, INC., *et al.* ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

### ROZ TRADING LTD.'S RESPONSE
### TO THIS COURT'S ORDER DATED SEPTEMBER 28, 2007

On September 28, 2007, the Court issued an Order instructing the remaining parties to

this action – ROZ and the U.S. Zeromax Defendants – to file Status Reports with the Court

indicating how they propose to proceed with this litigation.  In response to this Order, ROZ,

through its undersigned counsel, reports as follows:

1. ROZ advises the Court that it plans to continue with this litigation against the U.S.

   Zeromax Defendants.  Therefore, ROZ respectfully requests that this Court address the

   remaining issues raised by Defendants' Motion to Dismiss.

2. In ROZ's view, the issues have been fully briefed and supplemental briefing is

   unnecessary.

3. ROZ has conferred with counsel for the Defendants, who has proposed the following

   supplemental briefing schedule should the Court find that additional briefing is

   necessary:

    a.   Zeromax supplemental brief shall be due on November 20, 2007

    b.   ROZ supplemental opposition brief shall be due on December 21, 2007

    c.   Zeromax supplemental reply shall be due on January 25, 2008

4.   If this Court finds that supplemental briefing is necessary, ROZ agrees to the schedule proposed by Defendants' counsel.

October 22, 2007

                          Respectfully submitted,

                        _____/s/_____
                        Stuart H. Newberger, DC Bar #294793
                        Alan W.H. Gourley, DC Bar #358300

                        CROWELL & MORING LLP
                        1001 Pennsylvania Avenue, NW
                        Washington, DC 20004
                        Telephone:  (202) 624-2500
                        Facsimile:  (202) 628-5116

                        *Attorneys for ROZ Trading Ltd. and*
                        *ROZ Trading Ltd. (Uzbekistan)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 22nd day of October 2007, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically notify all counsel of record in this matter.


_____/s/_____
Peter J. Eyre, Esq.