UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROZ TRADING LTD., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-CV-01040 CKK |
| ZEROMAX GROUP, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) ) | |

**STATUS REPORT OF THE U.S. ZEROMAX DEFENDANTS IN
RESPONSE TO THE COURT'S ORDER DATED SEPTEMBER 28, 2007**

Pursuant to the Court's Order dated September 28, 2007, Defendants Zeromax Group, Inc., Zeromax Logistics, Inc., and Zeromax LLC (collectively, the "U.S. Zeromax Defendants") respectfully submit this Status Report to indicate their proposal for proceeding with this litigation. The Court's September 28, 2007 Order dismissing Zeromax GmbH for lack of personal jurisdiction has broad implications for this case going forward. Among other things, the Order alters the posture of the remaining U.S. Zeromax Defendants in this litigation because Zeromax GmbH, which is the only defendant that holds any interest (albeit indirect) in the joint venture that forms the basis of Plaintiffs' claims, is no longer a party to this litigation. The U.S. Zeromax Defendants understand that Plaintiffs nevertheless intend to propose to the Court that the litigation proceed against the U.S. Zeromax Defendants.

Accordingly, in order to address fully the implications of the Court's September 28 Order, the U.S. Zeromax Defendants respectfully request leave to substitute revised briefing for the current briefing and to supplement the current briefing with additional grounds for dismissal

not presented therein. The U.S. Zeromax Defendants respectfully propose the following briefing schedule, to which Plaintiffs consent:

- U.S. Zeromax Defendants' revised motion to dismiss due on or before November 20, 2007;

- Plaintiffs' response due on or before December 21, 2007; and

- U.S. Zeromax Defendants' reply due on or before January 25, 2008.

The U.S. Zeromax Defendants further inform the Court that on or about April 11, 2007, ROZ Trading Ltd. ("ROZ") voluntarily withdrew its claims against Zeromax Group, Inc. in the arbitration before the International Arbitral Centre of the Austrian Federal Economic Chamber. This withdrawal was with prejudice to further arbitration proceedings in Vienna, but preserved ROZ's rights against Zeromax Group, Inc. in other venues. Accordingly, on June 24, 2007, the Tribunal issued a partial award terminating the proceedings as to Zeromax Group, Inc., with prejudice to further proceedings under the Vienna Rules, and awarding costs in favor of Zeromax Group, Inc. in the amount of €155,000 plus US $285,000. The award called for ROZ to make payment within one month. To date, ROZ has not fulfilled its obligations under this award.

Dated: October 22, 2007
       Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Zeromax Group, Inc., Zeromax Logistics, Inc., and Zeromax LLC*