Fayzullaev Decl., Ex. A

## Mr. AZAMAT R. FAYZULLAEV

| | |
|---|---|
| **ADDRESS:** | Law Firm "Leges Advokat"<br>Turab Tula str., 1<br>Tashkent - 700003<br>Republic of Uzbekistan |
| **PHONE:** | (99871) 132-62-24 - office<br>(99871) 187-25-73 - mobile |
| **FAX:** | (99871) 139 15 92 |
| **E-MAIL:** | afayzullaev@leges.uz<br>azamatf@hotmail.com |
| **WEB SITE:** | www.leges.uz |
| **NATIONALITY:** | Uzbekistan |
| **DATE OF BIRTH:** | May 25, 1973 |
| **MARITAL STATUS:** | Married |
| **OCCUPATION:** | Attorney at Law (License issued by the Ministry of Justice of Uzbekistan under # 1090) |
| **EDUCATION:** | The John Marshall Law School<br>Chicago, USA<br>LL.M. in Comparative Legal Studies, June 1998<br><br>The University of World Economy and Diplomacy<br>Tashkent, Republic of Uzbekistan<br>Bachelor of Jurisprudence, July 1996 |

| | |
|---|---|
| **EXPERIENCE:** | **LAW FIRM "LEGES ADVOKAT"** |
| December 2004 - till present | **Founder and Director:** |

provide assistance to the clients on various issues of legislation (specifically, issues related to corporate, commercial, labour law, securities and secured transactions);

assist the clients in drafting various legal documents;

represent the clients in the process of various transactions, including mergers and acquisitions, sale of securities, lending and borrowing operations and etc;

manage and control the activities of the Firm and its employees.

**ERNST & YOUNG / ANDERSEN**

December 1999 till December 2004     **Senior Attorney:**

provided assistance to the clients on various issues of legislation (specifically, issues related to corporate, commercial, labour law, securities and secured transactions);

assisted the clients in drafting various legal documents;

performed due diligence investigations and prepared due diligence reports for the clients (for example, performed comprehensive due diligence investigation of UzDaewoo Bank, "Uzmetcombinat" metallurgical plant, "Daewoo Unitel" mobile phone operator);

represented the clients in the process of various transactions, including mergers and acquisitions, sale of securities, lending and borrowing operations and etc.

Have practical experience of working in Almaty, Kazakhstan (three months) and Kyrgyz Republic (on a project base).

**NATIONAL BANK OF UZBEKISTAN:**

| | |
|---|---|
| September 1998 - December 1999 | **Head of the Contracting Department:** |

negotiated and prepared the documentation for international transactions to which the National Bank was a party, including the transactions with IBRD, EBRD, IFC, ADB;

negotiated and prepared loan agreements, guarantee agreements and related financing documents for international financing projects;

participated in several complex international financing projects (for example, Boeing aircraft leasing structure initiated by the Government of Uzbekistan for the National Aviation Company);

supervised the Department's activities and its staff of twelve counsels.

| | |
|---|---|
| January 1997- September 1998 | **Head of Division of Investment Projects:** |

consulted the management of the Bank on all aspects of Uzbek and certain aspects of international law;

drafted the package of documentation related to investment projects financed by the Bank;

supervised the Division's activity and its staff of three counsels.

| | |
|---|---|
| August 1994 - January 1997 | **Legal counsel:** |

Performed research on various legal issues;
Drafted letters and other legal documentation related to operations of the Bank and its clients.

**SKILLS:**  Experienced with the following computer applications:
Windows XP, Lotus Notes, WESTLAW, PRAVO, JURIST, TOKTOM Legal Databases

**LANGUAGES:**  Uzbek, Russian and English.