**Unofficial Translation**

**Fayzullaev Decl., Ex. B**

= Letterhead =

## MINISTRY OF JUSTICE OF THE REPUBLIC OF UZBEKISTAN
## DEPARTMENT OF JUSTICE OF THE TASHKENT REGION

Attn:   **K.A. Mukhamedkhodjaev**
Director of "MUZIMPEX" JV
Zangiota district

Date:   February 21, 2003
Re:     No. 21

In response to your application dated February 17, 2003:

Extract from the Minutes of Meeting No.6 dated February 21, 2003 of the Committee specializing in "State Registration of Companies and Markets with Foreign Investments" of the Department of Justice of Tashkent Region:

Resolved in compliance with the resolution of Membership Meeting held on February 12, 2003 that "MUZIMPEX" Uzbek-American JV located at Zangiota district, Tashkent region shall be registered with the State and given certificate No.13.

**Deputy Chairman of the Committee**
**Head of the Department of Justice**

**A.H. Sattarov**

*Seal of the*
*Department of*
*Justice of the*
*Tashkent Region*

# CERTIFICATE

## of State Registration of the Legal Entity

Registration number  No.__**13**_____No.176

__February 28, 2003_____

This certificate has been given to ____"MUZIMPEX" Ltd. Uzbek-American Joint Venture_____

_____"MUZIMPEX" M.Ch.J. QK___("MUZIMPEX" Ltd. JV )_____
(Full and abbreviated names of the Company)

___in accordance with the resolution adopted by the Committee of the Department of Justice of_____

__Tashkent Region on February 21, 2003, Minutes No.6._____

| | |
|---|---|
| Type of Legal Formation: | 1153 |
| Type of Ownership: | 161 |
| Address: | 1727237836 |
| Code of Legal Entity: | 18651838 |
| Industry Code: | 21140 |
| Identification Number of Tax Payer: | 204397527 |
| Additional Information | |

**Head of Authorized Body**                                    **Z.M. Azimova**

*Seal of the
Department of
Justice of the
Tashkent Region*

O'ZBEKISTON
RESPUBLIKASI
ADLIYA VAZIRLIGI

TOSHKENT
VILOYATI HOKIMIATI
ADLIYA BOSHQARMASI



MINISTRY OF JUSTICE
OF THE REPUBLIC
OF UZBEKISTAN

DEPARTAMENT OF
JUSTICE OF THE
TASHKENT REGION

Toshkent shahar, U.Nosir ko'chasi 93-uy    tel: 53-61-25    93, U. Nosir street  Toshkent City

"21" февраль 2003 йил
_____ 21 ___ - сон

Зангиота туманида жойлашган
"MUZIMPEX" қўшма корхонаси
рахбари
К.А.Мухамедходжаевга

Сизнинг 17.02.2003 йилдаги аризангизга:

Тошкент вилояти Адлия бошқармаси "Хорижий инвестициялар иштирокидаги корхоналарни ва бозорларни давлат рўйхатидан ўтказиш комиссияси" нинг 2003 йил 21 февралдаги 6-сонли баённомасидан кўчирма:

Тошкент вилояти, Зангиота туманида жойлашган масъулияти чекланган жамият шаклидаги "MUZIMPEX" Ўзбекистон-Америка агросаноат қўшма корхонаси иштирокчиларининг 12.02.2003 йилдаги йиғилиш қарорига асосан, корхона давлат рўйхатига олинсин ва 13-сонли гувоҳнома берилсин.

Комиссия раиси муовини
бошқармада бўлим бошлиғи                                          А.Х.Саттаров



Юридик шахсни давлат руихатидан утказиш туғрисида

# ГУВОХНОМА

Реестрдаги тартиб рақами № 13                                        № 176

2003й    28 февраль

Мазкур гувоҳнома фирма номи        Mas'uliyati cheklangan jamiyat shakldagi
«MUZIMPEX» O'zbekiston-Amerika agrosanoat qo'shma korxonasi

«MUZIMPEX» MChJQK                                                будган юридик

(Ўзбек тилидаги тулик рақисқартирилган фирма номи)

шахсга

Ўзбекистон Республикаси Адлия Вазирлиги

Тошкент вилоят    Адлия бошқармасида    ташкил
этилган    комиссиянинг 21 февраль 2003йилдаги
№16 сонли қатъи                                нинг қарорига асосан берилди

| | |
|---|---|
| | ТХШ |
| Ташкилий ҳукуқий шакли | ННЭ |
| | МШ |
| Мулкчилик шакли | 151 |
| | МХОБТ |
| Почта манзил | 1735 237 830 |
| | СОУ |
| Юридик шах коди | 1865 1838 |
| | ХХТУТ |
| Тармоқ коди | 2114 |
| | СТИР |
| Солиқ тўловчининг идентификация рақами | 2043 97527 |

Кушимча маълумотлар

М.У.

Ваколатли орган рахбари                                    З.М.Ахимова
                                                                                (имзо)

IITTIK P.672-1000-2001 й.

