**Unofficial Translation**                                                                                                   **Fayzullaev Decl., Ex. D**

| "CONFIRMED" | "REGISTERED" |
|---|---|
| By the General Meeting | Department of justice |
| of participants of the | of Tashkent region of the |
|  | Republic of Uzbekistan |
| joint venture |  |
| Minutes of general meeting | № 13 |
| № 13 dated 11 October 2005 | dated 7 November 2005 |

# CHARTER

## OF THE UZBEK-SWISS AGROINDUSTRIAL JOINT VENTURE

## "MUZIMPEX"

**Limited liability Company**

Tashkent 2005

**Article 1. Constitutors of Joint Venture.**

Uzbek-Swiss agro industrial Joint Venture "Muzimpex" –Limited Liability Company, established in accordance with laws of the Republic of Uzbekistan regarding "Limited Liability and Additional Liability Companies, "Foreign Investments", and "Guarantees and Measures on Protection of Foreign Investors Rights" by the following entities:

- "Zeromax GmbH", established under the laws of Switzerland, with registered address at Bahnhofstrasse 7, CH-6300 Zug, Switzerland.

- "RTPF-TIJORAT" public corporation, registered by # 733 dated 3 June 1998 by the decree of khokim of Yunus-Abad district of Tashkent, with registered office is located at: 25, Navoi street, Shaihantohur district, Tashkent.

**Article 2. The name and postal address of the JV**

    2.1. The name of the JV
    2.1.1. The full name of the JV:

- In Uzbek: Masuliati cheklangan jamiyat shaklidagi "MUZIMPEX" Ozbekiston- - Shveysariya agrosanoat qoshma korxonasi;

- In Russian: Узбекско - Швейцарское агропромышленное совместное предприятие «МУЗИМПЕКС» в форме общества с ограниченной ответственностью.

- In English: Uzbek-Swiss agro industrial joint venture "MUZIMPEX", LTD.

    2.1.2. Abbreviation of the joint venture:

    In Uzbek: "MUZIMPEX" KK;
    In Russian: СП "MUZIMPEX"
    In English: "MUZIMPEX"JV

    2.1.3. The postal address and location of the JV: 11, Loyihachi street, Nazarbek, Zangiota district, Tashkent region, Republic of Uzbekistan , 702043.

**Article 3. Objectives, powers and operation of the company.**

3.1. The primary purpose of the JV shall be the development of high technologies in sphere of production of manufactured products, and market saturation with high-quality consumer goods and cultivating, manufacturing, processing, storage and sales of agricultural products, rendering of service and carrying out works in the interests of incorporators and the JV.

3.2. The main kind of business activities of the JV are as follows:

- Management of the warehouse depots (customs warehouse), farm-houses; production, processing, and sale of the agricultural production, freezing of fruits and vegetables;

- Production and sale of the manufactured goods and foodstuffs via its own shops;

- Production and sale of still and sparkling drinking water

- Production and sales of packages/containers and furniture;

- Renovation and reconstruction of the living quarters, improvement and finishing works;

- Production, sales and maintenance of the sanitary engineering;

- Increasing various press products, editing, artistically decorating, binding/boarding, carton and polygraphy works;
- Opening Company stores and setting up distribution network through which to engage in wholesale and retail;
- Certification of products and services, customs declaration services (brokers, agents, customs intermediary);
- Advertising activity;
- Rendering of financial assistance;
- Import-export operations.

3.3. Foreign economic activity of the JV is conducted in accordance with the existing laws.

3.4. In case if the JV will need to get a license from the State agencies, this kind of activity will be carried out only after getting of this license granted.


**Article 4. Governing organs**

4.1. The joint venture shall have the following governing bodies:
- The General Meeting of the Participants
- Supervisory Board (Board of Directors)
- Audit Committee

4.2. The highest governing body of the joint venture is the General Meeting of the Participants. Every Participant can revoke the appointed member of the General meeting at any time. The Director General can take part in the General Meeting without the right of voting.

4.3. A legal entity (the participant of the enterprise) can be represented in a meeting directly by its director or by any other person, acting on the basis of the Power of Attorney, issued by the Participant of the Joint venture. The Participant reserves the right to replace the member of the General Meeting appointed earlier.

4.4. The General meeting is authorized to make decisions in every aspect of the JV activities.

**Absolute Authorities/Sole Competence of General Meeting:**

- The determining the main activities of the Joint venture;
- Making amendments to the Charter capital of JV;
- Making amendments to the constituent documents of JV;
- Forming the executive bodies of JV and terminating their powers beforehand;
- Electing auditing committee and terminating its powers beforehand;
- Approval of annual reports and financial statements;
- Making decisions regarding the distribution of dividends to the participants of JV;
- Creating and approving regulating documents (bylaws), governing the activities of JV bodies;
- Making decisions regarding the reorganization or dissolution of JV.

4.5. General Executive Body

General Executive Body of JV is General Director who is elected by the General Meeting of the Participants for the term of five years. General Director is responsible for the management of daily operations of JV.

