**Unofficial Translation**  Fayzullaev Decl., Ex. E

# CERTIFICATE

## of State Registration of the Legal Entity

Registration number No. __13__ _____ No.176

__November 9, 2005__

This certificate has been given to ___"MUZIMPEX" Ltd. Uzbek-Swiss Joint Venture___

_____"MUZIMPEX" M.Ch.J. QK __("MUZIMPEX" Ltd. JV )_____
(Full and abbreviated names of the Company)

___in accordance with the resolution adopted by the Committee of the Department of Justice of_____

__Tashkent Region on November 7, 2005, Minutes No.42.__

| | |
|---|---|
| Type of Legal Formation: | 1153 |
| Type of Ownership: | 161 |
| Address: | 1727237836 |
| Code of Legal Entity: | 18651838 |
| Industry Code: | 21140 |
| Identification Number of Tax Payer: | 204397527 |
| Additional Information | |

**Head of Authorized Body**                                  B. Atamatov

*Seal of the
Department of
Justice of the
Tashkent Region*



Yuridik shaxsni davlat ro'yxatidan o'tkazish to'g'risida

# GUVOHNOMA

Reestrdagi tartib raqami № 13    № 176

2005 y. "9" ноябр

Mazkur guvohnoma firma nomi Mas'uliyati cheklangan jamiyat shaklidagi "MUZIMPEX" O'zbekiston-Shvesariya qo'shma korxonasi "MUZIMPEX" M.Ch. J. QK

(O'zbek tilidagi to'liq va qisqartirilgan firma nomi)

shaxsga Тошкент вилоят Адлия бошқармасида ташкил

(Toshkent viloyati adliya boshqarmasi)

этилган комиссиянинг 7 ноябр 2005 йилдаги

42-сонли баёни

ning qaroriga asosan berildi.

| | |
|---|---|
| Tashkiliy-huquqiy shakli: | 1153 THSH |
| Mulkchilik shakli: | 161 MSH |
| Pochta manzili: | 1727237 36 MJOBT |
| Yuridik shaxs kodi: | 1865183 TUT |
| Tarmoq kodi: | 21140 XXTUT |
| Soliq to'lovchining identifikatsiya raqami: | 204397527 STIR |

Qo'shimcha ma'lumotlar

M O

Vakolatli organ rahbari _____ Б. Атаматов
                              (Imzo)

"28" ноябрь 200 5 й. Мөн,_____ Заагдсан
тумэн хүсүүнй _____ дээр __ нугалгчаа нөөрүү _____ _____ ургаа, бариб боож, _____ даржим тэрэчлэн хамжаа болотсон ургаажь.

р.№ 5430 _____ ма таид даасна.
Тар. 170 _____ түү нэрэрилсэн.

Нотлуулсэн:

[seal] [signature] [stamp: БУЛАТОВ. X.]