**Unofficial Translation**                                                                                      Fayzullaev Decl., Ex. I

=Letterhead=

## The State Committee of the Republic of Uzbekistan on Management of State Property and Support of Entrepreneurship

### ORDER

Tashkent city

September 13, 2004                                                                                                       No. 120 k - no

Concerning the sale of 57,118 percent
of State owned participatory interest
in the Charter capital of "Coca-Cola Ichimligi
Uzbekiston Ltd" Uzbek-American JV

In compliance with the Law of the Republic of Uzbekistan on "Limited and Additional Liability Comapnies"; in order to ensure the execution of the directives of "Consumer Goods Production and Trade" body of the Cabinet of Ministers of the Republic of Uzbekistan dated August 13, 2004, No. 04/23-51and September 14, 2004, No. 04/23-31; in accordance with the letters of "MUZIMPEKS LTD" Uzbek-American JV dated August 9, 2004, No. 00072/18 and September 4, 2004, No. 00076/196; in consideration of an appraisal No. 115/1-2004 of "Real-estate and Investments Agency", privately held company; and for the purpose of recommencement of the production of "Coca-Cola Ichimligi Uzbekiston Ltd" Uzbek-American JV:

### I HEREBY ORDER:

1. Let it be known that proposal of "MUZIMPEKS LTD" Uzbek-American JV regarding the purchase of 57,118 percent of State owned participatory interest in the Charter capital of "Coca-Cola Ichimligi Uzbekiston Ltd" Uzbek-American JV has been approved through letters of "Consumer goods production and trade" body of the Cabinet of Ministers of the Republic of Uzbekistan dated August 13, 2004, No. 04/23-51 and September 14, 2004, No. 04/23-31.

2. In compliance with the appraisal of "Real-estate and Investments Agency" No. 115/1-2004, let the sale price of 57,118 percent of State owned participatory interest in the Charter capital of "Coca-Cola Ichimligi Uzbekiston Ltd" to "MUZIMPEKS LTD" be confirmed at 14 136 880,0 (fourteen million and one hundred thirty six thousand and eight hundred eighty) US dollars.

3. In order to acquire 57,118 percent of State owned participatory interest in the Charter capital of "Coca-Cola Ichimligi Uzbekiston Ltd", "MUZIMPEKS LTD" shall make a payment in the amount of 14 136 880,0 (fourteen million and one hundred thirty six thousand and eight hundred eighty) US dollars to a special bank account of the State Property Committee (21508000500600289001, MFO 00014, INN 201122696, central bureau of payments of the main Tashkent office of Central Bank of the Republic of Uzbekistan) in national currency "soum" at the exchange rate of the Central Bank of the Republic of Uzbekistan on the payment day as follows:

    - 2 000 000 US dollars of total purchase price shall be paid within 30 (thirty) banking days as of the date purchase-sale agreement is signed;

- remaining 12 136 880,0 US dollars shall be paid within 5-month period in equal monthly tranches (2 427 376,0 USD) following the initial payment date.

4. According to the terms stipulated in Article 3 of this Order, Messrs I. Yakovlev, First Deputy Chairman and A. Yuldashev, Head of "Consumer Goods Production and Privatization in the Sphere of Trade" department shall duly draft a purchase-sale agreement between the State Property Committee and "MUZIMPEKS LTD" for the sale of 57,118 percent of State owned participatory interest in the Charter capital of "Coca-Cola Ichimligi Uzbekiston Ltd".

5. The copies of this Order shall be submitted to: "Coca-Cola Ichimligi Uzbekiston Ltd"; "MUZIMPEKS LTD"; departments of the State Property Committee specializing in "Withdrawal from State's Ownership and Privatization", "Management of State Property, "Finance and Accounting", "Consumer Goods Production and Privatization in the Sphere of Trade", and "Regional Department of Tashkent".

6. Execution of this Order shall be controlled by Mr. I. Yakovlev, First Deputy Chairman.


**M. Askarov**
Chairman



O'ZBEKISTON RESPUBLIKASI
DAVLAT MULKINI BOSHQARISH VA TADBIRKORLIKNI
QO'LLAB-QUVVATLASH DAVLAT QO'MITASI

## BUYRUQ

Toshkent shahri

"13" Сентябр 2004 y.                                    № 120к-по

Масъулияти чекланган жамияти шаклидаги "Кока-кола ичимлиги Ўзбекистон ЛТД" Ўзбекистон-Америка қўшма корхонаси устав фондининг 57,118 фоиз давлат улушини сотиш тўғрисида

