| O'ZBEKISTON RESPUBLIKASI ADLIYA VAZIRLIGI TOMONIDAN RO'YXATGA OLINDI  2004 yil _____ | "COCA-COLA ICHIMLIGI UZBEKISTON, LTD" KORXONASI ISHTIROKCHILARINING UMUMIY YIG'ILISHI TOMONIDAN TASDIQLANGAN  ___3___ /2004-BAYONNOMA 2004 yil 7-dekabr |
|---|---|

# O'ZBEK-AMERIKA CHET EL SARMOYALI ISHLAB CHIQARISH KORXONASI

## "COCA-COLA ICHIMLIGI UZBEKISTON, LTD" MAS'ULIYATI CHEKLANGAN JAMIYATNING

### IKKINCHI O'ZGARTIRILGAN VA YANGI TAHRIRDAGI USTAVI

Toshkent  2004 yil

YUQORIDAGILARNI TASDIQLASH MAQSADIDA, Ishtirokchilar mazkur Ustavni o'zlarining tegishli ravishda vakolatlantirilgan vakillari tomonidan yuqorida ko'rsatilgan kunda qabul qilinishini va imzolanishini ta'minladilar.

THE COCA-COLA EXPORT CORPORATION

Imzo: _____
Ismi:     Selcuk Erden
Lavozimi: Ishonchnomaga muvofiq

"MUZIMPEX" O'ZBEK-AMERIKA QO'SHMA KORXONASI, MAS'ULIYATI CHEKLANGAN JAMIYAT

Imzo: _____
Ismi:     Sadikov A.A.
Lavozimi: Bosh Direktor

Imzo: _____
Ismi:     Tsoy G.A.
Lavozimi: Bosh hisobchi

Ushbu Ustavni imzolash bilan Kompaniya uning shartlariga rioya qilish majburiyatini oldi:

COCA-COLA ICHIMLIGI UZBEKISTON, Ltd
nomidan imzolandi:

Imzo: _____
Ismi:     Hans Adlung
Lavozimi: Bosh Direktor

Imzo: _____
Ismi:     _____
Lavozimi: Bosh hisobchi

30