*[handwritten note in Cyrillic/Uzbek script]*

## "COCA-COLA ICHIMLIGI UZBEKISTON, LTD" KORXONASINING ISHTIROKCHILARI BO'LMISH

## "MUZIMPEX" O'ZBEK-AMERIKA QO'SHMA KORXONASI, MAS'ULIYATI CHEKLANGAN JAMIYAT

VA

## "THE COCA-COLA EXPORT CORPORATION" KORPORATSIYASI

O'RTASIDA TUZILGAN

## IKKINCHI O'ZGARTIRILGAN VA YANGI TAHRIRDAGI TA'SIS SHARTNOMASI

2004 yil 7-dekabr

YUQORIDAGILARNI TASDIQLASH MAQSADIDA, ushbu Shartnoma Ishtirokchilarning tegishli ravishda vakolatlantirilgan vakillari tomonidan yuqorida ko'rsatilgan kunda qabul qilinishini va imzolanishini ta'minladilar.

"MUZIMPEX" O'ZBEK-AMERIKA QO'SHMA KORXONASI, MAS'ULIYATI CHEKLANGAN JAMIYAT

Imzo: _____
Ismi:      Sadikov A.A.
Lavozimi:  Bosh Direktor

Imzo: _____
Ismi:      Tsoy G.A.
Lavozimi:  Bosh hisobchi

THE COCA-COLA EXPORT CORPORATION
nomidan

Imzo: _____
Ismi:      Selcuk Erden
Lavozimi:  Ishonchnomaga muvofiq

Ushbu Shartnomani imzolash bilan Kompaniya uni tasdiqlaydi va uning shartlarini to'liq bajarish majburiyatini oladi:

COCA-COLA ICHIMLIGI UZBEKISTON, Ltd.
nomidan

Imzo: _____
Ismi:      Gans Adlung
Lavozimi:  Bosh Direktor

Imzo: _____
Ismi:      
Lavozimi:  Bosh hisobchi

25