Unofficial Translation                                                        Fayzullaev Supp. Decl., Ex. E

MINISTRY OF JUSTICE OF THE REPUBLIC OF UZBEKISTAN
_____

No 08-863/6

February 2, 2007

**Representative Office**
**Zeromax GmbH, Tashkent**

Having considered your letter No 97/II dated 2 February, 2007, Ministry of Justice is advising as follows:

In accordance with the law of the Republic of Uzbekistan all Joint Ventures are legal entities. Therefore, all legal entities are subject to all regulations applicable towards legal persons. In accordance with Clause 43 of the Civil Code of the Republic of Uzbekistan all amendments to the constituent documents of the legal entities shall come into effect for the third party upon the date of state registration. Relative to the events to be established by the law, they shall be valid from the time of notification in regards to such changes to be undergone by the entity carrying out state registration.

In accordance with Clause 385 of the above Civil Code, when the agreement is being amended, the obligations of the parties of the agreement shall remain in force in the altered form. In case of agreement cancellation the obligations of the parties shall be terminated. In the event that the agreement has been amended or cancelled, the obligations shall be either altered or terminated upon the time the parties have agreed to undertake such alteration or termination if otherwise not provided by the agreement or nature of the alterations to have been undertaken. In the event that the agreement is being changed or cancelled in the result of court proceedings, these alterations or termination of the agreement shall come into effect upon the time the decision of the court has become valid. The provisions of this Clause are applicable towards the constituent agreement of the parties relative to the establishment of a new legal entity(person).

In addition, in accordance with Clause 11 of the Law of the Republic of Uzbekistan, namely "Joint Stock Companies, Limited and Double Liability", all amendments made in the constituent documents, i.e. constituent agreement and charter, shall come into force for the third parties upon the date of state registration.

In connection with the above-stated, clauses of the signed JVA about the creation of joint venture "Coca-Cola Ichimligi Uzbekistan Ltd" in the form of a company with limited liability and its approved Charter, registered in 1993, lost their

validity as a result of registration of the corrected and amended constituent documents of the joint venture in 2003.

The corrected and amended changes brought in constituent documents of the enterprise, i.e. in the constituent contract and the charter, get force for the third parties from the moment of their state registration, i.e. since October, 8th, 2003.

    Deputy Minister                                                 E.Kanyazov

| O'ZBEKISTON RESPUBLIKASI ADLIYA VAZIRLIGI |  | MINISTRY OF JUSTICE OF THE REPUBLIC OF UZBEKISTAN |
|---|---|---|
| 100047, Toshkent shahri, Sayilgoh ko'chasi, 5<br>Tel.: (998 71) 133 13 05  Faks: (998 71) 133 51 76<br>www.minjust.uz., электрон почта: info@minjust.gov.uz | | 5, Sailgoh Street, Tashkent City, 100047<br>Phone: (998 71) 133 13 05  Fax: (998 71) 133 51 76<br>www.minjust.uz.,e-mail: info@minjust.gov.uz |

№ 08-863/6 от 2 февраля 2007 г.

**Представительству компании "ZEROMAX GmbH"**

г. Ташкент, 100100, ул. Мукимий 1-проезд, 3

Министерство юстиции Республики Узбекистан рассмотрев Ваше письмо от 2 февраля 2007 г. № 97/П, сообщает следующее.

В соответствии с законодательством Республики Узбекистан совместные предприятия являются юридическими лицами, и в отношении них применяются нормы, установленные для юридических лиц. В соответствии со статьей 43 Гражданского кодекса Республики Узбекистан, изменения учредительных документов юридических лиц получают силу для третьих лиц с момента государственной регистрации, а в случаях, установленных законом, – с момента уведомления о таких изменениях органа, осуществляющего государственную регистрацию.

Согласно статье 385 вышеуказанного Кодекса, при изменении договора, обязательства сторон сохраняются в измененном виде. А при расторжении договора, обязательства сторон прекращаются. В случае изменения или расторжения договора, обязательства считаются измененными или прекращенными с момента заключения соглашения сторон об изменении или о расторжении договора, если иное не вытекает из соглашения или характера изменения договора, а при изменении или расторжении договора в судебном порядке – с момента вступления в законную силу решения суда об изменении или о расторжении договора. Установленные настоящей статьей нормы применяются также в отношении учредительного договора сторон о создании юридического лица.

Кроме того, в соответствии со статьей 11 Закона Республики

Узбекистан «Об обществах с ограниченной и дополнительной ответственностью», изменения, внесенные в учредительные документы общества, т.е. в учредительный договор и устав, приобретают силу для третьих лиц с момента их государственной регистрации.

В связи с вышеизложенными, положения подписанного учредительного договора о создании совместного предприятия «Кока-кола ичимлиги Узбекистон ЛТД» в виде общества с ограниченной ответственностью и его утвержденного устава, зарегистрированных в 1993 году, утрачивают юридическую силу в результате регистрации исправленных и дополненных учредительных документов совместного предприятия в 2003 году. Исправленные и дополненные изменения, внесенные в учредительные документы предприятия, т.е. в учредительный договор и устав, приобретают силу для третьих лиц с момента их государственной регистрации, т.е. с 8 октября 2003 года.

Заместитель министра                                     Е.Каньязов