**Carter Decl., Ex. A**

January 2007

BARRY E. CARTER

Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Office: (202) 662-9322          Home: (202) 363-5045
      (202) 662-4020 (fax)          Cell:    (202) 316-7672
carter@law.georgetown.edu
Married to Kathleen Ambrose.  Two teenage children

I.    <u>Education</u>

    A.    Yale Law School.  J.D., 1969.  Projects Editor, <u>Yale Law Journal</u>, 1968-69; Phi Delta Phi; Book and Gavel.

    B.    Woodrow Wilson School of Public and International Affairs, Princeton University.  M.P.A. (Economics and Public Affairs), 1966.

    C.    Stanford University.  B.A. (History), 1964.  Phi Beta Kappa; graduated "with great distinction"; Tresidder Award for Outstanding Stanford Debater.

II.    <u>Present and Past Employment</u>

    A.    Georgetown University Law Center
        Professor of Law                        July 1979-July 1993, August 1996-Present

        Regularly teaches International Law I (introductory) and International Law II (trade, finance, and investment).  Has also taught Antitrust Law, International Economic Sanctions and the Use of Force, and Property.   Received in 2006 the Law Center's excellence in teaching award.  Also lectures frequently in developing and transition countries on international law issues.

        Serves now as Director of International and Transnational Programs.  Has the primary responsibility at the Law Center for the new Semester Abroad Program with nine foreign law schools, for the London Summer Program, for Visiting Scholars/Researchers, and for two faculty exchange programs.  He also has supervisory responsibility over some other international programs and manages a staff of two professionals and several research assistants.

        In the past, he was the Director of the Program on International Business and Economic Law (PIBEL), which tries to encourage discussion, writing, and teaching in international trade, business, and finance law.  While he was Director, PIBEL completed a project, funded by $880,000 in grants from the U.S. Agency for International Development (AID), to help Indonesia implement its new competition law and understand the law's links to trade and market access.

B.    U.S. Department of Commerce
      Deputy Under Secretary for Export
        Administration                      July 1993-August 1996

Helped lead the Bureau of Export Administration (BXA) (now called the Bureau of Industry and Security) as acting Under Secretary from July 1993 through April 1994 and then as Deputy Under Secretary. Also served as the U.S. vice chair to Secretary of Defense William J. Perry on bilateral defense conversion committees with Russia, Ukraine, Kazakhstan, and Belarus, as the U.S. chair of the committee with Uzbekistan, and as a member of committees with China.

The Bureau had primary responsibility for administering and enforcing several trade laws, including dual-use export controls and anti-boycott compliance. It also helped newly emerging countries develop effective nonproliferation controls and convert their defense industries to civilian production. It assisted U.S. defense conversion and it also analyzed the defense industrial and technology base. While at BXA, Mr. Carter helped to streamline and enforce U.S. export controls, worked with other countries to strengthen the enforcement of foreign nonproliferation laws, and promoted foreign defense conversion, often in joint ventures with U.S. companies. Mr. Carter also had a role in reorganizing and downsizing the 370-person Bureau, as well as managing its $40+ million budget.

C.    Clinton-Gore Presidential Transition
      Member, Economic Policy Group    November 1992-February 1993

Had specific responsibilities for international trade and investment. This was a continuation and expansion of his activities as a volunteer during the campaign, when he worked on then-Governor Clinton's position on NAFTA--e.g., helping coordinate outside experts, draft the options papers, and brief Gov. Clinton and then-Senator Gore. Continued for a month into the Clinton Administration as a senior advisor in the Office of the U.S. Trade Representative.

D.    American Society of International Law
      Executive Director and Executive
        Vice President                     April 1992-July 1993

Was in charge of the Society's activities on a day-to-day basis, while teaching at Georgetown at a reduced level. The Society is the leading association of over 4,400 professors, lawyers in government and private practice, and students. It publishes a scholarly journal (American Journal of International Law), a periodical of key documents (International Legal Materials), and other materials. It organizes a major annual meeting and, during 1992-93, hosted the Jessup Moot Court Competition. Mr. Carter helped reverse the Society's membership decline, expand its activities, and raised about $900,000 in grants and contributions.

E.    Stanford University Law School
      Visiting Professor of Law              January-June 1990
      Taught International Law, participated in ongoing seminars, and engaged in
      research and writing.

F.    Morrison & Foerster in San Francisco, California
      Attorney                              January 1976-June 1979

      Handled various litigation matters, including antitrust law, contract law, and
      property matters.  Participated in trials and appeals.

