UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROZ TRADING LTD., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | 1:06-CV-01040 CKK |
| ) | |
| ZEROMAX GROUP, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Having reviewed and considered Zeromax Group, Inc., Zeromax Logistics, Inc., and Zeromax LLC's (collectively the "U.S. Zeromax Defendants") Revised Motion to Dismiss the Amended Complaint in its Entirety and the papers filed in support thereof, Plaintiffs' papers filed in opposition thereto, and the entire record herein, it is hereby

**ORDERED**, that the U.S. Zeromax Defendants' Revised Motion to Dismiss is **GRANTED**, and the Amended Complaint is Dismissed in its entirety with prejudice.

**SO ORDERED** this ___ day of _____, 2008.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge