UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROZ TRADING LTD., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-CV-01040 CKK |
| ZEROMAX GROUP, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Zeromax Group, Inc., Zeromax Logistics, Inc. (both dissolved Delaware corporations) and Zeromax LLC (a dissolved Delaware limited liability company) (collectively the "U.S. Zeromax Defendants"), certify that to the best of my knowledge and belief, the U.S. Zeromax Defendants do not have any parent, subsidiary or affiliate which has any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: November 20, 2007
       Washington, D.C.

Respectfully submitted,

**WHITE & CASE** LLP

/ s / Carolyn B. Lamm
Carolyn B. Lamm (D.C. Bar No. 221325)
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicole E. Erb (D.C. Bar No. 466620)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Zeromax Group, Inc., Zeromax Logistics, Inc., and Zeromax LLC*