# EXHIBIT 2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROZ TRADING, LTD., et al. | ) | |
| Plaintiffs, | ) | 1:06-CV-01040 CKK |
| v. | ) | |
| ZEROMAX GROUP, INC., et al. | ) | |
| Defendants. | ) | |

## **DECLARATION OF FARHOD INOGAMBAEV**

Under penalty of perjury, Farhod Inogambaev states as follows:

1. My name is Farhod Inogambaev and I am over the age of 21 years, am of sound mind, and am competent to testify. The matters set forth herein are within my personal knowledge and are true and correct.

**Personal History**

2. I was born in Tashkent, Uzbekistan in 1974.

3. I lived in Uzbekistan for most of my life until I fled to the United States in 2003.

4. Currently, I am completing a program at Columbia University, where I am pursuing a Master's degree in international affairs.

**Employment with ROZ**

5. Between 1994 and 1998, I was employed by ROZ Trading Ltd. ("ROZ") in Tashkent. Between 1998 and August 2001, I worked in Dubai for Valuelink, a subsidiary of ROZ Group. I worked closely with Mansur Maqsudi during my time with ROZ and Valuelink.

1

**Employment with Gulnora Karimova**

6. In August 2001, I learned that Mansur Maqsudi told his wife, Gulnora Karimova that he wished to separate from her. Ms. Karimova is the daughter of Islam Karimov, the President of the Republic of Uzbekistan.

7. In August 2001, the National Security Service of the Republic of Uzbekistan detained my brother and threatened my parents' personal safety in order to force me to resign from Valuelink and to work for Ms. Karimova and her personal companies. I have since learned that Ms. Karimova has control over the National Security Service and that it was acting at her request when it threatened members of my family in Tashkent.

8. As a result of these hostile threats and numerous forceful requests from Ms. Karimova, I moved to Tashkent from Dubai and began to work for Ms. Karimova as her senior financial advisor.

**Ms. Karimova and Zeromax**

9. During my employment with Ms. Karimova, I was on-call twenty-four hours a day, seven days a week. I was intimately involved in most of Ms. Karimova's business and personal activities, including those relating to her takeover of Coca-Cola Bottlers Uzbekistan ("CCBU").

10. Immediately after I began working for Ms. Karimova, she demanded that I write a false report about the activities of both ROZ and Mansur Maqsudi. She told me exactly what I should write, and she threatened to severely harm my family if I did not write and sign the statement.

2

11. Soon after the separation of Mr. Maqsudi and Ms. Karimova, she told me that she intended to take control of CCBU, with the assistance of one of her companies. It turned out that this company was Zeromax.

12. I became aware of Ms. Karimova's long-term relationship with Zeromax. For example, Zeromax paid Ms. Karimova millions of dollars, and in exchange, she arranged for Zeromax to receive Uzbekistani government contracts, including large oil and gas concessions.

13. Zeromax paid these large sums of money into Ms. Karimova's personal bank accounts in Latvia, which I had opened at her direction. Before I opened them, Ms. Karimova informed me that Zeromax directed her to open an account in Latvia. It is well-known that Latvia is a major center for money laundering and other illicit activity.

14. As part of her plan to control CCBU through Zeromax, Ms. Karimova personally coordinated with top officials in the Uzbekistani government, including the Prosecutor General's office and the National Security Service. I witnessed several telephone conversations in which Ms. Karimova instructed high ranking Uzbekistani officials to do whatever they needed to facilitate the eventual takeover of ROZ's ownership in CCBU.

15. Ms. Karimova directed Uzbekistani officials to accuse ROZ and Mr. Maqsudi of wrongdoing. This was part of her strategy to harm them and gain control over CCBU.

16. Ms. Karimova knew that none of the accusations made against ROZ and Mr. Maqsudi was true.

17. Uzbekistan took ROZ's shares in CCBU in the manner directed by Ms. Karimova.

18. In early 2002, Ms. Karimova instructed Irina Avtaikina, an ally who worked for CCBU, to arrange a meeting with top officials from The Coca-Cola Company. At Ms.

Karimova's direction, I attended this meeting on her behalf. The meeting took place at the Intercontinental Hotel in Tashkent. Ahmet Bozer, a senior official from The Coca-Cola Company, also attended the meeting.

19. Mr. Bozer supported Ms. Karimova's effort to take over control of CCBU through one of her companies. Several times during the meeting, Mr. Bozer said something like, "we are on the same side of this dispute." It was clear to me that this meant that The Coca-Cola Company supported Ms. Karimova and her objective of using one of her companies to take over ROZ's shares in CCBU and excluding ROZ from CCBU. I now know that this company was Zeromax.

20. I have learned that Ms. Karimova gained control over Zeromax and that she used Zeromax to formalize her control over CCBU.

21. I have personal knowledge that Zeromax used several tactics to confuse intentionally the public and law enforcement about its operations, businesses, clients, employees, and ownership. Among other strategies designed to hide its true businesses, Zeromax re-registered several times, changed ownership, and created and systematically altered different websites. I am also aware that Zeromax took steps to make highly questionable transactions appear legal by creating false documents.

**My Departure from Uzbekistan**

22. In April 2003, I became so repulsed by Ms. Karimova and her activities that I decided to leave her employment. I knew that she would not let me go freely. In fact, Ms. Karimova had placed one of her former senior managers in prison when he tried to leave. I secretly arranged for my family and me to flee Uzbekistan and settle in the United States. I have been granted political asylum in the United States.

23. When I arrived in the United States, I shared details about Ms. Karimova's activities, including her involvement with Zeromax, with the United States government, including the U.S. Department of State.

I declare under penalty of perjury that the foregoing is true and correct.

December 8, 2006
Date

Farhod Inogambaev

5