# EXHIBIT 3

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROZ TRADING LTD., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01040-CKK |
| ) | |
| ZEROMAX GROUP, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF FARHOD INOGAMBAEV

Under penalty of perjury, Farhod Inogambaev states as follows:

1.  My name is Farhod Inogambaev and I am over the age of 21 years, am of sound mind, and am competent to testify. The matters set forth in this statement are within my personal knowledge and are true and correct.

### Personal History

2.  I was born in Tashkent, Uzbekistan in 1974.

3.  I lived in Uzbekistan for most of my life until I came to the United States in 2003.

4.  Since my arrival in the United States, I have received a Master's degree in International Affairs from Columbia University. I have also been a visiting scholar at both Columbia University and Harvard University.

### Employment with ROZ

5.  In the fall of 1994, one of my friends, who was working at ROZ Trading Ltd. ("ROZ"), introduced me to others at ROZ. Abdul Maqsudi, the father of Mansur and Farid Maqsudi, interviewed me for a position at ROZ in Tashkent. Soon thereafter, I accepted

an offer to work for ROZ, and after I began working at the company, I met Mansur and Farid Maqsudi.

6. Between 1994 and 1998, I was employed by ROZ in Tashkent. I held several different positions there. At first, I was responsible for research and market analysis. Later, my responsibilities included sales and management.

7. Between 1998 and August 2001, I worked in Dubai for ARM LLC, a subsidiary of Valuelink and ROZ. I managed the sale of consumer goods in Dubai. ARM sold a variety of well-known brands, including Colgate and Nestle. Occasionally, I also assisted with Valuelink's business outside of Dubai.

**Employment with Gulnora Karimova**

8. In early August 2001, I received an e-mail from Mansur Maqsudi, explaining that he had separated from his wife, Gulnora Karimova. In this e-mail he warned me about the possible threats that Ms. Karimova might launch against me and others working for companies affiliated with the Maqsudi family. By that time, Ms. Karimova had already started a campaign of harassment against the Maqsudi family's business interests, the senior staff members of those businesses, and their family members in Uzbekistan.

9. Around August 24, 2001, while I was living in Dubai, my father called me and told me that my brother, Umid Inogambaev, had been detained by Uzbek government officials. Naturally, I was extremely upset and I started calling my brother's cell phone to try to find him. I could not get through to him, but eventually he called me. He informed me that he was being held by the Presidential Security Service and that he was calling to relay a message from the people detaining him. The message was that I should leave Dubai and immediately return to Tashkent. Umid also told me that one of the people

detaining him was Botir Umarov, Chief of Security for Ms. Karimova. As Umid was telling me this, I could hear Botir Umarov's voice in the background warning of the harm that would be inflicted on my family if I did not come to Tashkent. At this point, my only concern was protecting my family.

10. During Umid's one-day detention, the Presidential Security Service took him, in handcuffs, to our parents' home and ransacked it. The agents also took Umid to his own home and ransacked his house while his wife watched. He was subjected to hours of interrogation. He has often told me that this was the scariest day of his life.

11. Because of Mansur's email regarding the marital separation, it was clear to me that Ms. Karimova was responsible for my brother's detention. I wanted to understand why she was making threats against my family in order to coerce my return to Tashkent. I called Karina Abdullaeva, one of Gulnora Karimova's most senior advisors, and asked her for information. Ms. Abdullaeva gave me Ms. Karimova's telephone number and told me to speak with her directly. So I called Ms. Karimova and she instructed me to immediately leave Dubai and return to Tashkent to work for her.

12. At that time, I had several relatives living in Uzbekistan, and I was convinced that they would be hurt or killed if I did not do as Ms. Karimova instructed. I explained the situation to my wife and we decided to leave Dubai and return to Uzbekistan so as not to put our relatives in further jeopardy. I also informed Mansur Maqsudi about my plan to return to Tashkent. Once Mansur realized that my family was at risk, he understood that I had no choice but to leave Dubai and go to Tashkent to work for Ms. Karimova.

13. As a result of these hostile threats and numerous forceful demands from Ms. Karimova and her allies, my wife and I left everything in Dubai and moved back to Tashkent in late

August 2001. In early September 2001, Karina Abdullaeva called and informed me that Gulnora Karimova wanted to meet with me. When I met with Ms. Karimova, she explained that she wanted me to work for her. I had no choice but to accept a position because saying "no" to Gulnora Karimova would lead to the continued persecution – or worse – of my family and friends. During the meeting, Ms. Karimova indicated that her father, the President of Uzbekistan, would "cut Mansur Maqsudi in pieces" if he ever had the opportunity.

