# EXHIBIT 10

**inlingua**

Translation #SU2457

REPUBLIC OF UZBEKISTAN

STATE PROPERTY AND PRIVATIZATION
MANAGEMENT COMMITTEE
City of Tashkent

## DIRECTIVE
№ 545k – PR of August 25th, 1993

Having reviewed the request of Concern "Uzpisheprom" (outgoing No. 3-15a-271 of 06/14/1993) for a permit to create a joint enterprise with the firms "Coca-Cola Export Corporation" (USA) and "ROZ Trading Ltd." (Great Britain) in the city of Tashkent, as well as the submitted texts of "Agreement," "Charter," and "Business Plan,"

I HEREBY ORDER:

1. To allow Concern "Uzpisheprom" to create the joint enterprise in the City of Tashkent, as per the submitted "Agreement," "Charter," and "Business Plan."

2. To provide Concern "Uzpisheprom," in the person of its Chairman, N. I. Khamidov, the right to act in the capacity of a founder of a joint enterprise "Coca-Cola Ichimligi Toshkent Cheklangan Masuliyat," the juridical/organizational type of which is to be a Limited Liability Partnership.

3. To delegate to Concern "Uzpisheprom" the right to own, use, and manage the state-owned property transferred to the Charter Capital of the joint enterprise, as per the charter documents.

4. To set the share of the state-own property transferred by the Uzbek side to the Charter Capital of the joint enterprise at 1,667,012, 000.00 rubles, or $1,769,000.00.

5. Concern "Uzpisheprom" is to:
   Take administrative measures to ensure safety of the property of the Republic of Uzbekistan transferred to the Charter Capital of the joint enterprise.
   Ensure introduction of additions and clarifications into the Charter documents of the joint enterprise, and their signage with consideration of the introduced changes.

6. In the event of an ownership dispute involving the share of the state-owned property transferred by the Uzbek side, Goskomimushestvo of the Republic of Uzbekistan shall ensure resolution of the said dispute, pursuant to local laws and international statutes.

7. Upon a change in the share of the state-owned property in the Charter Capital, Concern "Uzpisheprom" is to inform Goskomimushestvo of the Republic of Uzbekistan of such a change.

( ) inlingua

8. In the event of liquidation of the joint enterprise and alienation of the state-owned share of property in accordance with the terms set forth in the Charter documents, Goskomimushestvo of the Republic of Uzbekistan shall make the decision pertaining to alienation of the state-owned property.
9. A copy of this Directive is to be forwarded to Concern "Uzpisheprom" for execution, and to the firms "Coca-Cola Export Corporation" and "ROZ Trading Ltd." For informational purposes.
10. G. A. Makhmudov, Department head of VES and SR, shall be responsible for execution of this directive.

Chairman       [signature]       Sh. Gafurov

[Round inked stamp affixed]
HUMAN RESOURCES

[Words written in]
This copy is correct   [signature]

| ЎЗБЕКИСТОН РЕСПУБЛИКАСИ ДАВЛАТ МУЛКИНИ БОШҚАРИШ ВА ХУСУСИЙЛАШТИРИШ ҚЎМИТАСИ Тошкент ш. | РЕСПУБЛИКА УЗБЕКИСТАН КОМИТЕТ ПО УПРАВЛЕНИЮ ГОСУДАРСТВЕННЫМ ИМУЩЕСТВОМ И ПРИВАТИЗАЦИИ г. Ташкент |
|---|---|

# БУЙРУҚ    ПРИКАЗ

25 августа 1993 г.    № 545к-ПР    19___ г.

Рассмотрев обращение концерна "Узпищепром" (исх.N 3-15а-271 от 14.06.93 г.) о разрешении на создание Совместного предприятия с фирмами "Кока-Кола Экспорт Корпорейшн" (США) и "РОЗ Трейдинг Лтд." (Великобритания) в г.Ташкенте, а также представленные "Соглашение", "Устав" и "Бизнес-план",

П Р И К А З Ы В А Ю :

1. Разрешить концерну "Узпищепром" создать в г.Ташкенте совместное предприятие в соответствии с представленными "Соглашением", "Уставом" и "Бизнес-планом".

2. Предоставить концерну "Узпищепром" в лице его Председателя Хамидова Н.И. право выступить учредителем совместного предприятия "Кока-Кола ичимлиги Тошкент чекланган масулият" с организационно-правовой формой – товарищество с ограниченной ответственностью.

3. Делегировать концерну "Узпищепром" право владения, пользования и управления государственным имуществом, переданным в Уставный Фонд совместного предприятия согласно учредительных документов.

4. Определить долю государственного имущества, вносимого Узбекской стороной в Уставный Фонд совместного предприятия в сумме 1 677 012 000 рублей или 1 769 000 долларов США.

5. Концерну "Узпищепром":

обеспечить контроль за сохранностью переданного в Уставный Фонд совместного предприятия имущества Республики Узбекистан;

обеспечить внесение дополнений и уточнений в Учредительные документы совместного предприятия и подписание их с учетом внесенных изменений.

2

6. В случае возникновения имущественных споров в отношении доли государственного имущества, внесенной Узбекской стороной, Госкомимущество Республики Узбекистан обеспечивает их урегулирование с учетом местного законодательства и норм международного права.

7. Концерну "Узпищепром" при изменении доли государственного имущества в Уставном Фонде представлять информацию в Госкомимущество Республики Узбекистан.

8. При возникновении вопросов о ликвидации совместного предприятия и отчуждении государственной доли имущества в соответствии с нормами, определенными учредительными документами, решение в отношении государственного имущества принимается Госкомимуществом Республики Узбекистан.

9. Копию данного приказа направить в концерн "Узпищепром" для исполнения и фирмам "Кока-Кола Экспорт Корпорейшн" и "РОЗ Трейдинг Лтд." - для сведения.

10. Контроль за исполнением данного приказа возложить на зав. отделом ВЭС и СР Махмудову Г.А.

Председатель                    Ш. Гафуров