# EXHIBIT 12



**inlingua**

**Translation #SU2518B**

REPUBLIC OF UZBEKISTAN

STATE COMMITTEE ON PROPERTY MANAGEMENT AND SUPPORT OF ENTREPRENEURSHIP

DIRECTIVE

City of Tashkent
*December 31st, 1997*                                                                          № *242 k-PR*

Re: resolution of a motion to increase the amount of charter capital of a joint Uzbek-American enterprise / limited liability partnership "Coca-Cola ichimligi Toshkent LTD" and sale of a part of state-owned share in the joint enterprise

   Having reviewed the petition of the firm "ROZ Trading LTD" of 07/30/1997, the petition of the association "Pischeprom" of the Republic of Uzbekistan № 6/10-182 of 09/04/1997, and pursuant to the minutes of the meetings of founders of 06/04/1995, 01/30/1996, and 12/23/1996, and to the directive № 04/23-93 of 10/14/1997 of M. Usmanov, Deputy Prime Minister of the Republic of Uzbekistan aimed to attract foreign investments into the economy of the Republic of Uzbekistan,

IT IS HEREBY ORDERED:

1. To agree to increase the charter capital of the joint Uzbek-American enterprise "Coca-Cola ichimligi Toshkent LTD," a limited liability partnership, as per the minutes of a general meeting of shareholders of the enterprise "Coca-Cola ichimligi Toshkent LTD" of 04/06/1995, 01/30/1996, and 12/23/1996, to $14,807,000.00.
2. To consider the following:
- The share of the association "Pischeprom" in the charter capital of the enterprise is determined in the amount of 11.947% of the charter capital;
- The share of the firm "ROZ Trading" in the charter capital of the enterprise is determined in the amount of 55.055% of the charter capital;
- The share of the corporation "Coca-Cola Export Corporation" in the charter capital of the enterprise is determined in the amount of 32.998% of the charter capital.
3. To sell a part of the state-owned share in the charter capital of JE "Coca-Cola ichimligi Toshkent LTD," i.e. 9.947% of the charter capital, to "ROZ TRADING LTD UZBEKISTAN," the branch establishment of the company "ROZ Trading LTD," a juridical person that is registered and operates in accordance with the laws of the Republic of Uzbekistan, in the amount of $7,658,830.00 (seven million six hundred and fifty eight thousand eight hundred and thirty US dollars), and to note that the payment is to be done in the national currency of the Republic of Uzbekistan at

inlingua

the conversion rate established by the Central Bank of the Republic of Uzbekistan at the time of payment, to the following checking accounts:
- 94.5% of the sum – to the checking account № 21506000500100004001 of Goskomimuschestvo of the republic of Uzbekistan, at MFO of the Main Directorate of the Central Bank of the Republic of Uzbekistan;
- 5.5% of the sum – to the checking account № 20204000400600289001 of Goskomimuschestvo of the Republic of Uzbekistan, MFO 00450 at the VAD National Bank of the Republic of Uzbekistan.

4. To the VAS Department of Goskomimuschestvo of the Republic of Uzbekistan to prepare, within one week, an agreement of purchase and sale of a part of the state share in the joint enterprise.

5. To issue to the branch establishment "ROZ TRADING LTD UZBEKISTAN," upon receipt of all monetary funds reflected in the agreement, a state order confirming the right of ownership for 9.946% of the charter capital of JE "Coca-Cola ichimligi Toshkent LTD."

6. To note that, following the sale of the state-owned share in the amount of 9.947% to a co-founder, the distribution of shares in the charter capital of the JE shall be as follows:
- The share of the association "Pischeprom" – 2% of the charter capital;
- The share of the firm "ROZ Trading LTD" – 65.002% of the charter capital;
- The share of the corporation "Coca-Cola Export Corporation" in the charter capital of the joint enterprise is established in the amount of 32.998% of the charter capital.

7. To confer to the association "Pischeprom" the rights of use and management of the state-owned share in the charter capital of the joint enterprise "Coca-Cola ichimligi Toshkent LTD."

