# EXHIBIT 14

# inlingua

## AFFIDAVIT OF ACCURACY

(STATE OF NEW JERSEY)
) ss:
(COUNTY OF UNION )

THIS IS TO CERTIFY THAT THE ATTACHED TRANSLATION NUMBER SU2852 IS AN ACCURATE, TRUE AND COMPLETE RENDITION FROM RUSSIAN INTO ENGLISH OF A DECISION AND REPORT, PERTAINING TO ROZ TRADING GROUP LTD, ISSUED BY THE OKAPPBUL OF THE GENERAL TAX INSPECTORATE IN THE CHILANZARSKY DISTRICT OF THE CITY OF TASHKENT, ON MARCH 28, 2001 AND THAT THIS IS A TRUE COPY OF THE ORIGINAL, WITH NOTHING ADDED OR AMENDED, TO THE BEST OF MY KNOWLEDGE AND BELIEF,

inlingua TRANSLATION SERVICE

*Erica M. Alicea*

Erica M. Alicea
Translation Coordinator

SUBSCRIBED AND SWORN BEFORE ME
THIS 6th DAY OF March 2005.

*Susan L. Baldani*

SUSAN LYNN BALDANI
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/21/2008

95 SUMMIT AVENUE, SUMMIT, NEW JERSEY 07901 • TEL (908) 522-0622 • FAX (908) 522-1433
summit@inlingua.com • www.inlinguaNorthNJ.com

CROSSING LANGUAGE BARRIERS

# REPORT
## Of an audit of correctness of calculation and payment of taxes
## And obligatory budget payments for 1999
## By Foreign Enterprise "ROZ Trading LTD"
## INN 200798093

March 28th, 2001                                                                                              City of Tashkent

[Sentence written in]
2000 [remainder of the sentence illegible]

We, R. V. Vakhabov, head of the NPEE sector, and Z. U. Musaeva, an inspector, both of OKAPPBUL of the General Tax Inspectorate in the Chilanzarsky district of the city of Tashkent, conducted an audit of FE "ROZ Trading LTD" on the subject of correctness of calculation and payment of taxes and obligatory budget allocations for the period from 01/01 until 12/31 of 1999, pursuant to the audit plan for the 1st quarter of 2001 approved by the Republican Council for Coordination of Auditing Organizations, and the directive № 92 of the First Deputy Head of the General Tax Inspectorate in the Chilanzarsky district of the city of Tashkent of **03/19/2001**.

**Bakhodir Yulchibayev**, the enterprise's Deputy General Manager, was aware of the audit, which was conducted in the presence of **Mark Landalay McDonald**, the enterprise's Chief Accountant (financial comptroller).

The audit began on 03/20/2001 and was concluded on 03/28/2001.

During the period under audit, the enterprise's President was **Mansur Maksudi**, US citizen, and the duties of a General Manager were performed by:

**Richard Black**, directive of appointment № 77-k of 03/20/98, directive of termination № 349 of 10/04/99;

**Louis Beckwith**, directive of appointment № 349 of 10/04/99, directive of termination № 5-k of 01/08/01;

At the time of audit, General Manager's duties were performed by **Bakhodir Yulchibayev**, the enterprise's Deputy General Manager, directive of appointment № 314-k of 09/21/98.

During the period under audit, the position of Chief Accountant was occupied by **Lachotiya Zhioti Prakash**, directive of appointment № 271-k of 09/25/97, directive of termination № 17-k of 02/01/01. At the time of audit, the enterprise's General Manager is **Mark Landalay McDonald**, pursuant to directive of appointment № 17-k of 02/01/01.

From the presented documents, the following was established:

Foreign Enterprise "ROZ Trading LTD" underwent state registration at the Ministry of Finance of the Republic of Uzbekistan, certificate № 13-02-5/422 of 05/17/1993, and was entered into the state registry of enterprises under № IP-28 on 05/17/1993.

According to the charter, the founders of the enterprise are:
Firm "ROZ Trading LTD" (Cayman Islands, the isle of Grand Cayman, Elisabeth Square, p/o Box 847);
Makhnaz Maksudi, US citizen;
Mansur Maksudi, US citizen.

According to the approved charter, the enterprise's charter capital was established in the amount of $500,000.00 and, as per the report of a prior audit (№ 539 of 09/20/1999), **is fully established**.

The prior taxation authority audit of the enterprise was conducted on 09/20/1999 by F. K. Muradov and R. V. Vakhabov, employees of the General Tax Inspectorate in the Chilanzarsky district; no violations were revealed.

Legal address: city of Tashkent, Chilanzarsky district, Katartal St., 60.

At the time of audit, the office of the enterprise is located in the Sergeliysky district of Tashkent, complex "Stroyitel," Super Wholesale market, and, because of this, the enterprise should re-register at MURUz with a change of legal address according to the principle of territorial concordance.

The major areas of activity are:
- assistance and procurement of services related to import and export of goods, on commercial and commission basis;
- conductance, in the Republic of Uzbekistan and abroad, on service contract basis, of mediating operations, consulting, and other services of international economic, financial, and legal nature;
- development of new forms of international economic relations, including creation, in RU and abroad, of self governing or, initially, affiliates and divisions of representative offices, stock partnerships, affiliate enterprises, commercial banks, insurance companies, expeditor companies, and other companies in line with the enterprise's aims and tasks, and others.

