# EXHIBIT 21

08/02/2005 13:48 FAX 3026528697    DELAWARE CORP / METRO OFFICES    → SECY OF STATE    ☒002/002
Fax sent by : 2023493915

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:47 PM 08/02/2005
FILED 02:42 PM 08/02/2005
SRV 050635564 - 3565074 FILE

# CERTIFICATE OF VOLUNTARY DISSOLUTION

## OF

## Zeromax Group, Inc.

Zeromax Group, Inc., a Delaware corporation (the "Company"), in accordance with Section 275 of the General Corporation Law of the State of Delaware and in order to dissolve the Company, certifies as follows:

1. The name of the corporation is Zeromax Group, Inc.
2. On _July 22,_ 2005, the dissolution of the Company was authorized by the board of directors and the stockholders of the Company in accordance with subsections (a) and (b) of Section 275 of the General Corporation Law of the State of Delaware.
3. The names and addresses of the directors and officers of the Company last in office are:

_Harry Eustace Sr, 1810 Double Gate Ct., Davidsonville, MD_
_Miqodil Djulalov, 31st Mukimiy Passages, Tashkent, 21035_
_Uzbekistan, 700100_

IN WITNESS WHEREOF, the Company has caused this Certificate of Voluntary Dissolution to be executed by a duly authorized officer this _22nd_ day of July, 2005.

_/s/ HJ Eustace_

_Harry F Eustace, Sr._
_President, Director_          Print Name and Title



10004933.DOC
97006