# EXHIBIT 24

http://www.zeromaxgroup.com/contact.htm 10/5/2006



**About ZEROMAX GROUP, Inc**
**ZEROMAX Logistics**
**JV Bentonite**
**JV Muzimpex**
**Import Activities**
**Export Activities**
**Projects**
**Policies**
**Contact Us**

## U.S. Headquarters

1725 Eye Street, NW
Suite 300
Washington, DC 20006

Tel: (202) 349-1131
Fax: (202) 318-8149
Email:

## Representative office in Uzbekistan

3, 1st Mukimiy passage,
Tashkent, 700100
Tel: +998 71 120-7564/65/66
Fax: +998 97 131-8084
Email:

## Representative office in Russian Federation

9A, 1st Krasnogvardeysiy pereulok,
Moscow  123100
Tel.: +095 231 37 52~55
Email:

## Representative office in Ukraine

29/5, I.Franko str.,
Kiev, Ukraine
Tel.: +38044 246 56 24
Fax: +38044 246 56 25
Email: