# EXHIBIT 25

Placement in custody and announcement
on search for Maqsudi Mansur Ahmed

« Sanctioned"

by the Deputy Attorney General of the
Republic of Uzbekistan
Legal adviser
_____ x   _____ H.H. Nematov

November C 6   20 02

## RESOLUTION
/on placement in custody and announcement on search /

November 6, 2002                                            city of Tashkent

Murodov O.B., the investigator of the Department on crimes investigations under the Office of Public Prosecutor of the Republic of Uzbekistan, the 2-d class lawyer has examined the materials of the criminal case N 119, and

### Decided:

Maqsudi Mansur Ahmed, the citizen of the USA, working since 01.01.1993 at the Foreign Enterprise "ROZ Trading LTD" (Republic of Uzbekistan) as a Chairperson, has joined the sustainable group organized by his father, Maqsudi Abdul Rauf, with intent to make illegal business.

Maqsudi Mansur Ahmed, knowing wittingly that according to the legislation of the Republic of Uzbekistan foreign enterprises with 100% of foreign investment are granted by considerable privileges on taxation, coverted to use that right with the intent of personal illegal enrichment, on May 12,1993 Maqsudi Mansur Ahmed together with his father Maqsudi Abdul Rauf and his brother Maqsudi Farid Ahmed presented forged documents of the Foreign Enterprise "ROZ Trading LTD" registered at offshore area at Cayman Island (United Kingdom) that had not yet been registered with the office of the Governor of Cayman Island at the moment of establishment the office.

Using these forged documents the above mentioned Foreign Company became a founder of a branch of foreign enterprise "ROZ Trading LTD" in the city of Tashkent. In constitutive documents on creation of enterprise Maqsudi Mansur Ahmed indicated the charter fund at an especially large scale of 500.000 US dollars.

During the period of his criminal activity Maqsudi Mansur Ahmed, from 1995 to 2000 as a member of the organized criminal group, without creation of a charter fund in the amount of 500.000 USD used the privileges of the foreign economic entity and within the indicated period intentionally evaded paying taxes in the amount of 438.032.000 sum having the commodity turnover in the amount of 24.518.190.000 sum, i.e. in an especially large volume.

On January 5,1994 an import contract on consignment terms for the delivery of consumer goods for the amount of 200 million USD was concluded between "ROZ

Trading LTD" (Cayman Island, United Kingdom) located in the offshore zone and "ROZ Trading LTD" (Uzbekistan). It was signed by Maqsudi Mansur Ahmed on behalf of "ROZ Trading LTD" (Uzbekistan) and on behalf of "ROZ Trading LTD" (Cayman Island, United Kingdom) it was signed by his brother, Maqsudi Farid Ahmed who in his turn afterwords signed additional agreements for the delivery of macaroni products, sugar, flour, chocolate products, children's nourishment, tea, cigarettes, chewing gum and other consumer goods in this case on behalf of "ROZ Trading LTD" (Uzbekistan). In accordance with the contract all payments for goods bought by "ROZ Trading LTD" (Uzbekistan) were made by money transfer to the account of "ROZ Trading LTD" (Cayman Island, United Kingdom) at the Credit Swiss Bank (Switzerland). During contract period lasted from 1995 till 1997 the consumer goods for sum total of 106.020,6 thousand US dollars were delivered into Uzbekistan.

"ROZ Trading LTD" (Uzbekistan) possessed a license that provides the right of priority conversion of hard currency and the certificate of the participant of the foreign economic activity N EP-A/587 issued on July 7, 1993, and with the intent of embezzlement of property that was entrusted to the guilty and was at his possession, i.e. illegal profit-making from state budget money that was converted in the Republic of Uzbekistan for importing consumer goods, Maqsudi Mansur Ahmed used his official position and showed in a cargo customs declaration overestimated prices of imported goods of "ROZ Trading LTD" (Uzbekistan) at the rate of 15%-34% over the fixed prices indicated in the invoices for rendering the marketing services supposedly which factually were not carried out and served as a method of embezzlement of property.

Therefore, within the specified period by overestimating prices in the CCD by 34% 2.822,04 thousand USD had been stolen out of the received import goods in the the amount of 11.122,16 thousand USD. By means of overstating prices of goods in the customs declarations by 15 % 12.242,31 thousand USD had been stolen out of received import goods in the amount of 93.857,76 thousand USD. In total 15.064,35 thousand USD or 994.247.000 sum, i.e. in especially large size, was embezzled from the state resources.

