**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ROZ TRADING LTD., *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 1:06-CV-01040 CKK |
| ZEROMAX GROUP, INC., *et al.*, | ) ) ) | |
| *Defendants*. | ) ) ) | |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7(e), Defendants Zeromax Group, Inc. ("Zeromax Group"), Zeromax Logistics, Inc. ("Zeromax Logistics"), and Zeromax LLC (collectively the "U.S. Zeromax Defendants"), respectfully move this Court to grant the U.S. Zeromax Defendants an additional 10 pages in connection with their reply in support of their revised motion to dismiss currently due on January 25, 2008. The U.S. Zeromax Defendants make this consent motion for the following reasons:

1.  A 10-page enlargement of the limitation set for reply papers will permit the U.S. Zeromax Defendants to brief in full the complex legal issues raised in their motion to dismiss and Plaintiffs' opposition and exhibits.

2.  Counsel for ROZ Trading Ltd. (Uzbekistan) and ROZ Trading Ltd. (collectively "Plaintiffs") has indicated that they do not oppose this request.

3.  The U.S. Zeromax Defendants submit that such relief will not prejudice the parties or the orderly progression of the case.

4.  The Court previously granted a similar request for a 10-page enlargement of the limitation set for reply papers in the prior round of briefing. *See* Minute Order dated Feb. 2, 2007.

Wherefore, the U.S. Zeromax Defendants respectfully request that the Court grant them leave to file a 35-page reply brief by January 25, 2008.

| | |
|---|---|
| Dated: January 22, 2008<br>Washington, D.C. | Respectfully submitted,<br><br>**WHITE & CASE** LLP<br><br>/ s / Carolyn B. Lamm<br>Carolyn B. Lamm (D.C. Bar No. 221325)<br>Francis A. Vasquez, Jr. (D.C. Bar No. 442161)<br>Nicole E. Erb (D.C. Bar No. 466620)<br>701 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br><br>*Attorneys for Zeromax Group, Inc., Zeromax Logistics, Inc., and Zeromax LLC* |