General Director is responsible for the management of the following:

- Conducting business activities on behalf of JV without Power of Attorney, which includes representing the interests of JV and concluding contracts on its behalf;
- Implementing the application of IT and communications technology, rendering IT services;
- Marketing, leasing, holding, representative, dealer and other type of services;
- Organization of exhibitions and trade fairs;
- Setting up medical institutions, hospitals, polyclinics, and stomatology clinics, rendering medical and stomatological services;
- Engagement in pharmacy activities, collecting, processing and sale of the medicinal herbs;
- Construction and maintenance of hotels, camping-sites, etc;
- Construction, rent, and security of automobile parking spaces, maintenance of automobiles, including car-washing services;
- Organization of various cultural and sport events, show-programs, discos, lottery games, and billiard clubs and games;
- Purchase, sale, rent, and maintenance of vehicles;
- Delivery and sale of oil products, opening petrol and lube stations;
- Montage, repair, construction, architectural, and roadway maintenance works;
- Production and sale of confectionery and bakery products (cookies, biscuits, etc.)
- Production and sale of meat, milk, and poultry products;
- Setting up and running laundry facilities;
- Repair and usage of audio, video and other home appliances, electrical equipment;

- Production of apparel, knitted garments, and special uniforms;
- Organization of cable TV broadcasting, installation of satellite dishes (antennas), and video rental stores;
- Production of consumer goods, organization of trading and intermediary activities, purchase of goods for stores' own and outsourced funds on consignment basis;
- Conducting engineering, scientific research, test designing, repair, montage, implementation, adjusting and testing works;
- Production of technical and woodworks;
- Processing of waste, secondary raw material, and useless products;
- Setting up public catering facilities, such as: restaurants, bars, cafes, and clubs;
- Artistic works — decorative and designing works;
- Setting up automobile service centers, repair of special equipment, and rendering technical service;
- Activities in the sphere of international and local tourism;
- Production and repair of footwear and leather goods;
- Transportation of passengers and goods by railway, air, and motor transport;
- Organization of warehouses for trade, industrial and other organizations;
- Production and metal products, woodworking, and production and sale of woodwork;
- Production and sale of the soft drinks and ice-cream;

Also, General Director:
- is in charge of cash and other assets of JV;
- concludes and terminates employment contracts with employees, applies motivating incentives and disciplinary punishments to employees;
- issues Power of Attorney to act on behalf of JV;
- has a right make decisions regarding any other issue of JV which is not in the sole competence of General Meeting.

ratification of plans and reports on its execution.
4.6.2. Alteration and amendment to the Charter of the joint venture.
4.6.3. Election, dismissal of the members of executive board and inspection commission and and approval of the order of their activities .
4.6.4. Approval of the annual results of the economic activities of the enterprise, including it's subsidiaries, and also the reports and certificates of the inspection commission, the order of reward distribution, dividends, and replacement of damages.
4.6.5. The establishing, reorganization and dissolution of the subsidiaries, representations, ratification of the statutes of these structures with the Charter Fund exceeding 30% of the Charter fund of the joint venture.
4.6.6. Making decisions on bringing to the property accountability of the officers of the JV, changes in the Charter Fund, acceptance of new participants, determination of the work conditions of the officials of the governing body of the enterprise, its subsidiaries and representations, dissolution of the enterprise, designation of the liquidation commission, ratification of the liquidation balance, establishing of size, form and order of contribution of the "additional" payments, acquisition of the participatory interests by the joint venture, affiliation or dismissal of the Participant to and from the enterprise, in accordance with the art.34, 36 of the law of Uzbekistan "About the limited liability companies"

4.7. The General meeting is authorized to pass some issues, related to the competence of the general meeting, for consideration of the board of directors of the JV, consisting of 4 persons and are being elected for the period of 5 years.

4.8. The board of directors presides the current activities of the joint venture and the head of the board of directors is the Director General and his first deputy.

4.9. The Director General is being appointed by the decision of the General Meeting and resides the activities of the joint venture within the framework of its competence and rights, determined by the Charter and decisions of the General meeting.

4.10. **Director General of the Joint venture**
- organizes a preparation and execution of the decisions of the General meeting and submits reports about execution of these decisions
- disposes of the JV, including its assets in limits ,determined by the General meeting
- signs agreements without POA on behalf of the JV, employs and dismisses the employees and workers
- other functions arising from this Charter
- represents the JV at all institutions,organizations and enterprises,including the official organs of countries-participants on all issues of the JV activities within the limit of competence of the present Charter.

    The Director General has a right to make decisions on any other issues of the JV out of the General meeting's terms of reference

4.6. <u>The Audit Committee</u>

4.6.1. The financial and economic activities of the JV are controlled by the Audit Committee. Consisting of 3 people, members of the Audit Committee are appointed by the General Meeting for the term of 5 years.

4.6.2. The Audit Committee is responsible to submit to the General Meeting its report on conducted audit and its conclusion on annual reports.

4.6.3. Members of the Supervisory Board can not be the members of the Audit Committee.

The Audit Committee has a right to request the submission of all necessary documents, including accounting documents and explanatory letters from responsible officers of JV.

4.6.4. An unscheduled audit can be conducted on demand of one of the Participants or the General meeting.

4.6.5. The audit of financial and production activities of JV will be performed by invited auditors, also tax and finance authorities.