    Ўзбекистон Республикасининг "Масъулияти чекланган ҳамда қўшимча масъулиятли жамиятлар тўғрисида"ги Қонунига асосан, Ўзбекистон Республикаси Вазирлар Маҳкамаси Истеъмол товарлари ишлаб чиқариш ва савдо мажмуасининг 2004 йил 13 августдаги 04/23-51-сонли ва 2004 йил 14 сентябрдаги 04/23-3/сонли топшириқлари ижросини таъминлаш, "Muzimpex LTD" Ўзбекистон-Америка агросаноат қўшма корхонасининг 2004 йил 9 августдаги 00072/18-сонли ва 2004 йил 4 сентябрдаги 00076/196-сонли хатлари, "Кўчмас мулк ва сармоялар агентлиги" ёпиқ акциядорлик жамиятининг 115/1-2004-сонли баҳолаш хулосасига ҳамда "Кока-кола ичимлиги Ўзбекистон ЛТД" Ўзбекистон-Америка қўшма корхонасининг ишлаб-чиқариш фаолиятини тиклаш мақсадида

## Б У Ю Р А М А Н:

    1. Ўзбекистон Республикаси Вазирлар Маҳкамаси Истеъмол товарлари ишлаб чиқариш ва савдо мажмуасининг 2004 йил 13 августдаги 04/23-31-сонли ва 2004 йил 14 сентябрдаги 04/23-3/сонли хатлар орқали "Muzimpex LTD" агросаноат қўшма корхонасининг "Кока-кола ичимлиги Ўзбекистон ЛТД" қўшма корхонаси устав фондидаги 57,118 фоиз давлат улушини сотиб олиш тўғрисидаги таклифига розилик берилганлиги маълумот учун қабул қилинсин.

    2. "Кўчмас мулк ва сармоялар агентлиги" ёпиқ акциядорлик жамиятининг 115/1-2004-сонли хулосасига биноан, "Muzimpex LTD" агросаноат қўшма корхонасига сотиладиган "Кока-кола ичимлиги

Ўзбекистон АТ, қўшма корхонаси устав фондидаги 57,118 фоиз давлат улушининг қиймати 14 136 880,0 (ўн тўрт миллион бир юз ўттиз олти минг саккиз юз саксон) АҚШ доллари миқдорида тасдиқлансин.

3. "Muzimpex LTD" агросаноат қўшма корхонаси "Кока-кола ичимлиги Ўзбекистон АТД" қўшма корхонасининг устав фондидаги 57,118 фоиз давлат улушини сотиб олиш учун Давлат мулки қўмитасининг махсус ҳисоб рақами (21508000500600289001, МФО 00014, ИНН 201122696 Ўзбекистон Республикаси Марказий банкининг Тошкент шаҳар бош бошқармаси ҳисоб-касса маркази)га 14 136 880,0 АҚШ доллари миқдоридаги пул тўловларни Ўзбекистон Республикаси Марказий банкининг тўловлар амалга ошириладиган кундаги сўмни АҚШ долларига белгиланган қийматда миллий валюта "сўмда" қуйидаги тартибда, яъни:

- умумий сотиб олиш нархидан 2 000 000,0 АҚШ долларини олди-сотди шартномаси имзоланган кундан бошлаб 30 (ўттиз) банк куни мобайнида;

- қолган 12 136 880,0 АҚШ доллари миқдордаги пул тўловларни биринчи тўлов амалга оширилгандан сўнг 5 ой мобайнида, ҳар ойда тенг улушларда (2 427 376,0 АҚШ доллардан) амалга оширсин.

4. Раиснинг биринчи ўринбосари (И. Яковлев) ва Истеъмол товарлари ишлаб чиқариш ва савдо соҳасида хусусийлаштириш бошқармаси (А. Юлдашев) Давлат мулки қўмитаси ва "Muzimpex LTD" агросаноат қўшма корхонаси ўртасида "Кока-кола ичимлиги Ўзбекистон АТД" қўшма корхонасининг устав фондидаги 57,118 фоиз давлат улушини мазкур буйруқнинг 3-бандида келтирилган шартлари асосида сотиш бўйича белгиланган тартибда олди-сотди шартномасини тузсин.

5. Ушбу буйруқнинг нусхалари "Кока-кола ичимлиги Ўзбекистон АТД" Ўзбекистон-Америка қўшма корхонасига, "Muzimpex LTD" Ўзбекистон-Америка агросаноат қўшма корхонасига, Давлат мулки қўмитасининг Давлат тасарруфидан чиқариш ва хусусийлаштириш, Давлат мулкини бошқариш ҳамда Молия, ҳисоб ва ҳисобот Бош бошқармаларига, Истеъмол товарлари ишлаб чиқариш ва савдо соҳасида хусусийлаштириш бошқармасига ва Тошкент шаҳар ҳудудий бошқармасига юборилсин.

6. Мазкур буйруқнинг бажарилишини назорат қилиш Раиснинг биринчи ўринбосари И. Яковлев зиммасига юклатилсин.

Раис  М. Асқаров