G.    Senate Select Committee on Intelligence Activities
      Senior Counsel                        March-December 1975

      Served as the senior attorney on the Military and Technology Task Force, one of
      the four task forces.  Directed a number of specific studies, including a major one
      on the electronic surveillance activities of the National Security Agency.

H.    Wilmer, Cutler & Pickering in Washington, D.C.
      Attorney                              January 1973-March 1975

      Mostly litigated on the appellate level.  The work included U.S. constitutional
      law, government procurement matters, and antitrust law.

I.    Institute of Politics, Kennedy School of Government
      Harvard University
      Research Fellow                       June-December 1972
      (Also, an International Affairs Fellow of the Council on Foreign Relations)

      Primarily read and wrote on decision-making in national security affairs.  Worked
      with Professors John Steinbruner, Graham Allison, and Richard Neustadt.

J.    National Security Council, White House
      Program Analyst                       October 1970-June 1972

      Worked primarily on the Strategic Arms Limitation Talks (SALT) between the
      United States and the U.S.S.R., nuclear strategy, and other U.S.-Soviet or NATO
      issues.  Frequently drafted substantive memoranda for Dr. Henry Kissinger and
      the President, including the instructions to the SALT delegation and proposed
      treaty language.  Represented the NSC staff on a number of interagency studies,
      chairing some of them.

K.    Office of the Assistant Secretary of Defense (Systems Analysis)
      Program Analyst                       September 1969-October 1970

      While an Army lieutenant, analyzed national security issues such as U.S.-Soviet
      military forces, the defense budget, and NATO.

III.     Some Recent and Major Past Publications

    A.     "Immunity for Foreign Officials:  Possibly Too Much and Confusing as Well," in Am. Soc. Int'l Law, Proceedings for the 99th Annual Meeting (2006).

    B.     International Law:  Selected Documents 2005-2006  (Aspen Publishers:  7th ed. 2005; earlier editions with co-authors in 2001, 1999, 1995, 1994, and 1991).  A 1025-page collection of selected international documents, edited and with background footnotes.  The documents can be used with my casebook or for other reference purposes.  For this edition, he was solely responsible for selecting and annotating the documents.  A new edition will be available in June 2007.

    C.     International Law (with co-authors) (Aspen Publishers:  4th ed. 2003, with earlier eds. in 1999, 1995, and 1991.).  This 1150-page casebook provides comprehensive materials for an introductory course in international law.  Prof. Carter was primarily responsible for about 70% of the pages in this edition.  A 150-page Teacher's Manual is also available to teachers.  First published in May 1991, the casebook is used in over 60 law schools.  A new edition will be available in June 2007.

    D.     "A Baghdad Tribunal," in The Wall Street Journal, June 24, 2003, at p. A16.

    E.     "Terrorism Supported by Rogue States:  Some Foreign Policy Questions Created by Involving U.S. Courts," 36 New Eng. L. Rev. 933 (2002).

    F.     "State-Supported Terrorism and the U.S. Courts:  Some Foreign Policy Problems," in Am. Soc. Int'l Law, Proceedings for the 96th Annual Meeting 251 (2002).

    G.     "Study of U.S. Unilateral Sanctions 1997-2001" (USA*Engage 2002) (with assistant), available at http://www.usaengage.org/literature/2002/ 2002sanctions/introduction.html.

    H.     "The Growing Problem of Involving U.S. Courts in U.S. Economic Sanctions," Private Investments Abroad (Lexis Publishing:  1999).

    I.     "International Trade Law: Where Congress Has, Somewhat Hesitantly, Bought Into International Law," in Am. Soc. Int'l Law, Proceedings for the 92nd Meeting 335 (1998).

    J.     "Bringing More Order and Rationality to U.S. Unilateral Economic Sanctions," Private Investments Abroad (Matthew Bender:  1998), with a shorter version in American Society of International Law, Proceedings for the 91st Meeting (1997).

K.     A Catalogue of New U.S. Unilateral Economic Sanctions for Foreign Policy
       Purposes, 1993-1996:  With Analysis and Recommendations (National
       Association of Manufacturers:  1997) (prepared the factual appendix).
[On leave in U.S. Government, 1993-96.]

L.     "Cold War Curbs on Computer Sales," The Washington Post, Feb. 18, 1994.

M.     "The Uneven, But Growing, Role of International Law," with Prof. John Barton,
       in Rethinking America's Security:  Beyond Cold War to New World Order
       (Graham Allison & Gregory Treverton eds.) (W.W. Norton: 1992).  A longer
       version appeared in 81 Georgetown L.J. 535 (1993) under the title:  "International
       Law and Institutions for a New Age."