14. I do not know exactly why Ms. Karimova selected me to work for her. I had met her many times while I was working with the Maqsudis, and she probably understood that Mansur had confidence in my abilities. I had also developed positive relationships with top managers of western banks, and I believe that this was attractive to Ms. Karimova as well.

15. During my employment with Ms. Karimova, she expected me to be at her disposal twenty-four hours a day, seven days a week. It was common for me to receive urgent phone calls from her in the middle of the night. I was working non-stop on Ms. Karimova's projects, and I worked for no one else. As one of her most trusted advisors, I was intimately involved in virtually all of Ms. Karimova's business and personal activities, including those relating to her takeover of ROZ's controlling interest in Coca-Cola Bottlers Uzbekistan ("CCBU").

## Gulnora Karimova's Businesses

16. Several days after I began working for Ms. Karimova, she told me that she wanted to establish and maintain bank accounts outside of Uzbekistan, so that she could move funds out of the country. She sent me to Dubai to establish a bank account for her. I advised

4

her to open a corporate bank account. At her direction, I established two companies for

her – Revi Holdings and ME Revi – and opened a bank account in Dubai.

17. Ms. Karimova also wanted to set up bank accounts outside of Dubai. She and I traveled

together to London to meet with officials from Citibank. She established a United

Kingdom company called Revi UK, Ltd., and tried to open a bank account. Citibank

initially granted her request. As soon as funds were deposited into the account, Citibank

grew suspicious because Ms. Karimova could not provide adequate documentation to

justify the transaction. Citibank then closed the account.

18. In addition to her desire to move funds from Uzbekistan to Dubai, Ms. Karimova also

wanted to open retail stores in Dubai. She envisioned that these stores would sell high-

end items, including shoes, purses, and clothing. On her behalf, I set up a company,

called Top Touch, to begin acquiring products and placing them in existing retail stores.

This business in Dubai was unsuccessful, and she subsequently tried to sell these

expensive items in Uzbekistan through individuals who owned retail stores. Because

there was no market for these high-end items in Uzbekistan, she was unable to sell the

goods, so she forced the shop owners to buy them.

19. Ms. Karimova asked me to establish several other companies in Uzbekistan and Dubai.

These companies included Global Communications Consulting and United International

Group. When these companies were established, they had no assets. Ms. Karimova used

her power and position in the Uzbek government to obtain valuable assets for these

companies and then sell the assets for a quick profit. Ms. Karimova used these

companies to launder money and takeover state-owned assets with the objective of selling

them outside of Uzbekistan. Whenever one of the companies aroused suspicion, she

directed me to create and register a new company to avoid further scrutiny. Through her

various illegal schemes, Ms. Karimova amassed tens of millions of dollars in cash and

other assets.

20. Ms. Karimova's acquisition of Uzdunrobita is a good example of the way she did

business and made millions of dollars illegally. Uzdunrobita, a joint venture between the

Uzbek Government and International Communications Group, an Atlanta based company

("ICG"), was the largest cellular telecommunications company in Uzbekistan. In

December 2001, Ms. Karimova and I met with Shahid Feroz, the President of ICG, and

Begzod Ahmedov, the Director of Uzdunrobita. Ms. Karimova demanded a 20% stake in

Uzdunrobita from ICG, and in exchange she would provide lobbying and consulting

services. She made it clear that, without her support, Uzdunrobita would be destroyed.

So, in late December 2001, Shahid Feroz agreed to transfer 20% of the ownership in

Uzdunrobita to Revi Holdings, Ms. Karimova's off-shore company. Through these

explicit threats, Ms. Karimova had acquired a large stake in a multimillion dollar

company without spending a penny.

21. Then, in February 2002, Ms. Karimova directed the Government of Uzbekistan to

transfer 31% of the State's ownership in Uzdunrobita to Revi Holdings, at no charge.

The Uzbek State Property Committee acquiesced to Ms. Karimova's demands. Ms.