8. Association "Pischeprom" is to:
- Introduce appropriate changes into charter documents of the joint enterprise;
- Enter, upon JE's re-registration at the Ministry of Justice, into agreements pertaining to transfer and conceded to management of the state-owned share in the charter capital of the joint enterprise;
- Provide the Ministry of Finance, in an obligatory and duly fashion, information about use of dividends paid on the state-owned share in the joint enterprise;
- Take measures aimed at increasing the JE's charter capital in the course of its operation;
- Provide, on a quarterly basis, information to Goskomimuschestvo of the Republic of Uzbekistan about the state of the state-owned share in the joint enterprise;
- Execute control, in a due fashion, of shipment schedule adherence, technical condition, and cost of equipment supplied by the foreign partner.

8. Property disputes related to the state-owned share paid by the Uzbek side are to be handled by Goskomimuschestvo of the Republic of Uzbekistan according to the laws of the Republic of Uzbekistan currently in force.

9. In the event of emergence of questions related to liquidation and re-organization of the joint enterprise in agreement with the norms outlaid in the charter documents,

**inlingua**

decisions pertaining to the share owned by the Republic of Uzbekistan are to be made by Goskomimuschestvo of the Republic of Uzbekistan.

10. A copy of this directive is to be forwarded to Association "Pischeprom" – for execution and subsequent distribution to the founders, to the Ministry of Justice of the Republic of Uzbekistan – for review of the question of re-registration of the joint enterprise in a due fashion, and to the Directorate of the Ministry of Finance for control of payment and use of dividends paid on state-owned property by economic entities, to the Directorate of registering sales of real estate objects being privatized, and to the NIIURR expert centre of property appraisal, technical equipment, and preparation of investment projects – for informational purposes.

11. To charge B. Kholmuchamedov, Deputy Chair of the association "Pischeprom," with execution of this directive.

12. To charge T. Kh. Rakhimov, VAS Department Head at Goskomimuschestvo, with control of execution of this directive.


Deputy Chair                    [signature]        M. Mirsaatov

[Words written in]
This copy is correct: [signature]



ЎЗБЕКИСТОН РЕСПУБЛИКАСИ
ДАВЛАТ МУЛКИНИ БОШҚАРИШ ВА ТАДБИРКОРЛИКНИ
ҚЎЛЛАБ - ҚУВВАТЛАШ ДАВЛАТ ҚЎМИТАСИ

*Республика Узбекистан*
*Государственный Комитет управления имуществом и поддержки предприятий + Госкомпроект*

## БУЙРУҚ   ПРИКАЗ

Тошкент шахри  г. Ташкент
"31" Декабрь 1997 й   № 242 к-ПР

О согласовании вопроса увеличения размера уставного фонда совместного узбекско-американского предприятия в форме общества с ограниченной ответственностью «Кока-Кола ичимлиги Тошкент ЛТД» и реализации части государственной доли в совместном предприятии

*4.09.97*

Рассмотрев обращения фирмы «ROZ TRADING LTD» от 30.07.97 г., ассоциации «Пищепром» Республики Узбекистан от 1.09.97 г. № 6/10-182, на основании протоколов общего собрания учредителей от 6.04.95 г., 30.01.96 г. и 23.12.96 г., поручения Заместителя Премьер-Министра Республики Узбекистан Усманова М. от 14.10.97 г. № 04/23-93, в целях привлечения иностранных инвестиций в экономику Республики Узбекистан

*6.04.95*

ПРИКАЗЫВАЮ:

1. Согласиться с увеличением уставного фонда совместного узбекско-американского предприятия «Кока-Кола ичимлиги Тошкент ЛТД» в форме общества с ограниченной ответственностью, на основании протоколов общего собрания участников совместного предприятия «Кока-Кола ичимлиги Тошкент ЛТД» от 6.04.95 г., 30.01.96 г. и 23.12.96 г., до 14,807,000 (четырнадцать миллионов восемьсот семь тысяч) долл. США.

*14,807,000.00*

2. Принять к сведению, что:

- доля ассоциации «Пищепром» в уставном фонде совместного предприятия определена в размере 11,947 % от уставного фонда;

- доля фирма «РОЗ трейдинг» в уставном фонде совместного предприятия определена в размере 55,055 % от уставного фонда;

- доля корпорации «Кока-Кола Экспорт Корпорейшн» в уставном фонде совместного предприятия определена в размере 32,998 % от уставного фонда.