The enterprise has the following accounts in the authorized banks:
At the Mirzo-Ulugbeksky branch of NB VED RU MFO 00895

| | |
|---|---|
| - current sum account | No. 20296000900670561001; |
| - current foreign currency account | No. 20296840800670561001; |
| - special account for currency conversion | No. 29801000500000895041; |
| - block-account for retail conversion | No. 29801000300000895042; |
| - special account for reserving funds for execution of the import contract | No. 22696000300670561001 |

At the Interbank Payment Center, MFO 00450

| | |
|---|---|
| - securities account | No. 01,22608000900670561001 |

At ABN AMRO Bank, MFO 00831

| | |
|---|---|
| - current sum account | No. 20296000900670561001 |
| - block account | No. 998711206141 |

According to information provided on behalf of the enterprise's management, FE "Roz Trading LTD" did not open bank accounts in other countries.

Ministry of External Economic Relations of the republic of Uzbekistan issued a certificate of a participant in external economic activity No. IP-A/587 of 07.01.1993 with extensions up to 11.01.2000.

The enterprise holds a license to the right of priority conversion issued by the RU Central bank, under No. 000135 of 04.30.1997.

The enterprise has the following trade locations:

In the city of Tashkent: Chilanzarsky district, Karatal St., 60 – certificate/permit to conduct retail operations No. 008363 153/08 of 01.05.1998, issued by Chilanzarsky Trade Department with an extended period of validity until 12.31.2000. (KKM Samsung 4615 ER No. B5A980900072, registered at STI of Chilanzarsky district No. 2313 on 07.29.99; presently, this location is not used for retail operations, and rent payments from private entities/renters are debited through the above KKM).

City of Tashkent, Sergeliysky district, complex "Stroyitel," Super Wholesale market – permit/certificate to conduct retail operations issued by the Trade department of the Sergeliysky district of Tashkent under No. 732 of 10.03.2000, valid until 10.03.2001 (KKM Samsung 4615 ER No. B5A980900112, registered at STI of Sergeliysky district No. 162 10.03.2000).

In the city of Samarkand: Trudovaya St., 4 – license to perform retail operations under No. 0491 of 09.01.1998, valid until 03.31.1999 – issued by the Khakimiyat of Samarkand and Temiryulsky district No. 14 of 04.01.1999; at the present time, this location is frozen and not used for retail operations.

In the city of Andizhan: Proektnaya St., 26 – license certificate issued by the Khakimiyat of Andizhan No. 03/114 of 01.08.1999, valid until 04.08.2000; at the present time, this location is frozen and not used for retail operations.

Within the audited period, an inspection was conducted at the enterprise, as well as an analysis of financial documentation, by the auditor firm OOO Audit Partner (MFRU license No. 314 of 04.09.1997).

Accounting at the enterprise is conducted on a computer.

FE "Roz Trading LTD" conducted, throughout the year 1999, retail sales of imported goods (the report of interim audit of correctness of execution of importation contract and performance of conversion, conducted by an employee in the sector "control of currency operations," D. Sayduvaliyeva, is attached) and was a payer of the following taxes and obligatory budget allocations:
1. income tax
2. value added tax
3. income tax from workers and employees
4. betterment collections
5. ecology tax
6. land tax
7. water resource usage tax
8. obligatory allocations from FOT, allocations to the Pension fund.

The following taxed and allocations were not paid:
1. property tax, pursuant to the RU Statute of 02.15.1991 and the introduced changes of 08.30.1996 under No. 281-1 "About taxes from enterprises, conglomerates, and organizations," Article 35, par.1-k
2. mineral resources usage tax, due to absence of an object of taxation

3. social infrastructure development tax, pursuant to RU Statute "About guarantees of foreign investment" of 04.30.1997, Article 3
4. other payments – due to absence of an object of taxation.

Betterment fee collection

(In thousand soum)

|  | Parameters | Acc. to the payer's data | Acc. to the data of the audit | Deviation, +/- |
|---|---|---|---|---|
| 1. | Profit remaining under control of the enterprise | 291,047 | 292,270.7 | 1,223.7 |
| 2. | Collection rate | 2% | 2% | - |
| 3. | Collection amount | 5,821.0 | 5,845.4 | 24.4 |

As evident from the table, the payer under-calculated the sum of the betterment fee due in the amount of 24.4 thousand soum, due to incorrect determination of the net profit.

Value added tax

As evident from the table, an additional 61.7 thousand soum was assessed in 1999 following the results of the audit. Additional calculation was performed as follows.

The payer did not factor in the value added tax the value of major good sold for the sum of 369.9 thousand soum. According to the instruction registered by RU Ministry of Justice on 12.29.1997 under No. 383, chapter IV, par. 4.3., "For enterprises selling produced goods at prices lower than their factual worth, the price to be used for tax purposes is the price formed at the enterprise at the moment of sale, but no less than the factual expenditure on production (acquisition) of these goods." It is also pertinent to note that there exists a discrepancy in the taxed revenue (gains) between the calculations in Form-2 of the financial outcome and VAT calculation in the sum of 369.9 thousand soum; as was noted previously, the sum of loss from sale, upon tax calculation, is subject to value added tax.