On August 12, 1999 Maqsudi Mansur Ahmed, being a member of the above mentioned organized criminal group, used defraud means and concluded a credit trade contract № 2/99 for consumer goods in the amount of 6.000.000 USD between "ROZ Trading LTD" (Cayman Island, United Kingdom) and the Foreign Enterprise "ROZ Trading LTD" (Uzbekistan) with the intent of converting to his possession the property in especially large value and in the interests of the organized criminal group. On September 13,1999 this contract was registered at the Ministry of Foreign Economic Relations of the Republic of Uzbekistan under № 21902294.

In 2000 and the first half of 2001 according to the above mentioned contract and under the pretext of satiation of the market of the Republic of Uzbekistan by consumer goods, Maqsudi Mansur Ahmed imported 41.328.600 kgs of sugar in the amount of 14 459 500 USD (4.255.358.700 sum) into the Republic of Uzbekistan. The retail prices for the indicated sugar were at the rate of 161,62 – 294,02 sum and fixed by the administration of the Foreign Enterprise "ROZ Trading LTD"(Uzbekistan).

On summer 2000 Maqsudi Mansur Ahmed, developed a criminal plan to sell the above mentioned sugar at overestimated prices by defraud and abuse of clients

confidence with the intent of conversion the difference of factual and overestimated prices with the aim of conversion the property in especially large value and being the member and in the interests of the organized criminal group.

With the aim to reach his criminal objectives Mansur Ahmed Maqsudi together with his father Maqsudi Abdul Rauf involved his relatives, namely: Mukhammad Dovud Odilkhon and Bakhodiry Said Jamol Said Bakhodiry in the activity of the criminal group organized by his father. According to the criminal plan, the sugar was sold only through the mentioned non-official dealers who paid in the accountant of "ROZ Trading LTD" (Uzbekistan) the sums equaled to the checks and the difference of factual and overestimated prices was handed to Maqsudi Mansur Ahmed and Maqsudi Abdul Rauf (his father) in cash.

Within 2000 – September 2001 Maqsudi Mansur Ahmed together with his father Maqsudi Abdul Rauf and Mukhammad Dovud Odilkhon and Bakhodiry Said Jamol Said Bakhodiry, members of the organized criminal group, by commercial and intermediary activity and registration evasion in according to the law, with the intent of getting uncontrolled profit in especially large value and in violation of regulations provided by "Trade rules" of the Republic of Uzbekistan, by defraud and abuse of clients confidence, sold 43.065.150 kg. of sugar in the amount of 12.555.065.850 sum at overestimated price rated 405 sum/ kg. The difference of factual and overestimated prices in the amount of 1.603.765.975 sum was misappropriated as a bribe and illegal profit at an especially large value of 1.603.765.975 was intentially evaded from tax.

Maqsudi Mansur Ahmed together with Maqsudi Abdul Rauf (his father ) and Maqsudi Farid Ahmed (his brother) continued his criminal activity to evade paying the state taxes, underestimated in the contracts the actual prices of 29 cars of different models that were the property of "ROZ Trading LTD" and sold them to private bodies at the prices that exceeded the prices fixed in the contracts.

Thus 2001 Maqsudi Mansur Ahmed sold 29 cars for total amount of 26.755.000 sum and paid in the account of Foreign Enterprise "ROZ Trading LTD" only 2.992.140 sum and uncounted profit in the amount of 23.762.860 sum was converted in his possession by representation of forged documents and tax evasion in especially large value.

Maqsudi Mansur Ahmed, with the intent of legalization of this illegal profit spent part of that sum in the amount of 200.079.000 sum, together with Maqsudi Abdul Rauf (his father) and Maqsudi Farid Ahmed (his brother) to illegally build trade outlets measuring 6.342 square meters at "Katartal" market located in the territory of Chilanzar district in Tashkent and granted them on lease to the private businessmen.

Later, Maqsudi Mansur Ahmed drew up the contracts on rent with private businessmen and lease holders with indicated lease payment. Afterwords Maqsudi Mansur Ahmed with intent of extortion together with Abdul Khamid Abdul Shukur, citizen of Pakistan, Rafiev Azam and Rahimov Kamil, members of the organized group, under the threat of rent contract cancellation and prevention of free access of the goods to the market, creating condition that forced victims to return property, exorted money from private businessmen.

Thus within 2000-2001 using the means of extortion, personally and through the indicated persons, he received 9.792.000 sum from 170 private businessmen, i.e. in especially large value.