**Article 5. The Rights and Obligation of the JV Participants**

5.1. <u>The JV Participants Have the Following Rights:</u>

- Participating in the performance of social works as duly established by the law and constituent documents;
- Getting a report on activities of JV, also reviewing accounting and other documents;
- Participating in the process of profit division;
- Sale or transfer by other means whole or some portion of its own participating interest in the Charter capital of JV to one or more participants as stipulated in the law and constituent documents;
- Withdraw from the JV regardless the consents of other participants in accordance with the law and constituent documents;
- In case of dissolution of JV, the Participant is entitled to get appropriate portion of assets or their cost after the settlement of creditors debt;
- And other rights as stipulated in the law.

5.2. <u>The JV Participants Have the Following Obligations:</u>

- Contribute in the amount, manner and term in compliance with the law and constituent documents;
- Not to disclose confidential information about the business activities of JV;
- Perform other obligations in compliance with the law and constituent documents.


**Article 6. Charter Capital**

6.1. In order to support the business activities of JV, Charter capital is formed through contributions of the Participants in the amount of $10,376,300 (ten million and three hundred seventy six thousand and three hundred US dollars).

6.2. The contributions to the Charter capital are made by the Participants of the joint venture in accordance with the order established in the joint venture Agreement:

- The foreign Participant "Zeromax GmbH" (Switzerland) contributes cash and other assets (in kind) in the amount of $8,415,300 (eight million and four hundred fifteen thousand and three hundred US dollars) which constitutes 81.11% of participatory interest in the Charter capital.
- Uzbek participant – "RTPF-TIJORAT" JSC Republic of Uzbekistan contributes property, (in kind) in the amount of $1,960,000 (one million and nine hundred sixty thousand US Dollars) which constitutes 18.89% of participatory interest in the Charter capital.


6.3. The Charter capital of the JV may be increased by contributing whole or some potion of profits from the economic activity of the JV, and in case of the necessity, by means of additional investments from its Participants or by joining new participants.

6.4. The Participant of the joint venture, who made his contribution in full, will get a certificate which does not belong to the category of securities.

6.7. The Participants, who violate obligations on contribution to the Charter capital, are subject to the property accountability in accordance with the law.

**Article 7. The Participants Withdrawal Procedures from JV, Transfer of Participatory Interest to another Person**

7.1. The participant withdraws from JV in compliance with the laws of the Republic of Uzbekistan and constituent documents of the JV.

7.2. By reaching mutual agreement, the Participants can transfer their interests to other Participants or to third parties. In case of a third party transfer, a third party becomes the successor of all rights and obligations of a transferor.

7.3. When the Participant withdraws his participatory interest in the Charter capital will be reimbursed in natural form, or its equal value will be paid. Reimbursements will be made after the submission of annual reports.

**Article 8. Representations and Subsidiaries of JV**

8.1. The joint venture is entitled to establish its subsidiaries and branches on the territory of countries of Participants as well as in other countries with corporate privilege and the right to open a checking and settlement accounts with the Charter fund up to 30% from the Charter fund of the Joint venture.

8.2. All subsidiaries, branches and divisions shall act in accordance with the Charters or bylaws, approved by the General Director of the joint venture.

8.3. The Joint venture is entitled to establish its representative offices in the Republic of Uzbekistan and abroad.

**Article 9. Allocation of revenues, settlement of losses and establishment of funds.**

9.1. The profits of the Joint venture are used for forming special funds of the JV, for payments to the State budget, and distribution among the Participants.

9.2. The joint venture forms the reserve fund in the amount of not less than 15% of the Charter capital. Annually, not less than 5% of the net profit will be allocated to the reserve fund.

9.3. The joint venture has a right to establish other kinds of funds necessary for carrying out its business activities.

9.4. Rest of the net profit of JV, after all payments to the State budget and other obligatory payments are made, necessary allocations to existing funds are made, are distributed among Participants on pro rata basis in accordance with their participatory interest in the Charter capital.

9.5. The portion of the profit subject to distribution is paid to the Participants of the JV in terms, fixed by the General Meeting of the Participants of the JV at the end of the fiscal year.

9.6. Losses which may occur during the JV operation are covered by the Reserve Fund of the joint venture. If the Reserve Fund is insufficient to cover all losses, the General Meeting will determine the other source for covering these expenses.

**Article 10. Financial activity and accounting**

10.1. The financial activity of the Joint venture is conducted on the basis of the annual financial plans. The financial year is a calendar year.

10.2. The accounting is done in soums, national currency of the Republic of Uzbekistan and in the foreign currency when it is necessary.

10.3. At the end of every financial year the board of management prepares an annual report on its economic and financial activities, including its annual balance sheet, profits, and losses in national currency of the Republic and in foreign currency.

10.4. The annual report on economic and financial activities and the report on profits and losses are submitted to the Audit Committee and to the members of the General meeting of the joint venture.

**Article 11. Labour Remuneration and Social Guarantees**

11.1. The Joint Venture shall determine the forms and amount of remuneration of labour independently taking into account the lowest levels of labour rights and guarantees in accordance with the legislation of the Republic of Uzbekistan.

11.2. Working and off days of employees are determined in accordance with the labour law of the Republic of Uzbekistan.

11.3. The rights and guarantees of employees for additional/over time work are determined according to social contracts, other local documents, and also employment contracts between employer and employee.

**Article 12. Effectiveness of the JV Charter**

12.1. This Charter shall become effective upon its duly State registration.

12.2. All amendments and alterations to the Charter are made in writing, signed and stamped by the authorized persons and registered in accordance with the applicable law.