N.     "Charge Iraq Oil Export Fees," The Washington Post, March 4, 1991.

O.     "Trade: Where Bush Can Lead," The Washington Post, July 8, 1990.

P.     "A Code of Conduct for EC-US Relations," in Jurgen Schwarze (ed.), The
       External Relations of the European Community, in particular EC-US Relations
       (Nomos Verlagsgesellschaft: 1989).

Q.     International Economic Sanctions:  Improving the Haphazard U.S. Legal Regime
       (Cambridge University Press: 1988).  Recipient in 1989 of the annual award from
       the American Society of International Law for the outstanding new book on
       international law subjects.  The Society said the book was "a preeminent
       contribution to creative scholarship" because of its "systematic examination of the
       legal framework for the imposition of economic sanctions by the United States,
       and its insights into the ways that legal structure shapes policy choices."  Edited
       excerpts of the book were published in the California Law Review and the New
       York University Journal of International Law & Policy.

R.     "The Opportunities and Limits of Legal Remedies in Foreign Investment
       Disputes," chapter in Fariborz Ghadar, Stephen. Kobrin and Theodore Moran,
       Managing International Political Risk: Strategies and Techniques (1983).

S.     "Strengthening Our Conventional Forces," in Rethinking Defense and
       Conventional Forces (Center for National Policy:  1983).

T.     "Organizational and Political Dimensions of the Strategic Posture:  The Problem
       of Reform," with John Steinbruner, Daedalus, Summer 1975, and in Franklin
       Long & George Rathjens, Arms, Defense Policy and Arms Control (Norton:
       1976).

U.     "Nuclear Strategy and Nuclear Weapons," Scientific American, May 1974,
       reprinted in some books on defense issues.

V.      "Effective Guaranty of a Speedy Trial for Convicts in Other Jurisdictions," 77 <u>Yale L.J.</u> 767 (1968).

IV.     <u>Selected Boards of Directors and Selected Professional Associations</u>.  Member, Board of Directors, Nukem, Inc. (Oct. 1998-   ); Member, Political Risk Advisory Council, Zurich Emerging Markets Solutions (Oct. 2001-   ); Honorary Vice President (1993-99) and Counsellor (1999-2000), American Society of International Law; member, Council on Foreign Relations, American Law Institute, and American Bar Association (member of ABA Steering Committee on Alien Tort Statute, 2004); Chairman of the Advisory Board of the Defense Budget Project (1989-1993); Vice President, Treasurer, and Director, Arms Control Association (1980-1993).

V.     <u>Selected Speeches, Conferences, and Panels</u>

     A.     Interviewed and quoted during 1996-2006 on international business and trade law, international law generally, antitrust, or foreign policy by ABC, CBS, CNN, NPR, C-SPAN, <u>New York Times</u>, <u>Washington Post</u>, <u>Financial Times</u>, and other media.

     B.     Member of the U.S. roster of individuals eligible to serve on binational arbitration panels that review antidumping and countervailing duty matters under Chapter 19 of NAFTA, 1997-2000.  Completed service on one panel hearing an appeal under Canadian law and served on another reviewing a U.S. antidumping determination.

     C.     Testimony before U.S. Senate committee in 2000 on his nomination for a senior position in the U.S. Agency for International Development.  (Confirmed unanimously by the U.S. Senate in December 2000, but it seemed too late in the Clinton Administration to take the position.)

     D.     Frequent speeches and occasional Congressional testimony during 1993-96 when in the U.S. Government.

     E.     Speaker at several recent annual meetings of the American Society of International Law and before other groups.

VI.     <u>Bar Memberships</u>.  District of Columbia Bar; California; U.S. Supreme Court; U.S. Courts of Appeals for the District of Columbia, Third and Ninth Circuits.

VII.     <u>Selected Consultancies since 1985</u>.  Helped teach a workshop on WTO accession for officials in Uzbekistan in March 2004; led a workshop for the Indonesian Supreme Court on U.S./European Union/Indonesian competition law in Indonesia, September 2001; lectured on international law in Mexico and Central America during intensive weekends, 1998-2003, 2006; served as an expert on international business matters for the U.S. Department of Justice in a lawsuit, 1985-87; and has been a consultant or expert witness in several cases involving international law issues since 2000.

VIII.    <u>References</u> (available upon request)