Karimova acquired the valuable shares without spending any money. In addition, she

then controlled the company, as she owned 51% of the shares. Once she controlled the

company, she began directing marketing and consulting contracts to herself. Through

these sham contracts, where no services were actually provided, she stole millions of

dollars and deposited this money into her personal account. Eventually, Ms. Karimova

sold a controlling share in Uzdonrobita to a company outside of Uzbekistan for more than $100 million dollars.

22. I also became aware of Ms. Karimova's relationship with Zeromax. In one transaction, Zeromax paid Ms. Karimova $1.5 million dollars, and in exchange she arranged for Zeromax to receive Uzbek government contracts, including large oil and gas concessions. Zeromax paid these large sums of money into Ms. Karimova's personal bank accounts in Latvia, which I had opened at her direction. In order to make this transaction look legitimate, Zeromax and Ms. Karimova (through one of her companies, OA Stores) structured the transaction as a research and marketing contract.[1] As the relationship between Zeromax and Ms. Karimova grew, Ms. Karimova began asserting extensive control over Zeromax.

## Gulnora Karimova's Destruction of ROZ and the Maqsudi Family

23. Soon after I started working for Ms. Karimova in September 2001, she began talking about her desire to takeover CCBU. From her comments, it was clear to me that two factors were motivating this desire. First, she knew that this takeover would advance her mission of destroying Mansur Maqsudi, his family, and his businesses. Second, she was well aware of the enormous financial value of the CCBU business and its facilities. She was particularly interested in CCBU's Megaplant, which she called "unique," "valuable," and "state-of-the-art."

24. As Ms. Karimova became more passionate about taking over CCBU, she demanded that I write a false report about the activities of ROZ and Mansur Maqsudi. Ms. Karimova said that she needed the statement urgently for use in the Uzbek court proceedings against

---

[1]    *See* Attachment A (Contract between OA Stores and Zeromax).

CCBU and ROZ. I believe that she also indicated that she needed the statement to retaliate against Mansur Maqsudi in the United Arab Emirates or the United States. She told me exactly what I should write and she threatened to hurt my family if I did not write and sign the statement. Ms. Karimova directed me to write that ROZ was siphoning profits from CCBU, that ROZ and Mansur had failed to pay taxes, that they were criminals, and that they had broken many different Uzbek laws. She actually sent one of her security guards to my office to demand that I finish typing the false report and sign it. Because Ms. Karimova was again threatening my family and me, I completed and signed the false report. Ms. Karimova knew that none of the accusations in the statement was true.

25. Ms. Karimova told me that she had dictated similar statements for other former employees of ROZ to sign. She told me that the former employees of ROZ had to sign the statements because our families lived in Uzbekistan. This was meant as a threat against our families.

26. Ms. Karimova used the Uzbek government to gain control over CCBU and harm Mansur Maqsudi and ROZ. She had total control over all of the harm inflicted on Mansur, his family, CCBU, and ROZ. She was responsible for, among other things, the false charges and subsequent court proceedings that took away ROZ's interest in CCBU and the imprisonment of Mansur's relatives.

27. Ms. Karimova personally coordinated with top officials in the Uzbek government, including the Prosecutor General's office and the National Security Service, to orchestrate the destruction of ROZ in Uzbekistan. She was in constant communication

8

with Alisher Sayfuddinov, Deputy Chief of President Karimov's Presidential Security Service, who implemented Ms. Karimova's orders regarding ROZ and Mansur Maqsudi.

28. I witnessed many of Ms. Karimova's conversations with Mr. Sayfuddinov and other senior government officials. These conversations took place daily or more frequently. During these conversations, she orchestrated every detail of the court proceedings against ROZ. For example, she told the prosecutors precisely what charges to bring and how to prosecute the case. Ms. Karimova knew that there was no merit to these charges. Ms. Karimova, through Alisher Sayfuddinov and others, even told judges exactly what actions to take in the court proceedings against ROZ.

29. Ms. Karimova ordered Mr. Sayfuddinov and others to bring her drafts of all court decisions relating to ROZ, CCBU, and Mansur Maqsudi. Ms. Karimova then reviewed, edited, and approved these decisions. Ms. Karimova often wrote substantial portions of the decisions herself to make sure that they contained the exact language and ordered the precise outcome she desired.

30. After the Uzbek prosecutors had initiated court actions against ROZ and CCBU, the Uzbek Ambassador to United States told Ms. Karimova that ROZ's attorneys had applied for visas so that they could travel to Uzbekistan to handle the pending cases. I remember Ms. Karimova saying something like "Mansur's lawyers will get visas over my dead body."