3. Реализовать часть государственной доли в уставном фонде СП «Кока-Кола ичимлиги Тошкент ЛТД» в размере 9,947 % от уставного фонда дочернему предприятию компании «ROZ TRADING LTD», являющемуся юридическим лицом

*копия верна:* [signature]

зарегистрированным и действующим по законодательству Республики Узбекистан, «РОЗ ТРЕЙДИНГ ЛТД УЗБЕКИСТАН» на сумму 7,658,830.00 (семь миллионов шестьсот пятьдесят восемь тысяч восемьсот тридцать) долл. США при этом учесть, что оплата будет производится в Национальной валюте Республики Узбекистан по курсу, установленному Центральным банком Республики Узбекистан на момент выплат, на следующие расчетные счета:

- 94.5 % средств - на расчетный счет Госкомимущества РУ № 21506000500100004001 в МФО Главного управления Центрального банка Республики Узбекистан;

- 5.5.% средств на расчетный счет Госкомимущества Республики Узбекистан № 20204000400600289001 МФО 00450 в Национальном банке ВЭД Республика Узбекистан.

4. Департаменту ВЭС Госкомимущества Республики Узбекистан в недельный срок подготовить договор купли-продажи части государственной доли в совместном предприятии.

5. Выдать дочернему предприятию «РОЗ ТРЕЙДИНГ ЛТД УЗБЕКИСТАН» государственный ордер, удостоверяющий право собственности на 9.946 % в уставном фонде СП «Кока-Кола ичимлиги Тошкент Лтд», после поступления всех денежных средств, отраженных в договоре.

6. Принять к сведению, что после реализации государственной доли в размере 9.947 % соучредителю, распределения долей в уставном фонде СП будет составлять:

- доля ассоциации «Пищепром» - 2 % от уставного фонда;

- доля фирмы «РОЗ Трейдинг ЛТД» - 65.002 % от уставного фонда;

- доля корпорации «Кока-Кола Экспорт Корпорейшн» в уставном фонде совместного предприятия определена в размере 32,998 % от уставного фонда.

7. Делегировать права пользования и управления государственной долей в уставном фонде совместного предприятия «Кока-Кола ичимлиги Тошкент ЛТД» ассоциации «Пищепром».

8. Ассоциации «Пищепром»:

- внести соответствующие изменения в учредительные документы совместного предприятия;

- после перерегистрации СП в Министерстве юстиции заключить договора о передаче в доверительное управление государственной доли в уставном фонде совместного предприятия;

- в обязательном порядке представлять в Министерство финансов информацию об использовании дивидендов по государственной доле в совместном предприятии в установленном порядке;

- принимать меры по увеличению уставного фонда СП в ходе его хозяйственной деятельности;

- ежеквартально представлять информацию в Госкомимущество Республики Узбекистан о состоянии государственной доли в совместном предприятии;

копия верна [подпись]

- в установленном порядке вести контроль за сроком поставки, техническим состоянием и стоимостью оборудования, поставляемого иностранным партнером.

8. Имущественные споры в отношении доли государства, внесенной Узбекской стороной, Госкомимущество Республики Узбекистан урегулирует в соответствии с действующим законодательством Республики Узбекистан.

9. При возникновении вопросов ликвидации и реорганизации совместного предприятия в соответствии с нормами, определенными учредительными документами, решение в отношении государственной доли Республики Узбекистан принимается Госкомимуществом Республики Узбекистан.

10. Копию настоящего приказа направить в Ассоциацию «Пищепром» - для исполнения с последующим ознакомлением учредителей, в Министерство Юстиции Республики Узбекистан - для рассмотрения вопроса перерегистрации совместного предприятия в установленном порядке, а также Управлению по контролю за начислением и использованием хозяйствующими субъектами дивидендов по государственной доле имущества при министерстве финансов, Управлению учета реализации приватизируемых объектов недвижимости и экспертному центру по оценке имущества, техническому оснащению и подготовке инвестиционных проектов НИИУРР - к сведению.

11. Исполнение настоящего приказа поручить Заместителю Председателя ассоциации «Пищепром» Холмухамедову Б..

12. Контроль за исполнением настоящего приказа возложить на начальника департамента ВЭС Госкомимущества Республики Узбекистан Рахимова Т.Х.

Заместитель Председателя                           М. Мирсаатов.