Ecology tax

(In thousand soum)

|  | Parameters | Acc. to the payer's data | Acc. to the data of the audit | Deviation, +/- |
|---|---|---|---|---|
| 1. | Expenditures during the period | 830,348 | 830,491.2 | 143.2 |
| 2. | Tax rate | 1% | 1% | - |
| 3. | Tax amount | 8,303 | 8,304.9 | 1.9 |

As evident from the table, the payer under-calculated the ecology tax in the sum of 1.9 thousand soum. The discrepancies are due to incorrect determination of the taxable base for calculation of the ecology tax.

According to the results of the audit, the expenses within the period amounted to 1,301,836.7 thousand soum; the sums of the following taxes were excluded from the calculation:
- 5% tax on conversion – 132,276.9 thousand soum;

- Excise tax – 207,243.3 thousand soum;
- Water tax – 8.9 thousand soum;

In the course of the audit, the data from the balance accounts of the enterprise for 1999 were used, as well as the calculations submitted to STI of Chilanzarsky district for the corresponding period.

## FINANCIAL OUTCOME for the year 1999.

As evident from the table attached to the results of the audit, the proceeds from goods sold amounted to 5,065,616.0 thousand soum, VAT – 825,434.0 thousand soum, the cost of goods sold – 1,997,524 thousand soum, retail expenditures – 700,785.0 thousand soum, and administrative expenses – 345,589.0 thousand soum, which is in agreement with the results of the audit.

Other operational expenses – 255,489.7 thousand soum. The discrepancy with the audit data in the sum of 5,888.3 thousand soum formed as a result of incorrect attribution of sums of taxes calculated in the financial period. The payer elevated the sum of other operational expenses because of the following taxes:
- land tax – 447.0 thousand soum
- ecology tax – 3600.2 thousand soum
- road tax – 1841.1 thousand soum

The positive currency rate difference amounts to 943.0 thousand soum, and the negative difference – 749,177 thousand soum, which is in agreement with the results of the audit.

Other gains amounted to 111,114.0 thousand soum, and expenses – 4,804.1 thousand soum. Divergence in sums of "other expenses" between the FE data and the audit data in the amount of 369.9 thousand soum formed due to the fact that the payer introduced, in the financial outcome, the loss from sale of major goods into the section "gains from sales" and the section "cost of goods sold," and for the <u>second time</u>, into the section "other expenses." Thus, the financial outcome before payment of profit tax was lowered in the sum of 6,258.2 thousand soum.

Income tax

As evident from the table, the payer lowered the financial outcome before payment of profit tax in the sum of 6,258.2 thousand soum, due to incorrect determination of the financial outcome. Divergence in the sum of expenses re-included into the taxable base according to attachment No. 1, amounts to [sum illegible] thousand soum – the payer did not fully include the taxable FOT into the taxable base. Upon calculation of income tax, labor payment fund (FOT) is to be fully included into the taxable base.

Pursuant to current tax statutes, lowering of the taxable income amounts to 478,961.0 thousand soum, including:
- according to RU Tax Code, ch. 29 – GKO profits 107,490.2 thousand soum
- according to RU Tax Code, ch. 32 – expenses on investments amount to 371,471.0 thousand soum. The divergence in this parameter in the amount of 8,903.0 thousand soum emerged due to the fact that the payer incorrectly entered acquired furniture and materials as investment; further, there are no

documents confirming certain expenditures entered into the said divergence, namely written attestations of work performed.

Thus, based on the above divergences, the audit added the sum of 5,034.5 thousand soum to the amount of income tax.
- Land tax – 7,299.5 thousand soum;
- Customs tariffs – 95,062.9 thousand soum;
- Road tax – 21,176.9 thousand soum;
- Ecology tax – 8,304.9 thousand soum.

The interim audit of correctness of calculations and payment of taxes and fees for usage of natural resources, conducted by an employee of the sector "taxation for use of natural resources" T. V. Sokolova, is attached. (No discrepancies were found.)

### Income tax from workers and employees, obligatory allocations from FOT

During elective inspection of correctness of calculation and withholding of income tax from workers and employees, no violations were found; calculated and withheld income tax amounted to 95,054.9 thousand soum. Throughout 1999, 81 workers were retained at the enterprise on the part time basis, with filing of appropriate certificates at places of residence.

According to submitted documents, at the present time there are four foreign citizens working at the enterprise, all holding work permits issued by the Tashkent labor authority:
- Mark L. McDonald, 015793323 (Great Britain), term expires on 11.28.2001
- Muhammad Yusuf, OR 1914530 (Afghanistan), term extended until 05.04.2001
- Abdul Shukur Abdul Khamid, S 932369 (Pakistan), term expires on 05.04.2001
- Farid Choudry, A 436083 (Pakistan), tern extended until 07.04.2001

The interim audit of correctness of calculations and payment of obligatory allocations from FOT, conducted by an employee of the sector "control of obligatory allocations from FOT Yu. V. Vilkov, is attached.

Upon inspection of implementation of the Directives of the President No. UP-1154 of 05.12.1995 and the Decision of KM RU No. 404 of 09.22.1998, no violations were found. The sold goods are dispensed through the trade locations. At the time of inspection, no debtor or creditor indebtedness was revealed.

No violations were found during inspection of timeliness of salary payments.

### Payment discipline

No violations were found during inspection of payment discipline.