By his actions, Maqsudi Mansur Ahmed committed crimes stipulated by article 205, part 2, points "A,B and C"; Art. 209,part 1; Art. 210, part 3, point "A",Art. 168, part 3, points "A,B", Art.167, part 3, points "A,B", Art.188, part 3, points "A,B", Art.189, part 3, Art.184, part 3, Art 243, Art.165, part 3, points "A,B"of the Criminal Code of the Republic of Uzbekistan.

Taking into the consideration the fact that Maqsudi Mansur Ahmed has committed serious crimes and is absconding, guided by articles 36, 236, 237, 240, 242-244, 365 of the Criminal Procedure Code of the Republic of Uzbekistan

### RESOLVED:

1. To choose placement in custody and announcement on search as a measure of restraint regarding Maqsudi Mansur Ahmed, born in 1967, Republic of Afghanistan, Uzbek by nationality, citizen of the USA, married, has higher education, has not previous criminal record, hold position of a Chairperson of the Foregin Enterprise "Roz Trading Ltd", private address: 3 Manchester, Denvil New Jersey 07834, USA.
2. The Ministry of Internal Affairs shall be responsible for the implementation of search measures according this Resolution.
3. To deport an accused Maqsudi Mansur Ahmed from the time of detention to UYA-64/IZ-1 GUIN of the Ministry of Internal Affairs of the Republic of Uzbekistan.
4. To send a copy of the present resolution to the Attorney General of the Republic of Uzbekistan..

**The investigator of the Department on
crimes investigations
under the Office of Public Prosecutor
of the Republic of Uzbekistan**                                O.B.Murodov

I am informed about the content of the resolution on_____2002

Accused                                          Maqsudi Mansur Ahmed

4

Арест и объявления розыска
Максуди Мансура Ахмеда

«С А Н К Ц И О Н И Р У Ю»

Заместитель Генерального прокурора
Республики Узбекистан
советник юстиции

_____ Х.Х._____

«06» ноября 2002 года

# ПОСТАНОВЛЕНИЕ
/о заключении под стражей и объявления розыска/

06 ноября 2002 года                                                    город Ташкент

Следователь по особо важным делам Управления по расследованию преступлений Генеральной прокуратуры Республики Узбекистан, юрист 2-го класса О.Б.Муродов рассмотрев материалы уголовного дела № 119,-

У С Т А Н О В И Л:

Максуди Мансур Ахмед, гражданин США, работая с 01.01.1993 года по настоящее время Председателем в иностранном предприятии "Роз Трейдинг ЛТД" (Республика Узбекистан) вошел в созданную его отцом Максуди Абдул Рауфом устойчивую организованную группу с целью извлечения нетрудовых доходов.

Заведомо зная, что согласно законодательству Республики Узбекистан иностранными предприятиями при внесении 100% иностранного капитала предоставляются существенные льготы при налогообложении и желая воспользоваться ими в целях личного незаконного обогащения, 12 мая 1993 года, Максуди Мансур Ахмед со своим отцом Максуди Абдул Рауфом и братом Максуди Фарид Ахмедом представил поддельные документы иностранного предприятия "Роз Трейдинг ЛТД", расположенный в оффшорной зоне на Каймановых острова, Королевство Великобритания, которое на момент открытия дочернего предприятия не было зарегистрировано членом аппарата Губернатора Главнокомандующего Каймановых островов. С использованием этих поддельных документов данная иностранная Компания выступило учредителем по образованию в городе Ташкенте иностранного дочернего предприятия "Роз Трейдинг ЛТД". При этом, Максуди Мансур Ахмед указал в учредительных документах по созданию предприятия сумму уставного капитала в особо крупном размере 500 тысяч долларов США.

Таким образом Максуди Мансур Ахмед, в составе организованной преступной группы, в период своей преступной деятельности с 1995 года по 2000 годы без

формирования уставного капитала в размере 500 тыс.доларов США, пользуясь льготами иностранного хозяйствующего субъекта за указанный период при товарообороте в 24.518.190.000 сумов умышленно уклонился от уплаты налогов на сумму 438.032.000 сумов, то есть в особо крупном размере.