12.3. The Charter is drawn up in Uzbek and Russian languages, in four copies,
with each copy having the equal legal effect.

**Signatures and seals of the participants:**

"Zeromax GmbH" – the First Deputy CEO, Gulomjon Gafurkulovich Imanazarov,
And
"RTPF-Tijorat" – General Director, Mr. Radjapov Bakhrom Yusupovich

Тошкент вилояти
Адлия бошқармаси томонидан
2005 йил " __ " ноябрда
№ ___ билан
РЎЙХАТГА ОЛИНГАН

Қўшма корхона
Иштирокчиларининг
2005 йил " __ " октябрдаги
№ ___ баённомаси билан
ТАСДИҚЛАНГАН

МАСЪУЛИЯТИ ЧЕКЛАНГАН ЖАМИЯТ ШАКЛИДАГИ

"MUZIMPEX"
ЎЗБЕКИСТОН – ШВЕЙЦАРИЯ
АГРОСАНОАТ ҚЎШМА КОРХОНАСИНИНГ

# УСТАВИ
(Янги таҳрири)

Тошкент – 2005 йил

### 1-Модда. Қўшма корхонанинг муассислари

Масъулияти чекланган жамият шаклидаги "MUZIMPEX" Ўзбекистон – Швейцария агросаноат қўшма корхонаси Ўзбекистон Республикасининг "Масъулияти чекланган ҳамда қўшимча масъулиятли жамиятлар тўғрисида", "Чет эл инвестициялари тўғрисида", "Чет эллик инвесторлар ҳуқуқларининг кафолатлари ва уларни ҳимоя қилиш чоралари тўғрисида"ги қонунларига мувофиқ қуйидаги юридик шахслар томонидан тузилди:

- Компания «ZEROMAX GmbH» Швейцария қонунчилиги асосида рўйхатга олинган. Манзили: Bahnhofstrasse 7, CH – 6301, Zug, Switzerland.
- «RTPF – TIJORAT» ОАЖ / Ўзбекистон Республикаси / Тошкент ш. Юнусобод тумани Хокимининг 1998 йил 3 июндаги 733 сонли қарори билан рўйхатга олинган. Жойлашган жойи: Тошкент ш., Шайхонтохур тумани, Навоий кўчаси, 25.

### 2-Модда. Қўшма корхонанинг номи ва почта манзили

2.1. Қўшма корхонанинг номи:
2.1.1. Тўлиқ номи:
- Ўзбек тилида: Masuliyati cheklangan jamiyat shaklidagi «MUZIMPEX» Ozbekiston – Shveysariya agrosanoat qoshma korxonasi.
- Рус тилида: Узбекско-Швейцарское агропромышленное совместное предприятие «MUZIMPEX» в форме общества с ограниченной ответственностью.
- Инглиз тилида: Uzbekistan – Switzerland agroindastril Joint Venture «MUZIMPEX» in The Form of Ltd.

2.1.2. Корхонанинг қисқартирилган номи:
Ўзбек тилида:
- «MUZIMPEX» ҚК

Рус тилида:
- СП «MUZIMPEX»

Инглиз тилида:
- «MUZIMPEX» JV

2.1.3. Қўшма корхонанинг адреси ва жойлашган жойи:
702043, Ўзбекистон Республикаси, Тошкент вилояти, Зангиота тумани, Назарбек қўрғони, Лойихачи кўчаси, 11- уй.

### 3-Модда. Тузиш мақсади ва фаолият турлари

3.1. Қўшма корхона саноат товарлари ишлаб чиқариш соҳасида юқори технологияларни ривожлантириш, ички бозорни юқори сифатли халқ истеъмол товарлари билан бойитиш, қишлоқ хўжалиги маҳсулотларини етиштириш, тайёрлаш, қайта ишлаш, сақлаш, реализация қилиш, хизматлар кўрсатиш ва фойда олиш учун фаолиятнинг бошқа турлари билан шуғулланиш мақсадида тузилган.

3.2. Қўшма корхона фаолиятининг асосий турлари ва йўналишлари бўлиб қуйидагилар ҳисобланади:

- Юк саройлари (божхона омборлари), фермер хўжаликлари тузиш, қишлоқ хўжалик маҳсулотларини етиштириш, тайёрлаш ва қайта ишлаш, мева ва сабзавотларни музлатиш;
- Озиқ–овқат ва саноат молларини, маҳсулотларини ишлаб чиқариш ва фирма дўконлари орқали сотиш;
- Газли ва газсиз сув ичимликлари қадоқлаш ишларини амалга ошириш, ишлаб чиқариш ва маҳсулотни сотиш;
- Уй ва саноат мебелларини, тараларни ишлаб чиқариш ва сотиш;
- Уй ва ишлаб чиқариш биноларини таъмирлаш, реконструкция қилиш, ободончилик ва ишлов бериш ишларини қилиш;
- Сантехникани ишлаб чиқариш, таъмирлаш ва сотиш.