31. Ms. Karimova also ordered the imprisonment of Mansur Maqsudi's relatives. She told me that she ordered the detention of Mohammed Douad, one of Mansur's cousins. This was part of her plan to destroy Mansur and his family. It is my understanding that Mohammed Douad remains imprisoned today.

## Gulnora Karimova's Relationship with Coca-Cola

32. Soon after I began working for Ms. Karimova in September 2001, she informed me that Coca-Cola officials were meeting with high-level Uzbek officials to discuss CCBU. Ms. Karimova told the Uzbek officials what to say in these meetings and they reported to her immediately after the meetings had concluded. I was often present when she talked to them. Ms. Karimova had instructed the Uzbek officials to use these meetings to determine whether Coca-Cola would cooperate with her or support ROZ. The Uzbek officials reported to Ms. Karimova and me that, during these meetings, Coca-Cola had indicated its desire to remain in Uzbekistan and work with the Uzbek government against ROZ.

33. In early 2002, Ms. Karimova instructed Irina Avtaikina, her lackey who worked for CCBU, to arrange a meeting with top officials from Coca-Cola. The meeting took place in the lobby of the Intercontinental Hotel in Tashkent. Ahmet Bozer, a senior official from Coca-Cola, attended the meeting. When he arrived, he was surprised that Ms. Karimova was not there. Apparently, Mr. Bozer had expected that he would be meeting directly with Ms. Karimova. Instead, at Ms. Karimova's direction, I attended this meeting on her behalf. Brian Bowen, one of Ms. Karimova's advisors, also attended the meeting. Irina Avtaikina was there, too. Mr. Bowen and I explained that we were there to represent Ms. Karimova.

34. We made it clear to Mr. Bozer that Coca-Cola would have to choose a side in the dispute between Uzbekistan and ROZ. Mr. Bozer supported Ms. Karimova's effort to takeover control of CCBU through one of her companies. Several times during the meeting, Mr. Bozer said something like, "we are on the same side of this dispute." Mr. Bozer clearly

meant that Coca-Cola supported Ms. Karimova's objective of taking over ROZ's shares in CCBU and excluding ROZ from CCBU.

35. At this meeting, I proposed that one of Ms. Karimova's companies, Revi Holdings, become Coca-Cola's new joint venture partner. Mr. Bozer was open to this idea. Brian Bowen and I also explained that Coca-Cola would have to agree that Revi Holdings would be the exclusive supplier of raw materials to CCBU. We further explained that Ms. Karimova must have control over personnel decisions at CCBU. Mr. Bozer indicated that Coca-Cola would accept these terms.

36. In exchange, Mr. Bozer asked if Ms. Karimova would assist with a number of issues that were crucial to the success of CCBU, including convertibility of Uzbek currency. Mr. Bozer also asked me to have Ms. Karimova prepare a detailed business plan for CCBU. Ms. Karimova then instructed me to prepare the CCBU business plan. She reviewed the plan and transmitted it to Mr. Bozer through Deputy Foreign Minister Safaev, who was the primary liaison between Coca-Cola and Ms. Karimova.

37. Shortly after this meeting, Ms. Karimova decided not to use Revi Holdings as a vehicle for controlling ROZ's interest in CCBU. By this time, it was well-known that Ms. Karimova had used Revi Holdings to acquire Uzdonrobita. She was concerned that the illegal tactics used to steal Uzdonrobita would be discovered if Revi were linked to her takeover of CCBU. At Ms. Karimova's request, Brian Bowen and I created a new company, called United International Group, for the purpose of taking over ROZ's interest in CCBU.

38. During a subsequent meeting in the beginning or middle of 2002, Ahmet Bozer and Gulnora Karimova met face-to-face in Tashkent to discuss plans for Ms. Karimova to

11

take control of CCBU. After the meeting, Ms. Karimova told me that she promised her assistance to Mr. Bozer and that Coca-Cola proposed that Ms. Karimova exercise full control over CCBU through a management agreement, instead of via direct ownership.

39. Ms. Karimova informed me that she was very interested in formalizing this management agreement. Ms. Karimova and Coca-Cola, usually communicating through Deputy Foreign Minister Safaev, negotiated the general terms of a management contract, which Coca-Cola drafted and transmitted to Ms. Karimova.[2] Coca-Cola's draft management agreement gave Ms. Karimova full control over CCBU.