The sum of over-payment of taxes and obligatory budget allocations at the time of submission of the 1999 annual financial report amounted to, as of 02.22.2000, 106,938.4 thousand soum, and, as of the time of audit on 03.27.2000, 50,345.5 thousand soum.

In the course of the audit, the workers at the enterprise were orally informed that it is not permissible to use the available copying equipment for reproduction of extremist-leaning literature. In the case such facts are established, law enforcement authorities are to be informed.

## CONCLUSIONS:

1. The 1999 tax is re-calculated upward in the amount of 5,034.5 thousand soum;
2. The value added tax is re-calculated upward in the amount of 61.5 thousand soum;
3. The betterment fee is re-calculated upward in the amount of 24.4 thousand soum;
4. The ecology tax is re-calculated upward in the amount of 1.9 thousand soum.

**Total re-calculation as per the audit report: 5,122.3 thousand soum.**

The sum of over-payment of taxes and obligatory budget payments at the time of submission of the 1999 annual balance sheet amounted to the sum of **106,938.4** thousand soum, as of 02/22/2000.

In addition, the following was audited:
1. Allocations into the Pension Fund for the period ending on 12/31/2000. According to the intermediate report of 03/28/2001 of U. M. Vilkov, senior inspector of VPF sector of General Tax Inspectorate in the Chilanzarsky district, no violations were found.
2. Appropriateness of execution of export-import contracts and conversion of SKV proceeds from sales of imported goods until 12/31/2000. According to the intermediate report of D. Sayduvaliyeva, Senior State Tax Inspector, no violations were found.
3. Calculation of land tax, tax for usage of water resources, and the fee for disposal of pollutants into the environment for the period until 12/31/2000. According to the intermediate report of T. V. Sokolova, Chief State Tax Inspector, no violations were found.

A total of five copies of this report were prepared.

| | | |
|---|---|---|
| Head of Sector "Taxation of Enterprises with foreign investments" | [signature] | R. V. Vakhabov |
| Inspector | [signature] | Z. U. Musaeva |
| Deputy General Manager, FE "ROZ Trading LTD" | [signature] | B. Yulchibayev |
| Finance Manager, FE "ROZ Trading LTD" | [signature] | Mark L. McDonald |

FE "Roz Trading LTD"

Financial outcome     Year 1999                              in thousand soum

| No. | Parameters | As per the data of | | | | Difference |
|---|---|---|---|---|---|---|
| | | The payer | | The audit | | |
| | | income | expenses | income | expenses | |
| 1. | Proceeds from sales | 5,065,616 | - | 5,065,616 | | |
| 2. | VAT | | 825,434 | | 825,434 | |
| 3. | Net profit from sales | | | | | |
| 4. | Production cost of sold items, goods, services | | 1,997,524 | | 1,997,524 | |
| 5. | Gross financial outcome | 2,242,658 | | 2,242,658 | | |
| 6. | Expenditures on sales | | 700,785 | | 700,785 | |
| 7. | Administrative expenses | | 345,589 | | 345,589 | |
| 8. | Other operational expenses | 28,376 | 261,378 | 28,376 | 255,889.1 | 5,888.3 |
| 9. | Financial outcome from major business operations | 963,282 | | 969,170.3 | | |
| 10. | Dividends from affiliate and associated enterprises | | | | | |
| 11. | Other dividends received | | | | | |
| 12. | Other interest paid and rec'd | | | | | |
| 13. | Currency rate differences | 943 | 749,177 | 943 | 74,177 | |
| 14. | Other income and expenses from financial activities | 111,114.0 | 5,174 | 111,114.0 | 4,804.1 | 369.9 |
| 15. | Financial outcome from general operational profit | 320,988 | - | 327,246.2 | | 6,258.2 |
| 16. | Extraordinary profit and losses | | - | | - | |
| 17. | Financial outcome before payment of profit tax | 320,988 | | 327,246.2 | | 6,258.2 |
| 18. | Profit tax | | 29,941 | | 31,975.5 | 5,034.5 |
| 19. | Other taxes and payments | | 16,994 | | | |
| 20. | Net profit for the period | 274,053 | | | | |

Profit tax for the year 1999                                     in thousand soum

| No. | Parameters | As per the data of the payer | As per the data of the audit | Difference |
|---|---|---|---|---|
| 1. | Financial outcome before payment of profit tax | 320,988 | 327,246.2 | 6,258.2 |
| 2. | Expenses re-introduced into the taxable base as per attachment No. 1 | 466,281 | 504,169 | 37,888 |
| | as per attachment No. 3 | - | - | |
| 3. | Dividends (interest) from stock and other securities | - | - | |
| 4. | Taxable income (profit) pp. 1- 2.3 | 787,269 | 828,716.2 | 41,447.2 |
| 5. | Decrease in taxable income according to the current tax statutes | 487,864 | 478,961 | 8,903 |
| 6. | Taxable income, with factored-in privileges | 299,405 | 349,755.2 | 50,350 |
| 7. | Profit tax rate | 10% | 10% | - |
| 8. | The sum of profit tax to be paid | 29,941.0 | 349,75.5 | 5,034.5 |

1.     [signature]
2.     [signature]

# А К Т
проверки правильности начисления и уплаты налогов
и обязательных платежей в бюджет за период 1999 года
по Иностранному предприятию «РОЗ Трейдинг ЛТД»
ИНН 200798093

28 марта 2001 года                                                        г.Ташкент

Нами, сотрудниками ОКАППБЮЛ ГНИ Чиланзарского района г.Ташкента начальником сектора НПИИ Р.В.Вахабовым и инспектором З.У.Мусаевой согласно плана проверок на 1-квартал 2001 года, утвержденного Республиканским Советом по координации контролирующих органов, а так же приказа первого заместителя начальника ГНИ Чиланзарского района г.Ташкента за №92 т/б от 19.03.2001 года произведена проверка ИП «РОЗ Трейдинг ЛТД» по вопросу правильности начисления и уплаты налогов и обязательных платежей в бюджет за период с 01.01. по 31.12.1999 года.