05.01.1994 года на условиях консигнации был заключен импортный контракт между "Роз Трейдинг ЛТД" (Каймановы Острова Великобритании), расположенная в оффшорной зоне и "Роз трейдинг ЛТД" (Республика Узбекистан) на поставку товаров народного потребления на сумму 200 млн. долларов США. При чем со стороны "Роз трейдинг ЛТД" (Узбекистан) данный контракт был подписан Максуди Мансур Ахмедом, а со стороны "Роз трейдинг ЛТД" (Каймановы Острова Великобритания) его братом Максуди Фарид Ахмедом, который в свою очередь, впоследствии подписывал дополнительные соглашения на полученные товары по поставке макаронный изделий, сахара, муки, шоколадных изделий, детского питания, чая, сигарет, жевательных резинок и других товаров народного потребления, уже со стороны "Роз трейдинг ЛТД" (Узбекистан). Согласно контракта все платежи за приобретённые "Роз трейдинг ЛТД" (Узбекистан) товары производились путём перевода суммы на расчетный счет "Роз трейдинг ЛТД" (Каймановы Острова) в Credit Swiss Bank (Швейцария). По исполнению данного контракта в период с 1995-1997 года в республику поступило товаров народного потребления на общую сумму 106020, 6 тысяч долларов США.

При этом, "Роз трейдинг ЛТД" (Узбекистан) имея лицензию на право приоритетной конвертации и свидетельство участника внешней экономической деятельности за № ИП-А/587 от 01.07.1993 года, с целью хищения чужого имущества, вверенного виновному и находящегося в его ведении, то есть получения незаконной прибыли бюджетных денег, которые конвертированы в Республике Узбекистан для закупки продуктов народного потребления, полученные импортные товары "Роз трейдинг ЛТД" (Узбекистан), Максуди Мансур Ахмед, путём злоупотребления своим должностным положением в грузовой таможенной декларации (ГТД) завышались цены в размере от 15% до 34 % сверх установленной цены, указанных в инвойсах, за якобы оказание маркетинговых услуг, которые фактически не выполнялись и служили способом хищения чужого имущества.

Таким образом, за указанный период путём завышения цен по ГТД в размере 34 % из полученных импортных товаров на сумму 11122,16 тысяч долларов США похищено 2822,04 тысяч долларов США. Путём завышения цен по ГТД в размере 15 % полученных импортных товаров на сумму 93857, 76 тысяч долларов США похищено аналогичным образом 12242, 31 тысяч долларов США. Всего по данному контракту похищено государственных средств на сумму 15064, 35 тыс. долларов США или 994 247 100 сумов, то есть в особо крупном размере.

Максуди Мансур Ахмед, в составе вышеуказанной организованной преступной группы, в целях завладения чужим имуществом в особо крупных размерах и в интересах организованной преступной группы путем мошенничества 12 августа 1999 года заключил кредитный договор №2/99 между "Роз трейдинг ЛТД" (Каймановы острова, Великобритания) и ИП "Роз трейдинг ЛТД" на сумму 6.000.000 долларов США о купле-продаже товаров народного потребления, зарегистрированный 13 сентября 1999 года в МВЭС Республики Узбекистан за № 21902294.

Согласно вышеуказанного контракта Максуди Мансур Ахмед под прикрытием насыщения рынка Республики Узбекистан товарами народного потребления в 2000 году и в первой половине 2001 года завёз в Республику Узбекистан 41328600 килограммов сахара на сумму 14 459 500 долларов США (4255358700 сумов), при этом реализационные цены на указанный сахар составили от 161,62 сума до 294,02 сумов установленной администрацией ИП "Роз трейдинг ЛТД".

Максуди Мансур Ахмед с целью завладения чужим имуществом в особо крупных размерах, в составе организованной преступной группы и в её интересах, летом 2000 года разработал преступный план для организации продажи вышеуказанного сахара путем обмана и злоупотребления доверием клиентов по завышенной цене и завладения разницы между фактической и завышенной ценой.

Для осуществления своих преступных целей, Максуди Абдул Рауф совместно со своими сыновьями вовлек в организованную им преступную группу своих родственников - Мухаммада Довуд Одилхона и Баходирий Саид Жамола Саид Баходирий. Согласно преступному плану сахар продавался только через указанных неофициальных дилеров, которые вносили в кассу ИП "Роз Трейдинг ЛТД" сумму денег согласно чекам, а сумму разницы между официальной и завышенной ценой наличными передавали Абдул Рауфу Максуди и его сыну Мансуру Максуди.