- Барча турдаги босма махсулотларини кўпайтириш, тахрирлаш, бадиий безаш, муковалаш ва картонлаш ишлари, полиграфия ишлари;
- Фирма дўконлари ва савдо шахобчалари очиш ва улар воситасида улгуржи-чакана савдо фаолиятини олиб бориш;
- Махсулот ва хизматларни сертификациялаш, товарларни шартнома асосида декларациялаш хизматини кўрсатиш (брокер, агент, божхона воситачиси)
- Реклама фаолияти;
- Молиявий ёрдам кўрсатиш;
- Импорт-экспорт операциялари;

3.3. Қўшма корхона ташки иктисодий фаолиятни амалдаги конунларга мувофиқ амалга оширади.

3.4. Жорий конунларга мувофиқ рухсат олиниши шарт бўлган фаолият турларини корхона белгиланган тартибда тегишли рухсатнома олингандан кейингина амалга оширишга хаклидир.

### 4- Модда. Қўшма корхонанинг бошқарув ва назорат органлари

4.1. Қўшма корхонанинг бошқарув ва назорат органлари қуйидагилардан иборат:
- Жамият иштирокчиларининг умумий йиғилиши;
- Кузатув кенгаши;
- Яккабошчилик асосидаги ижро этувчи орган – Бош директор;
- Тафтиш комиссияси.

4.2. Қўшма корхонанинг олий органи бўлиб иштирокчиларнинг Умумий йиғилиши хисобланади. Ҳар бир иштирокчи истаган пайтда Умумий йиғилишга тайинланган аъзосини чакириб олиши мумкин. Йиғилишда, овоз бериш ҳукукисиз, лавозимига биноан корхона Бош директори ҳам катнашиши мумкин..

4.3. Умумий йиғилишда иштирокчи хисобланадиган юридик шахс рахбари бевосита ўзи ёки Қўшма корхона иштирокчиси томонидан берилган ишончномага асосан бошка шахс вакил бўлиб иштирок этиши мумкин. Ҳар бир иштирокчи илгари Умумий йиғилишга тайинланган вакилини истаган пайтда алмаштириши мумкин.

4.4. Умумий йиғилиш Қўшма корхона фаолиятининг барча масалаларини хал килишга хаклидир.

**Йиғилишнинг мутлак ваколатига қуйидагалар киради:**
- Қўшма корхона фаолиятининг асосий йўналишларини белгилаш;
- Қўшма корхона Устав фонди (Устав капиталининг) микдорини ўзгартириш;
- Қўшма корхона таъсис хужжатларига ўзгартириш ва қўшимчалар киритиш;
- Қўшма корхонанинг ижро этувчи органларини тузиш ва уларнинг ваколатларини муддутидан олдин тугатиш;
- Қўшма корхона тафтиш комиссиясини сайлаш ва унинг ваколатларини муддатидан олдин тугатиш;
- Йиллик ҳисоботларни ва йиллик бухгалтерия баланслариии тасдиклаш;
- Қўшма корхонанинг соф фойдасини иштирокчилар ўртасида таксимлаш тўгрисида карор кабул килиш;
- Қўшма корхона органларининг фаолиятини тартибга солувчи хужжатларни тасдиклаш (кабул килиш);
- Қўшма корхонани кайта ташкил этиш ёки тугатиш тўгрисида карор кабул килиш.

4.5. Яккабошчилик асосида ижро этувчи орган

Қўшма корхонанинг яккабошчилик асосида фаолият кўрсатадиган ижрочи органи Бош директордир. У иштирокчиларнинг Умумий йиғилиши томонидан 5 йил муддатга сайланади.

Бош директор қўшма корхонанинг кундалик фаолиятига рахбарлик килади.

Бош директор:
- Қўшма корхона номидан ишончномасиз иш юритади, шу жумладан унинг манфаатларини ифодалайди ва битимлар тузади;