40. Ms. Karimova forwarded Coca-Cola's draft management agreement to me and requested my feedback, which I provided to her. Ultimately, Ms. Karimova wrote comments about Coca-Cola's draft management agreement.[3] These comments were provided to Ahmet Bozer through Deputy Foreign Minister Safaev.

41. I cannot recall whether Ms. Karimova actually signed the management agreement. Regardless, she began exercising total control over CCBU through Irina Avtaikina, the legal advisor and senior assistant to CCBU's general manager. I was part of several conversations with potential CCBU managers, and I told them that they would have to comply with Irina Avtaikina's wishes. If CCBU employees did not follow Irina Avtaikina's directions (which came directly from Ms. Karimova), Ms. Karimova would have them fired. At Ms. Karimova's direction, I met with Hans Adlung before he was hired as CCBU's general manager. Ms. Karimova instructed me to tell Mr. Adlung that he was working for her and that he must cooperate with Irina Avtaikina. Mr. Adlung

---

[2]    See Attachment B (Draft management agreement).

[3]    See Attachment C (Mr. Karimova's comments about the draft management agreement).

agreed to this arrangement. Coca-Cola was aware that Mr. Adlung was representing the wishes of Ms. Karimova.

42. In early 2003, Ms. Karimova met with Cem Kozlu, another senior Coca-Cola official, at the World Economic Forum in Davos, Switzerland. Ms. Karimova reported that Mr. Kozlu was entirely supportive of Ms. Karimova's takeover of ROZ's interest in CCBU. She told me that Mr. Kozlu had said that she should have taken control of CCBU long ago. According to Ms. Karimova, Mr. Kozlu also indicated that Coca-Cola would work with her to replace ROZ's interest in CCBU.

43. I am aware of several other meetings and telephone conversations between Ms. Karimova and Coca-Cola. For example, Susan Eisenhower, representing Coca-Cola, met with Ms. Karimova about CCBU. Deputy Foreign Minister Safaev spoke very highly of Ms. Eisenhower and encouraged Ms. Karimova to meet with her. Before this meeting, Ms. Karimova told me how excited she was to be meeting with the granddaughter of United States President Dwight Eisenhower. I also recall Ms. Karimova telling me that Ms. Eisenhower had traveled to Uzbekistan to negotiate on behalf of Coca-Cola regarding CCBU.

44. In early 2003, Ms. Karimova instructed Coca-Cola, most likely through Deputy Foreign Minister Safaev, to send a letter confirming that it was loyal to her. She requested this letter to protect herself in the event that Coca-Cola later turned against her and joined forces with ROZ. Ms. Karimova received a draft of Coca-Cola's letter. She personally reviewed the letter and found it unsatisfactory. She then prepared handwritten comments and ordered me to convey those remarks to Coca-Cola through Deputy Foreign Minister

13

Safaev.[4] Ms. Karimova's specific comments were written in English, because she wanted to ensure that Coca-Cola used the precise language she desired. In subsequent comments, Ms. Karimova asked Coca-Cola to condemn ROZ and its actions using stronger language than it had previously. Coca-Cola complied with Ms. Karimova's wishes.

45. Even before Ms. Karimova formally owned the majority interest in CCBU, she understood that she could exercise complete ownership or control whenever she desired. Ms. Karimova wanted to sell CCBU to a company outside of Uzbekistan for a quick profit. Because she recognized that she could formalize her ownership at any time, Ms. Karimova and I begin meeting with companies and individuals that were interested in purchasing CCBU.

46. Ms. Karimova instructed me to meet with a potential investor in the United Arab Emirates. This investor already owned substantial Pepsi operations in the Middle East. At this meeting, I gave a presentation about CCBU.[5] Because the investor already owned Pepsi bottling facilities in the region and he was aggressively trying to enter the Uzbek market, this investor made a counteroffer and proposed to buy the CCBU infrastructure and convert it to a Pepsi operation.[6] Coca-Cola officials were particularly eager to please Ms. Karimova because they were concerned that she might allow Pepsi to do business in Uzbekistan.

---

[4]    *See* Attachment E (Ms. Karimova's handwritten feedback about Coca-Cola's draft letter).