Проверка произведена с ведома заместителя генерального менеджера предприятия Юльчибиева Баходира и в присутствии главного бухгалтера (финансового контролера) предприятия Марка Лендслей Макдональда.

Проверка начата 20.03.2001г. и окончена 28.03.2001г.

За проверяемый период президентом предприятия является Мансур Максуди, гражданин США и на должности Генерального менеджера работали:

- Ричард Блэк, приказ о назначении №77-k от 20.03.98г. и об увольнении №349 от 04.10.99г.
- Луис Беквис, приказ о назначении №349 от 04.10.99г., и об увольнении №5-k от 08.01.2001г.
- на момент проверки обязанности Генерального менеджера исполняет заместитель Генерального менеджера Юльчибаев Баходир, приказ о назначении №314-k от 21.09.98г.

На должности главного бухгалтера за проверяемый период работал Лахотня Жиоти Пракаш, приказ о назначении №271-k от 25.09.97г. и об увольнении №17-k от 01.02.2001г. На момент проверки главным бухгалтером является Марк Лендслей Макдональд согласно приказа №17-k от 01.02.2001г.

По представленным для проверки документам установлено:

Иностранное предприятие «РОЗ Трейдинг ЛТД» прошло государственную регистрацию в Министерстве Финансов Республики Узбекистан свидетельством №13-02-5/422 от 17.05.1993г. и внесено в государственный реестр предприятий за №ИП-28 от 17.05.93г.

Учредителями предприятия по уставу являются:

- фирма «РОЗ Трейдинг ЛТД» (Кайманские острова, остр.Большой Кайман, Элизабет сквес, п/я 847.);
- Махназ Максуди – гражданка США;
- Мансур Максуди – гражданин США

Уставный фонд предприятия, согласно утвержденного устава, установлен в размере 500.000 долларов США, - согласно предыдущего акта проверки (№539 от 20.09.1999г.) сформирован полностью.

Предыдущая проверка со стороны налоговых органов на предприятии произведена сотрудниками ГНИ Чиланзарского района Ф.К.Мурадовым и Р.В.Вахабовым 20.09.1999 года в ходе которой нарушений не установлено.

Юридический адрес: г.Ташкент, Чиланзарский район, ул.Катартал д.60.
На момент проверки офис предприятия дислоцируется в Сергелийском районе г.Ташкента массив Строитель, Супер оптовый базар, в связи с чем предприятию следует произвести перерегистрацию в МЮРУз с изменением юридического адреса по принципу территориальной принадлежности.

Основным предметом деятельности является:

- содействие и развитие на коммерческой или комиссионной основе услуг по экспорту и импорту товаров;
- осуществление на договорной основе в Республике Узбекистан и за границей посреднических операций, консультационных и иных услуг внешне-экономического, финансового и правового характера;
- развитие новых форм внешне-экономических связей, включая создание в РУз и за границей самостоятельного или на паевых началах филиалов, отделений представительств, акционерных обществ, дочерних предприятий, коммерческих банков, страховых, экспедиторских и других компаний, отвечающих целям и задачам деятельности фирмы и другие.

Предприятие имеет следующие счета в уполномоченных банках:
В *Мирзо-Улугбекском отделении НБ ВЭД РУз, МФО 00895*

| | |
|---|---|
| - текущий сумовой | № 20296000900670561001; |
| - текущий валютный | № 20296840800670561001; |
| - спец.счет по конвертации валюты | № 29801000500000895041; |
| - блок-счет по розничной конвертации | № 29801000300000895042 |
| - спец.счет по резервированию средств для исполнения импортного контракта | № 22696000300670561001 |

В *Межбанковском Расчетном Центре, МФО 00450*

| | |
|---|---|
| - счет по ценным бумагам | № 01,22608000900670561001 |

В *АБН АМРО Банке, МФО 00831*

| | |
|---|---|
| - текущий сумовой | № 20296000900670555561006 |
| - блок счет | № 998711206141 |

Согласно информации представленной со стороны руководства предприятия счетов в других государствах ИП «РОЗ Трейдинг ЛТД» не открывало.

Министерством Внешних Экономических Связей Республики Узбекистан выдано свидетельство участника внешне-экономической деятельности за №ИП-А/587 от 01.07.1993г. с продлениями до 01.11.2000 года.

Предприятие имеет лицензию на право приоритетной конвертации, выданную Центральным банком РУз. За №000135 от 30.04.1997г.