В период с 2000 года по сентябрь 2001 года Абдул Рауф Максуди, его сыновьями и членами организованной преступной группы Мухаммад Довуда Одилхона и Баходирий Саид Жамол Саид Баходирий путём осуществления торговой и посреднической деятельности с уклонением от регистрации в установленном порядке с целью получения неконтролируемой прибыли в особо крупном размере и нарушая установленный порядок "Правил торговли" Республики Узбекистан, путём обмана и злоупотребления доверием граждан реализовал 43.065.150 кг сахара на общую сумму 12.555.065.850 сумов по завышенной цене 405 сумов за 1 кг., а разница между официальной и завышенной ценой в размере 1.603.765.975 сумов, была присвоена последними в качестве взятки и неучтенная прибыль в особо крупном размере 1.603.765.975 сумов умышленно сокрыта от уплаты налогов.

Максуди Абдул Рауф совместно со своими сыновьями Максуди Мансур Ахмедом и Фарид Ахмедом продолжая свою преступную деятельность с целью уклонения от уплаты установленных государством налогов, занизив в договорах о купле продажи фактическую стоимость 29 автомашин различных марок, находившихся на балансе "Роз Трейдинг ЛТД", продал их частным лицам по цене сверх установленного договором.

За 2001 год продав 29 автомашин на общую сумму 26.755.000 сум, внеся в кассу ИП "Роз Трейдинг ЛТД" всего 2.992.140 сум, а неучтенную прибыль в сумме 23.762.860 сум, завладел путём составления подложных документов и сокрыл от уплаты налогов в особо крупном размере.

Максуди Мансур, в целях легализации этих доходов полученных от преступной деятельности на часть этой суммы в размере 200 079 000 сумов, совместно со своим отцом Максуди Абдул Рауфом и братом Фаридом Максуди, на рынке "Катартал", расположенном на территории Чиланзарского района г.Ташкента незаконно построил торговые лотки площадью в 6342 кв.м и сдали в аренду частным предпринимателям.

Затем, Максуди Абдул Рауф составил с частными предпринимателями и арендаторами договора об аренде, где были указаны цены арендной платы. После

чего, с целью вымогательства Максуди Мансур Ахмед совместно с членами организованной группы гражданином Республики Пакистан Абдул Хамидом Абдул Шукуром, а также Рафиевым Азамом и Рахимовым Камилом под угрозой расторжения этих договоров об аренде и воспрепятствования свободному доступу товаров на рынок, тем самым создав обстановку, вынуждающего потерпевшего передать имущество, вымогали деньги с частных предпринимателей. Так, за период 2000-2001 г.г. от 170 частных предпринимателей, путем вымогательства лично и через указанных лиц им получено 9 млн.792 тыс.сум, т.е. в особо крупном размере.

Своими действиями, Максуди Мансур Ахмед совершил преступления, предусмотренные ст. 205, ч. 2 п.п. "А", "Б", "В", ст. 209 ч. 1, ст. 210 ч. 3 п. «А», ст. 168 ч. 3 п.п. "А", "В", ст. 167 ч. 3 п.п. "А", "В", ст. 188 ч. 3 п.п. "А", "Б", ст. 189 ч. 3, ст.184 ч. 3, ст. 243, ст. 165 ч. 3 п.п. "А", "В" УК Республики Узбекистан.

В связи с тем, что Максуди Мансур Ахмед совершил тяжкие преступления и скрывается от следствия, руководствуясь ст.ст.36, 236, 237, 240, 242-244, 365 УПК Республики Узбекистан, -

**ПОСТАНОВИЛ:**

1. В отношении обвиняемого Максуди Мансур Ахмеда, 1967 года рождения, уроженца Республики Афганистан, по национальности узбека, гражданина США, семейного, образование высшее, ранее не судимого, работавшего Председателем ИП «Роз Трейдинг», проживающего по адресу - 3. Манчестер Д.р. Денвил Нью Джерси 07834 США, избрать мерой пресечения заключение под стражей и объявить розыск.

2. Исполнение данного постановление для розыскных мероприятий возложить на МВД Республики Узбекистан.

3. При задержании обвиняемого Максуди Мансур Ахмеда этапировать в УЯ-64/ИЗ-1 ГУИН МВД РУз.

4. Копию настоящего постановления для сведения направить Генеральному прокурору Республики Узбекистан.

Следователь по особо важным делам  
Управления по расследованию преступлений  
Генеральной прокуратуры  
Республики Узбекистан  
юрист 2-го класса                                        О.Б.Муродов

Данное постановление мне объявлено «___» _____2002 года

Обвиняемый                                        Максуди Мансур Ахмед