- Электрон- ҳисоблаш ва коммуникация техникасини жорий қилиш ва ишлатиш бўйича ишларни бажариш, информатика соҳасида хизмат кўрсатиш;
- Маркетинг, лизинг, холдинг, вакиллик, дилерлик ва бошқа турдаги хизматлар кўрсатиш;
- Кўргазмалар ва ярмаркалар ўтказиш;
- Аҳолига тиббий ёрдам кўрсатиш, тиббиёт – даволаш муассасалари, поликлиника ва шифохоналар очиш, стаматология хизматлари кўрсатиш, стаматология шаҳобчаларини очиш;
- Аптекалар фаолиятини ташкил этиш, доривор ўт йиғиш, қайта ишлаш ва савдосини ташкил этиш;
- Меҳмонхоналар, кемпинглар қуриш ва ишлатиш;
- Автомобил тўхтаб туриш жойларини қуриш, ижарага олиш, уларни қўриқлаш ва автомобилларга техник хизмат кўрсатиш ва ювиш;
- Маданий ҳордиқ, спорт – томоша тадбирларини, шоу программаларини, дискотекалар уюштириш, бильярд ўйинларини, клубларини, ўйингоҳларни ва лотерея ўйинларини ташкил этиш;
- Автомашиналарни савдо – сотиғи, ижарасини ташкиллаштириш ва автомашиналарга техник хизмат кўрсатиш ва таъмирлаш;
- Нефт маҳсулотларини олиб келиш ва автомобилларга ёқилғи қуйиш, мой алмаштириш шаҳобчаларини очиш ва сотиш;
- Монтаж, тъмирлаш, қурилиш, меъморчилик ва йўл ишлари;
- Нон, қандолатчилик маҳсулотларини ишлаб чиқариш, сотиш (бисквит, печенье ва бошқалар);
- Гўшт – сут ва уй паррандалари маҳсулотларини етиштириш, тайёрлаш ва сотиш;
- Кир ювиш корхоналарини ташкил этиш ва ишлатиш;
- Аудио, видео техникаси ва бошқа маиший аппаратураларни, электр жиҳозларни таъмирлаш ва ишлатиш;
- Тикувчилик, трикотаж маҳсулотлари ва махсус кийим ишлаб чиқариш;
- Кабел телевиденияси студияларини уюштириш ва йўлдош антенналарини ўрнатиш, киновидеомаҳсулотлар прокати шаҳобчаларини уюштириш ва ишини амалга ошириш;
- Халқ истеъмол молларини ишлаб чиқариш, савдо, савдо-харид, воситачилик фаолияти, дўконларнинг ўз маблағлари ва четдан жалб этилган маблағлар ҳисобига, шунингдек комиссия (консигнация) шароитларида моллар харид қилинишини ташкил этиш;
- Лойиха, илмий-тадқиқот ва тажриба-кострукторлик, таъмирлаш, монтаж, ишга тушириш, созлаш ишларини ва синовларини бажариш;
- Ишлаб чиқариш – техникавий маҳсулотлирини ишлаб чиқариш ишлари, ёғочдан дурадгорлик маҳсулотларини ишлаб чиқариш;
- Ишлаб чиқариш чиқиндиларини, иккиламчи хом-ашё ва нокерак маҳсулотларни тайёрлаш ва қайта ишлаб чиқариш;
- Умумий овқатланиш корхоналарини, ресторан, бар, кафе, клублар ташкил этиш ва ишлатиш;
- Рассомлик – безатиш ишлари, дизайнерлик ишлари;
- Автосервис ташкил қилиш, махсус асбобларни таъмирлаш ва техника хизмати кўрсатиш;
- Халқаро ва маҳаллий туризм соҳасидаги фаолият;
- Пойафзал, чармдан қилинган маҳсулотлар ишлаб чиқариш ва таъмирлаш;
- Йўловчилар ва юкларни темир йўл, ҳаво ҳамда автомобиль транспортида ташиш;
- Савдо, саноат ва бошқа ташкилотлар учун омборларни ташкил қилиш;
- Металлдан маҳсулотлар ишлаб чиқариш, ёғочни қайта ишлаш, ёғочдан маҳсулот ишлаб чиқариш ва сотиш;
- Салқин ичимликлар ва музқаймоқ ишлаб чиқариш ва сотиш;

- Корхонанинг мулки ва пул маблағларини тасарруф қилади;
- Корхона ходимлари билан меҳнат шартномалари тузади ва уларни бекор қилади, ходимларга нисбатан рағбатлантириш чораларини ва интизомий жазоларни қўллайди;
- Корхона номидан вакиллик қилиш ҳуқуқи учун ишончномалар беради;
- Иштирокчиларнинг умумий йиғилиши ваколатига кирмайдиган бошқа масалаларни ҳал қилади;

### 4.6. Тафтиш комиссияси

4.6.1. Корхонанинг молиявий фаолияти устидан назорат Тафтиш комиссияси томонидан амалга оширилади. Тафтиш комиссияси иштирокчилар Умумий йиғилиши томонидан 3 кишидан иборат таркибда 5 йил муддатга сайланади.

4.6.2. Тафтиш комиссияси Умумий йиғилиш олдида ҳисоб беради ва унга ўзи ўтказган тафтишлар ҳақида, шунингдек йиллик ҳисобот бўйича хулосаларни тақдим қилади.

4.6.3. Корхона маъмурияти вакиллари тафтиш комиссияси таркибига кириши мумкин эмас.

Тафтиш комиссияси корхонанинг мансабдор шахсларидан зарур материалларни, бухгалтерлик ва бошқа ҳужжатларни тақдим этишни, шахсий тушунтириш хатлари беришни талаб қилишга ҳақлидир.

4.6.4. Иштирокчилардан бирининг талаби бўйича ёки умумий йиғилиш қарорига асосан режадан ташқари тафтишлар ўтказилиши мумкин.

4.6.5. Корхонанинг молиявий ёки ишлаб чиқариш фаолиятини текшириш жалб қилинган аудиторлик хизматлари, шунингдек солиқ ва молия органлари томонидан амалга оширилади.

### 5-Модда. Қўшма корхона иштирокчиларининг ҳуқуқлари ва мажбуриятлари

5.1. Қўшма корхона иштирокчиларининг ҳуқуқлари:

- Қонунда ва таъсис ҳужжатларида белгиланган тартибда жамият ишларини бажаришда иштирок этиш;
- Корхона фаолияти тўғрисида ахборот олиш ҳамда бухгалтерия дафтарлари ва бошқа ҳужжатлар билан танишиш;
- Фойдани тақсимлашда иштирок этиш;
- Корхонанинг устав фондидаги ўз улушини ёхуд унинг бир қисмини Қонунда ва таъсис ҳужжатларида назарда тутилган тартибда бир ёки бир нечта иштирокчига сотиш ёки ўзга тарзда уларга ўтказиб бериш;
- Бошқа иштирокчиларнинг розилигидан қатъи назар Қонунда ва таъсис ҳужжатларида назарда тутилган тартибда исталган вақтда жамиятдан чиқиш;
- Корхона тугатилган тақдирда, кредиторлар билан ҳисоб-китоб қилинганидан кейин қолган мол-мулкнинг бир қисмини ёки унинг қийматини олиш;
- Қонунчиликда кўзда тутилган бошқа ҳуқуқлар.