[5]    *See* Attachment I (CCBU presentation).

[6]    *See* Attachment J (Counteroffer to buy CCBU and convert it to a Pepsi facility).

**Gulnora Karimova's Looting of CCBU and ROZ**

47. While Ms. Karimova was formalizing her control over CCBU, she used her influence and power to enrich herself.

48. In September 2001, Ms. Karimova began exerting control over personnel decisions at CCBU. She exercised this control through Irina Avtaikina, with whom she spoke multiple times each day.

49. In late 2001, Ms. Karimova ordered several Uzbek officials to seize vehicles, money, and other assets from CCBU and ROZ. She treated these items as her own personal property. She even ordered her security guards to confiscate and sell items from the Maqsudi relatives whom she had imprisoned or expelled from Uzbekistan.

50. Ms. Karimova used her control to loot CCBU. Coca-Cola had agreed to let Ms. Karimova supply all of the required raw materials to CCBU. Ms. Karimova directed that CCBU purchase sugar and other raw materials from her companies at inflated prices. Not only were the prices inflated, but the payment terms were extremely favorable to Ms. Karimova. In many cases, Ms. Karimova required CCBU to prepay for goods before they were shipped. It is my belief that Coca-Cola knew that Ms. Karimova was selling these raw materials to CCBU at inflated prices and that it was aware of the unusually favorable payment terms. Coca-Cola is very familiar with prices for commodities, such as sugar, and the company must have known that CCBU was paying above market prices and agreeing to uncommon payment terms when it purchased items from Ms. Karimova's companies.

51. Whenever CCBU sent money to Ms. Karimova and her companies, I witnessed her engage in a series of deposits and withdrawals – undertaken for the purpose of making

the transactions look legitimate.  After these rapid deposits and withdrawals, this money

was deposited into Ms. Karimova's personal bank accounts.

52. Ms. Karimova also arranged for CCBU to enter into other types of contracts with her

companies.  For example, at Ms. Karimova's direction, I had previously started a

magazine called Bellaterra.  She required CCBU to place frequent and expensive

advertisements in this magazine.  Coca-Cola was aware of these transactions.

53. Ms. Karimova, through Irina Avtaikina, arranged for CCBU to contract with OA Stores,

one of Ms. Karimova's companies, to perform lucrative consulting and advertising

services.  Although CCBU sent substantial amounts of money to OA Stores, CCBU

received no services.  The sole purpose of these transactions was the enrichment of Ms.

Karimova.  Because Coca-Cola was involved in all aspects of CCBU, it must have known

about the hollowness of these transactions.  On a regular basis, Coca-Cola contacted Ms.

Karimova (likely through Ms. Avtaikina) to request her urgent assistance with converting

Uzbek currency into U.S. dollars.  Ms. Karimova told Coca-Cola to pay OA Stores before

she would offer any assistance.  Coca-Cola made sure that Ms. Karimova's company

received payment, and in return, Ms. Karimova assisted with the currency conversion for

CCBU.

**My Departure from Uzbekistan**

54. It was never my desire to work for Ms. Karimova.  I was drafted into the position and had

to accept it or else my family members would have been in danger.  I wanted to quit but

knew that this was not realistic, because it would have put my family at risk.

55. I found Ms. Karimova's tactics to be repulsive.  However, nothing prepared me for what

happened in early 2003, when Ms. Karimova ordered her security forces to murder

16

Mansur Maqsudi during one of his trips outside of the United States. She issued this order in front of several Uzbek government officials, as well as her two children, whose father she was trying to kill. As soon as I became aware of this plan, I knew I had to escape. I knew that she would not let me go freely. In fact, Ms. Karimova had placed one of her former senior managers in prison when he had tried to leave. In February 2003, I began to make secret arrangements for me and my family to flee Uzbekistan and settle in the United States.

56. Before fleeing Uzbekistan, I took some of Ms. Karimova's financial papers, so that I had proof of some of her illegal activities.

57. After many grueling months of working as Ms. Karimova's confidant, I decided to leave Uzbekistan. In April 2003, my family and I flew to the United States.

58. After I arrived in the United States, the United States government granted my application for political asylum. The United States government agreed that I would face persecution – or worse – if I were to return to Uzbekistan.

I declare under penalty of perjury that the foregoing is true and correct.

Dec. 07 - 07
_____
Date

_____
Farhod Inogambaev