Предприятие имело следующие торговые точки:

- в городе Ташкенте : Чиланзарский район, ул.Катартал,д-60 – разрешительное свидетельство на право розничной торговли за №008363 153/08 от 05.01.1998г. выдано Чиланзарским Торговым Департаментом с продлением сроком действия до 31.12.2000г. (ККМ Samsung 4615 ER № B5A980900072 зарегистрирован ГНИ Чиланзарского района №2313 от 29.07.99г., в настоящее время данная точка не используется под розничную торговую деятельность и через указанную ККМ приходуются суммы арендной платы от частных лиц /арендаторов/ )

г.Ташкент Сергелийский район м-в Стронтель, «Супер оптовый базар» - разрешительное свидетельство на право розничной торговли выдано Торговым департаментом Сергелийского района г.Ташкента за №732 от 03.10.2000г. со сроком действия до 03.10.2001г. (ККМ Samsung 4615 ER № В5А980900112 зарегистрирован ГНИ Сергелийского района №162 03.10.2000г.)

в городе Самарканде: ул. Трудовая, д - 4 – лицензия на право розничной торговли за №0491 от 01.09.1998г., срок действия 31.03.1999г.- выдана Хокимиятом г.Самарканда и Темирйульского района № 14 от 01.04.1999г., в настоящее время данная точка заморожена и не используется под розничную торговую деятельность.

в городе Андижане: ул.Проектная, д-26, разрешительное свидетельство выдано Хокимиятом г.Андижана за № 03/ 114 от 08.01.1999г., срок действия до 08.04.2000г. в настоящее время данная точка заморожена и не используется под розничную торговую деятельность.

За проверяемый период на предприятии была произведена проверка и анализ финансовой отчетности со стороны аудиторской фирмы ООО «Аудит Партнер» (лицензия МФРУз №314 от 09.04.1997г.)

Бухгалтерский учет на предприятии ведется на компьютере.

ИП «РОЗ Трейдинг ЛТД» за период 1999 года занималось розничной торговлей импортированного товара (промежуточный акт проверки правильности исполнения импортных контрактов и осуществления конвертации, произведенный сотрудником сектора «контроля валютных операций» Д.Сайдувалиевой, прилагается) и являлось плательщиком следующих налогов и обязательных платежей в бюджет:

1. налог на доход
2. налог на добавленную стоимость
3. подоходный налог с рабочих и служащих
4. сбор за благоустроительные работы
5. экологический налог
6. налог на землю
7. налог за пользование водными ресурсами
8. обязательные отчисления от ФОТ, отчисления в Пенсионный фонд

Не уплачивало следующие налоги и платежи:

1. налог на имущество, согласно Закона РУз от 15.02.1991г. и внесенными изменениями от 30.08.1996г. за №281-I «О налогах с предприятий, объединений и организаций» ст.35,п. 1-к.
2. налог на пользование недрами, в связи с отсутствием объекта налогообложения
3. налог на развитие социальной инфраструктуры, согласно Закона РУз, «О гарантиях иностранного инвестирования» от 30.04.1997г., ст.3
4. другие платежи - из-за отсутствия объекта налогообложения.

### Сбор за благоустроительные работы

(в тыс.сум)

| | Показатели | по данным | | отклонение +, - |
|---|---|---|---|---|
| | | плательщ. | проверки | |
| 1. | Прибыль, остающаяся в распоряжении предприятия | 291047 | 292270,7 | 1223,7 |
| 2. | Ставка сбора | 2 % | 2 % | -- |
| 3. | Сумма сбора | 5821,0 | 5845,4 | 24,4 |

Как видно из таблицы, плательщиком недоначислено по сбору за благоустроительные работы на сумму 24,4 тыс.сум, из-за неправильного определения чистой прибыли.

### Налог на добавленную стоимость

Как видно из таблицы по итогам 1999 года проверкой дополнительно начислено в сумме 61,7 т.сум. Доначисление образовалось следующим образом:

Плательщиком не обложена налогом на добавленную стоимость себестоимость реализованных основных средств на сумму 369,9 тыс.сум. Согласно инструкции, зарегистрированной Министерством Юстиции РУз от 29.12.1997г. за №383 гл.IV п.4.3 «Для предприятий, осуществляющих реализацию продукции по ценам ниже фактической себестоимости, для целей налогообложения принимается цена, сложившаяся у предприятия на момент реализации, но не ниже фактически сложившихся затрат на производство (приобретение) этих товаров». Следует также отметить имеющуюся разницу в облагаемом обороте (выручке) между расчетами в Форме-2 финансового результата и при расчете НДС на сумму 369,9 тыс.сум, как уже ранее отмечалось, сумма убытка от реализации при расчете налога обложена налогом на добавленную стоимость.

### Налог на экологию

(в тыс.сум)

| | Показатели | По данным | | отклон. +,- |
|---|---|---|---|---|
| | | плательщ. | проверки | |
| 1 | Расходы периода | 830348 | 830491,2 | 143,2 |
| 2 | Ставка налога | 1% | 1% | - |
| 3 | Сумма налога | 8303 | 8304,9 | 1,9 |

Как видно из таблицы плательщиком недоначислено по налогу на экологию на сумму 1,9 тыс.сум. Расхождения образовались из-за неправильного определения налогооблагаемой базы для исчисления налога на экологию.