5.2. Иштирокчиларнинг мажбуриятлари:

- Қонунда ва таъсис ҳужжатларида назарда тутилган тартибда, миқдорда, усулларда ва муддатларда ҳисса қўшиш;
- Корхона фаолияти тўғрисидаги сир тутиладиган ахборотни ошкор қилмаслик;
- Қонунларда ва таъсис ҳужжатларида кўзда тутилган бошқа мажбуриятларни бажариш.

### 6-Модда. Устав фонди (Устав капитали)

6.1. Қўшма корхонанинг фаолиятини таъминлаш учун иштирокчилар улушлари ҳисобидан 10.375.300 (ўн миллион уч юз етмиш беш минг уч юз) АҚШ доллари миқдорида Устав фонди ташкил этилади.

6.2. Қўшма корхона иштирокчиларининг улушлари Устав фондига таъсис шартномасида ўрнатилган тартибда киритилади:

- Чет эллик иштирокчи - «ZEROMAX GmbH» (Швейцария) компанияси ўз улуши ҳисобига Устав фондига 8.415.300 (саккиз миллион тўрт юз ўн беш минг уч юз) АҚШ

доллари миқдорида пул воситаларини ва мулк (товарлар) киритади, бу Устав капиталининг 81,11 % ни ташкил этади.

- **Ўзбекистонлик иштирокчи- «RTPF–TIJORAT»ОАЖ** /Ўзбекистон Республикаси/ Устав фондига ўз улуши хисобига 1.960.000 (бир миллион тўққиз юз олтмиш минг) АҚШ доллари миқдорида мулк киритади, бу Устав капиталининг 18,89 % ни ташкил этади.

6.3. Қўшма корхонанинг Устав капитали корхонанинг хўжалик фаолиятидан олинган тушум хисобидан, зарур холларда иштирокчиларнинг қўшимча бадаллари эвазига ёки янги иштирокчиларни жалб қилиш йўли билан ҳам оширилиши мумкин.

6.4. Ўз бадалини тўлиқ киритган Қўшма корхона иштирокчисига қимматли қоғозлар сирасига кирмайдиган гувохнома берилади.

6.5. Қўшма корхона иштирокчилари корхона мулкига кирувчи айрим объектларга, шунингдек иштирокчилар томонидан Устав капиталига бадал сифатида киритилган объектларга нисбатан алохида ҳуқуққа эга эмаслар.

6.6. Иштирокчилар хиссаларини қўшиш бўйича мажбуриятларини бузганлик учун қонунда ўрнатилган тартибда моддий ва мулкий жавобгарликка тортиладилар.

### 7-Модда. Иштирокчининг жамият таркибидан чиқиш тартиби, иштирокчи улушининг бошқа шахсга ўтиши

7.1. Иштирокчи Қўшма корхона таркибидан Ўзбекистон Республикасининг қонунлари ва корхонанинг таъсис хужжатларида белгиланган шартлар асосида ва тартибда чиқади.

7.2. Қўшма корхона иштирокчилари ўзаро келишиб ўз улушларини бошқа иштирокчиларга ёки учунчи шахсларга беришлари мумкин. Бундай ҳолда учинчи шахс унинг барча мажбуриятлари ва ҳуқуқлари бўйича ҳуқуқий ворис бўлиб қолади.

7.3. Иштирокчи Қўшма корхона сафидан чиқса, унга корхонанинг Устав фондидаги улуши натура холида қайтариб берилади ёки унинг қиймати тўланади. Тўловлар йиллик ҳисоботдан сўнг амалга оширилади.

### 8-Модда. Жамият ваколатхоналари ва филиаллари

8.1. Қўшма корхона иштирокчилар мамлакатлари ҳудудларида, шунингдек учинчи давлатлар ҳудудида юридик шахс мақомига эга бўлган, Қўшма корхона Устав фондининг 30 % фоизидан кўп бўлмаган миқдорда Устав фондига эга бўлган шуъба корхоналар, ўз жорий ва ҳисоб рақамларига эга бўлган филиаллар ва бўлимларни очишга хақли.

8.2. Шуъба корхона, филиаллар, бўлимлар Қўшма корхонанинг Бош директори томонидан тасдиқланган Устав ёки Низомлар асосида ҳаракат қиладилар.

8.3. Ўзбекистон Республикасида, шунингдек чет элда Қўшма корхона ўз ваколатхона – ларини очиш ҳуқуқига эга.

### 9-Модда. Фойданинг тақсимланиши, зарарларнинг қопланиши, ташкил қилинадиган фондлар

9.1. Қўшма корхонанинг хўжалик фаолиятидан олинган фойда корхонанинг махсус фондларини тузишга, давлат бюджети билан хисоб-китоб қилишга ва иштирокчилар ўртасида тақсимлаш учун сарфланади.

9.2. Қўшма корхона Устав капиталининг 15 % идан кам бўлмаган миқдорда захира фонди ташкил қилади. Захира фондига ҳар йили соф фойданинг 5 % идан кам бўлмаган миқдорда маблағ ажратилади.