По данным проверки расходы периода составили 1301836,7 тыс.сум, при расчете исключены суммы следующих налогов:

- 5% налог на конвертацию   – 132276,9 тыс.сум;
- акцизный налог   – 207243,3 тыс.сум;
- налог на воду   – 8,9 тыс.сум;

В ходе проверки использованы данные балансовых счетов предприятия за 1999 год и представленных расчетов в ГНИ Чиланзарского района за соответствующий период.

## ФИНАНСОВЫЙ РЕЗУЛЬТАТ 1999 года.

Как видно из прилагаемой к акту таблицы выручка от реализации составила 5065616,0 тыс.сум, НДС – 825434,0 тыс.сум, стоимость реализованных товаров 1997524 тыс.сум, расходы на реализацию 700785,0 тыс.сум и административные расходы 345589,0 тыс.сум, что соответствует данным проверки.

Прочие операционные расходы- 255489,7 тыс.сум. Расхождение с данными проверки на сумму 5888,3 тыс.сум образовалось в результате неправильного отнесения суммы налогов начисленных в отчетном периоде. Плательщиком завышена сумма прочих операционных расходов за счет следующих налогов:

- налог на землю – 447,0 тыс.сум.
- налог на экологию – 3600,2 тыс.сум.
- дорожный налог – 1841,1 тыс.сум.

Положительная курсовая валютная разница составляет 943,0 тыс.сум и отрицательная – 749177 тыс.сум, что соответствует данным проверки.

Прочие доходы составили 111114,0 тыс.сум и расходы 4804,1 тыс.сум. Расхождение в суммах «прочих расходов» между данными ИП и данными проверки на 369,9 тыс.сум образовались из-за того, что налогоплательщиком убыток от реализации основных средств отражен в финансовом результате по строке «выручка от реализации» и по стр. «стоимость реализованных товаров», а так же вторично по строке «прочие расходы». Таким образом финансовый результат до уплаты налога на прибыль был занижен на сумму 6258,2 тыс.сум.

### Налог на доход

Как видно из таблицы плательщиком занижен финансовый результат до уплаты налога на прибыль на сумму 6258,2 тыс.сум, из-за неправильного определения финансового результата. Расхождение в сумме расходов, обратно включаемых в налогооблагаемую базу по приложению №1, составляет я????,0 тыс.сум - плательщиком не в полном размере был включен в налогооблагаемую базу облагаемый ФОТ. При расчете налога на доход фонд оплаты труда полностью включается в налогооблагаемую базу.

Уменьшение налогооблагаемого дохода в соответствии с действующим налоговым законодательством составляет 478961,0 тыс.сум, в том числе:

- согласно НК РУз ст.29 – доходы ГКО 107490,2 тыс.сум.
- согласно НК РУз ст.32 - затраты направляемые на инвестиции составляют 371471,0 тус.сум. Расхождение по данному показателю на сумму 8903,0 тыс.сум образовалось из-за того, что плательщиком под инвестиции неправильно списана оприходованная мебель и материалы, по некоторым затратам, вошедшим в вышеуказанное расхождение, не имеются подтверждающие документы, а именно - акты выполненных работ.

Таким образом но основании вышеуказанных расхождений проверкой дополнительно начислено по налогу на доход на сумму 5034,5 тыс.сум.

- налог на землю — 7299,5 тыс.сум;
- таможенные пошлины — 95062,9 тыс.сум;
- дорожный налог — 21176,9 тыс.сум;
- налог на экологию — 8304,9 тыс.сум.

Промежуточный акт проверки правильности исчисления и уплаты налогов и платежей за пользование природными ресурсами, произведенной сотрудником сектора «налогообложение за пользование природными ресурсами» Т.В.Соколовой, прилагается. (расхождений не установлено).

### Подоходный налог с рабочих и служащих, обязательные отчисления от ФОТ

При выборочной проверке правильности начисления и удержания подоходного налога с рабочих и служащих нарушений не установлено; начисленный и удержанный подоходный налог составил 95054,9 тыс.сум. За период 1999 года к работе на предприятии было привлечено 81 работников по совместительству, по которым сданы справки по месту жительства.

По представленным документам на предприятии в данное время работают четверо иностранных граждан, которые имеют лицензии на труд, выданные Ташкентским управлением труда:

- Марк Л.Макдональд 015793323 (Великобритания) со сроком до 28.11.2001г.
- Мухаммад Юсуф, ОР 1914530 (Афганистан) с продленным сроком до 04.05.2001г.
- Абдул Шукур Абдул Хамид, С 932369 (Пакистан), срок 04.05.2001г.
- Фарид Чоудри, А 436083 (Пакистан)\. С продленным сроком до 04.07.2001г.

Промежуточный акт проверки правильности начисления и уплаты обязательных отчислений от ФОТ, произведенной сотрудником сектора «контроля за обязательными отчислениями от ФОТ» Ю.М.Вилковым, прилагается.

При проверке исполнения Указов Президента №УП-1154 от 12.05.1995г. и Постановления КМ РУз №404 от 22.09.1998г. нарушений не установлено. Реализуемые товары отпускаются через торговые точки. На момент проверки просроченной дебиторской и кредиторской задолженности не имеется.

При проверке своевременности выплаты заработной платы нарушений не установлено.

### Платежная дисциплина

При проверке платежной дисциплины нарушений не установлено.

Сумма переплаты по налогам и обязательным платежам в бюджет на момент сдачи годового баланса за 1999 год составила по состоянию на 22.02.2000 г. 106938,4 т.сум, и по состоянию на момент проверки 27.03.2000г. – 50345,5 т.сум.