9.3. Қўшма корхона ўз фаолияти учун зарур бўлган ва ўз ихтиёрида бўладиган бошқа фондларни ҳам ташкил қилишга хақлидир.

9.4. Қўшма корхонанинг соф фойдаси, давлат бюджетига солиқлар ва бошқа мажбурий тўловлар амалга оширилгандан, фондларни тўлдириш учун маблағлар ажратилгандан сўнг корхона иштирокчилари ўртасида уларнинг Устав капиталидаги улушларига мутаносиб равишда тақсимланади.

9.5. Фойданинг тақсимланадиган қисми Иштирокчиларга молия йили тугагандан сўнг, Қўшма корхона иштирокчиларининг Умумий йиғилиши томонидан белгиланган муддатда тўланади.

9.6. Қўшма корхонанинг фаолияти давомида вужудга келган зарарлар захира фонди хисобидан қопланади. Зарарни қоплаш учун захира фондининг маблағлари етмаса, бошқа манбаларни аниклаш учун Умумий йиғилиш қарор қабул қилади.

### 10-Модда. Молиявий фаолият, хисоб ва хисобот

10.1 Қўшма корхонанинг молиявий фаолияти йиллик молиявий режа асосида амалга оширилади. Календарь йили молия йили деб хисобланади.

10.2. Амалий бухгалтерия хисоби ва хисобот Ўзбекистон Республикасининг пул бирлигида, зарурият туғилганда эса хорижий валютада хам олиб борилади.

10.3. Молиявий йил тугагач Дирекция Қўшма корхонанинг молиявий ахволи ва иқтисодий фаолияти тўғрисида йиллик хисобот, жумладан Ўзбекистон Республикаси пул бирлигида ва хорижий валютада йиллик баланс, фойда ва зарарлар бўйича хисобот тузади.

10.4. Қўшма корхонанинг иқтисодий ва молиявий фаолияти тўғрисидаги йиллик хисобот, даромад ва зарарлар хакидаги хисобот Тафтиш комиссиясига ва Қўшма корхона иштирокчилари Умумий йиғилиши аъзоларига тақдим этилади.

### 11-Модда. Меҳнатга ҳақ тўлаш ва меҳнат жамоаси учун ижтимоий кафолатлар

11.1. Ходимларнинг Ўзбекистон Республикаси қонунларида кўрсатилган меҳнат ҳуқуқлари ва кафолатларининг энг паст даражасини хисобга олган ҳолда, Қўшма корхона иш ҳаки ва моддий рағбатлантиришнинг шакллари ва миқдорларини мустақил равишда белгилайди.

11.2. Ходимларнинг меҳнат қилиши ва дам олиши масалалари Ўзбекистон Республикасининг меҳнат қонунчилиги бўйича амалга оширилади.

11.3. Қонун хужжатларидагига нисбатан қўшимча меҳнат ҳуқуқлари ва кафолатлари жамоа шартномаси, бошқа локал хужжатлар, шунингдек ходим ва иш берувчи ўртасида тузилган меҳнат шартномалари ва келишувлари билан белгиланади.

### 12-Модда. Уставнинг кучга кириши

12.1. Мазкур Устав қонунда ўрнатилган тартибда давлат рўйхатидан ўтган кундан бошлаб кучга киради.

12.2. Уставга киритиладиган қўшимчалар ва ўзгартиришлар ёзма равишда бўлиши, томонларнинг ваколатли шахслари томонидан имзоланиши ва ўрнатилган тартибда рўйхатдан ўтказилиши шарт.

12.3 Устав бир хил юридик кучга эга бўлган ўзбек ва рус тилларида тўрт нусхада тузилган.

«ZEROMAX GmbH» Компанияси _____ Ижрочи директорнинг биринчи ўринбосари

Иманазаров Гуламжан Гафуркулович

«RETROPORT» ОАЖ _____ Бош директор

Раджанов Бахром Юсупович

Республика Узбекистан
город Ташкент _____ ноября 2005 г.
Я, Садиков И.Б. Нотариус нотариальной конторы
города Ташкента, свидетельствую подлинность подписи
гр. _____ которая сделана в моём присутствии.
Личность подписавшего документ установлена.
Зарегистрировано в реестре за № 1-2076 г
Взыскано по тарифу пошлины _____

**ЛИЦЕНЗИЯ**
TN № 000101
ВЫДАНА 08.10.1998 ГОДА
УПРАВЛЕНИЕМ ЮСТИЦИИ
ГОРОДА ТАШКЕНТА

"28" ноября 200_ й. Мен,
туман хусусий амалиёт билан шуғулланувчи нотариус
"кўчирма"ни ҳужжатнинг аслига тўғри эканлигига гувоҳлик бераман, учириб ёзиш, қўшиб
ёзиш берилмай тузатилган сўзлар ёки эътиборни тортувчи алоҳида ҳолатлар учрамади.
Реестр № _____ билан қайд қилинди.
Тариф _____ сўм ундирилди.
Нотариус

ПУЛАТОВ. Х.

Прошнуровано, пронумеровано и скреплено печатью
Нотариус _____
Жами _____ листов
Ушбу _____ хужжат тикилди ва мухрланди