В ходе проверки проведена беседа с сотрудниками предприятия о недопущении использования имеющейся множительной техники для размножения

экстремистически направленной литературы. В случае обнаружения таковых фактов необходимо сообщать в правоохранительные органы.

### ВЫВОДЫ:

1. По налогу на доход за 1999 год доначислено 5034,5 тыс сум
2. По налогу на добавленную стоимость доначислено - 61,5 тыс сум
3. По сбору за благоустроительные работы доначислено - 24,4 тыс сум
4. По налогу на экологию доначислено - 1,9 тыс сум

**Итого доначислено по акту проверки: 5122,3 тыс сум**

Сумма переплаты по налогам и обязательным платежам в бюджет на момент сдачи годового баланса за 1999 год составила по состоянию на 22.02.2000 г. 106938,4 т. сум.

Также были проверены:

1. Отчисления в Пенсионный фонд за период до 31.12.2000 г. Согласно промежуточного акта от 28.03.01 ст инспектора сектора ВПФ Чиланзарской ГНИ Вилковой Ю.М., нарушений не установлено.

2. По правильности исполнения экспортно-импортных контрактов, проведения конвертации выручки полученной от реализации импортированных товаров за СКВ, до 31.12.2000 г., согласно промежуточного акта Старшего Государственного Налогового Инспектора - Д. Сайдувалиевой, нарушений не установлено.

3. По исчислению земельного налога, налога за пользование водными ресурсами, плата за выбросы загрязняющих веществ в природную среду за период до 31.12.2000 года, согласно промежуточного акта Главного Госналогового Инспектора - Соколовой Т. В., нарушений не установлено.

Настоящий акт составлен в количестве пяти экземпляров.

Начальник сектора " Налогообложение Предприятий с иностранными инвестициями"                                                     Р.В. Вахабов

Инспектор                                                                                                                                               З.У. Мусаева

Заместитель Генерального Менеджера
ИП "РОЗ Трейдинг ЛТД" Х К                                                                                                                    Б. Юльчибаев

Финансовый Менеджер
ИП "РОЗ Трейдинг ЛТД" Х К                                                                                                                    Марк Л. Макдональд

Финансовый результат 1999 год                               в тыс. сум.

| № п/п | Показатели | по данным плательщика доход | расход | по данным проверки доход | расход | Разница |
|---|---|---|---|---|---|---|
| 1 | Выручка от реализации | 5065616 | — | 5065616 | | |
| 2 | НДС | | 825434 | | 825434 | |
| 3 | Чистая выручка от реализации | | | | | |
| 4 | Производственная себестоимость реализованной продукции, товаров, усл. | | 1997524 | | 1997524 | |
| 5 | Валовый финансовый результат | 2242658 | | 2242658 | | |
| 6 | Расходы на реализацию | | 700785 | | 700785 | |
| 7 | Административные расходы | | 345589 | | 345589 | |
| 8 | Прочие операционные расходы | 28376 | 261328 | 28376 | 255189 | 5888,3 |
| 9 | Финансовый результат от основной производственной деятельности | 963282 | | 969170,3 | | |
| 10 | Дивиденды, полученные от дочерних и ассоциированных предприятий | | | | | |
| 11 | Прочие дивиденды полученные | | | | | |
| 12 | Прочие проценты уплаченн. и получ. | | | | | |
| 13 | Курсовые валютные разницы | 943 | 74917 | 943 | 74177 | |
| 14 | Прочие доходы и расходы по финансовой деятельности | 11114,0 | 5174 | 11114,0 | 4804,1 | 369,8 |
| 15 | Финансовый результат от общехозяйственной прибыли | 320988 | — | 327246,2 | | 6258,2 |
| 16 | Чрезвычайные прибыли и убытки | — | | — | | |
| 17 | Финансовый результат до уплаты налога на прибыль | 320988 | | 327246,2 | | 6258,2 |
| 18 | Налог на прибыль | | 29941 | | 34975,5 | 5034,5 |
| 19 | Прочие налоги и платежи | | 16904 | | | |
| 20 | Чистая прибыль отчетного периода | 274053 | | | | |

Налог на прибыль за 1999 год                               в тыс. сум

| № п/п | Показатели | По данным плательщ | проверки | Разница |
|---|---|---|---|---|
| 1 | Финансовый результат до уплаты налога на прибыль | 320988 | 327246,2 | 6258,2 |
| 2 | Расходы, обратно включаемые в налогооблагаемую базу по приложению № 1 | 466281 | 504169 | 37888 |
|   | по приложению № 3 | — | — | |
| 3 | Дивиденды (проценты) по акциям и иным ценным бумагам | — | — | |
| 4 | Налогооблагаемый доход (прибыль) стр.1+2-3 | 787269 | 828716,2 | 41447,2 |
| 5 | Уменьшение налогооблагаемого дохода в соответствии с действующим налоговым законодательством | 487864 | 478961 | 8903 |
| 6 | Налогооблагаемый доход, с учетом льгот | 299405 | 349755,2 | 50350 |
| 7 | Ставка налога на прибыль | 10% | 10% | |
| 8 | Сумма налога на прибыль, подлежащая к уплате | 29941,0 | 34975,5 | 5034,5 |